UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>  Defendant. | Case No. 19-cv-01424-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 9, 2019 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | October 4, 2019 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | **Only with Court approval or Motions under FRCP Rule 16(b)(4)** |
| NON-EXPERT DISCOVERY CUTOFF: | December 18, 2019 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: November 2, 2019<br>Rebuttal: November 18, 2019 |
| EXPERT DISCOVERY CUTOFF: | December 18, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE FILED BY: | January 14, 2020 and set on 35 day notice |
| COMPLIANCE HEARING (*See* PAGE 2) | Monday, April 27, 2020 at 2:01p.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 3, 2020 |
| PRETRIAL CONFERENCE: | Friday, April 17, 2020 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| Trial Date and Length: | Monday, May 4, 2020 at 8:30 a.m. for One week Jury Trial |
|---|---|

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Monday, April 27, 2020 at 2:01p.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 27, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge