UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLP<br><br>　　　Plaintiff,<br><br>　vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>　　　Defendant. | Case No.: 19-CV-1424 YGR<br><br>ORDER REQUIRING PERSONAL APPEARANCE TO MEET AND CONFER ON DISCOVERY DISPUTE |

　　The Court has received the defendants' Discovery Letter Brief.  (Dkt. No. 35.)  The Court has reviewed the letter brief and **Orders** as follows:

　　Lead trial counsel with full authority to resolve all discovery disputes *and* the principal attorney involved in the meet and confer process for each party are hereby **ORDERED TO APPEAR PERSONALLY** at the Federal Courthouse on 1301 Clay Street, Oakland, California, on **Monday, October 7, 2019 at 10:00 a.m.**  The parties shall, upon arrival, inform the Courtroom Deputy, Frances Stone, in the Clerk's Office, that they have appeared and shall proceed to meet and confer to resolve the outstanding discovery issues.  Conference rooms in the Attorney Lounge are available on a first-come, first-served basis.  Once complete, the parties shall advise Ms. Stone that they have concluded their in-person meeting before requesting the Court's personal attention to address any remaining issues.

　　The parties shall bring with them any and all materials which may bear on resolution of the discovery disputes, including the imposition of sanctions.  This includes documents sufficient to show the manner and tenor of communications between the parties with regard to the disputes.  The Court

may issue sanctions against any party or parties deemed to have acted unreasonably with regard to these disputes.

**IT IS SO ORDERED.**

Dated: October 4, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**