BUCHALTER
A Professional Corporation
GLENN P. ZWANG (SBN: 112295)
PETER H. BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Facsimile: 415.227.0770
Email: gzwang@buchalter.com
       pbales@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

HUNTON ANDREWS KURTH LLP
TIMOTHY J. CARLSTEDT (SBN: 168855)
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: 415.975.3700
Facsimile: 415.975.3701
Email: tcarlstedt@huntonak.com

HUNTON ANDREWS KURTH LLP
ERIK C. KANE
EDWARD T. COLBERT
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: 202.955.1500
Facsimile: 202.778-.2201
Email: ekane@huntonak.com
       ecolbert@huntonak.com

Attorneys for Defendant Constellation Brands U.S. Operations, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CONSTELLATION BRANDS U.S. OPERATIONS, INC., <br><br> Defendant. | Case No. 4:19-cv-1424-YGR <br><br> **STIPULATION AND REQUEST TO: (1) MODIFY ORDER REQUIRING PERSONAL APPEARANCE TO MEET AND CONFER ON DISCOVERY DISPUTE (DKT. 36); AND (2) MODIFY SCHEDULING ORDER (DKT. 28)** |

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 37861562v1

1

STIPULATION
BN 37866817v1

Case No. 4:19-cv-1424-YGR

Plaintiff The Vineyard House, LLC ("TVH") and Defendant Constellation Brands U.S. Operations, Inc. ("Constellation"), by and through their undersigned counsel, jointly stipulate and request the Court vacate the ORDER REQUIRING PERSONAL APPEARANCE TO MEET AND CONFER ON DISCOVERY DISPUTE, Dkt. 36, and modify the Scheduling Order, Dkt. 20, in this matter based on the following facts:

1. Lead trial counsel for TVH, Michael Meeks, withdrew from this Action on September 27, 2019. Glenn Zwang and Peter Bales filed a notice of appearance on behalf of TVH on October 4, 2019.
2. The Court ordered the Parties to meet and confer in person on October 7, 2019 at 10:00 am to resolve the issues raised in Defendant's letter brief. Counsel for TVH, Peter Bales, has a court hearing on another matter on October 7, 2019 at 8:30 am, which very likely will conflict with the ordered meet and confer.
3. Plaintiff has raised objections to a subpoena duces tecum Defendant issued to third party Architectural Resources Group ("ARG"). ARG's counsel has also raised objections to the subpoena. The Parties desire to accommodate ARG's counsel to include her in the meet and confer to resolve that discovery issue as well.
4. Plaintiff has raised issues with Defendant's recent discovery responses.
5. Owing to Plaintiff's counsel's conflicts, the Parties have agreed to meet and confer in San Francisco on October 11, 2019 at 10:00 am to address the outstanding discovery issues.

Therefore, it is STIPULATED and REQUESTED by the Parties that:

A. The Court's Order (Dkt 36) is hereby vacated; and
B. The Parties and ARG shall meet and confer no later than October 11, 2019;
C. The Court modify the Scheduling Order to extend the pretrial deadlines

by one-month, while keeping the trial date the same as set forth in the proposed modified schedule below:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Case Management Conference | December 9, 2019 at 2:00 pm | January 13, 2020 at 2:00 pm |
| Non-Expert Discovery Cutoff | December 18, 2019 | January 20, 2020 |
| Disclosure of Expert Reports | Opening: November 2, 2019<br>Rebuttal: November 18, 2019 | Opening: December 2, 2019<br>Rebuttal: December 18, 2019 |
| Expert Discovery Cutoff | December 18, 2019 | January 20, 2020 |
| Dispositive Motions / *Daubert* Motions to be Filed | January 14, 2020 and set on 35 day notice | February 18, 2020 on 35 day notice |

DATED: October 4, 2019

BUCHALTER
A Professional Corporation


By:   /s/ Peter H. Bales
GLENN P. ZWANG
PETER H. BALES
Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

DATED: October 4, 2019

HUNTON ANDREWS KURTH LLP


By:   /s/ Timothy J. Carlstedt
ERIK C. KANE
EDWARD T. COLBERT
TIMOTHY J. CARLSTEDT
Attorneys for Defendant Constellation Brands U.S. Operations, Inc.