BUCHALTER
A Professional Corporation
GLENN P. ZWANG  (SBN: 112295)
PETER H. BALES  (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  415.227.0900
Facsimile:   415.227.0770
Email:  gzwang@buchalter.com
           pbales@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

HUNTON ANDREWS KURTH LLP
TIMOTHY J. CARLSTEDT  (SBN: 168855)
50 California Street, Suite 1700
San Francisco, CA  94111
Telephone:   415.975.3700
Facsimile:    415.975.3701
Email: tcarlstedt@huntonak.com

HUNTON ANDREWS KURTH LLP
ERIK C. KANE
EDWARD T. COLBERT
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
Telephone:   202.955.1500
Facsimile:    202.778-.2201
Email: ekane@huntonak.com
           ecolbert@huntonak.com

Attorneys for Defendant Constellation Brands U.S. Operations, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>    Defendant. | Case No. 4:19-cv-1424-YGR<br><br>[PROPOSED] **ORDER GRANTING STIPULATION AND REQUEST TO: (1) MODIFY ORDER REQUIRING PERSONAL APPEARANCE TO MEET AND CONFER ON DISCOVERY DISPUTE (DKT. 36); AND (2) MODIFY SCHEDULING ORDER (DKT. 28)**<br>***AS MODIFIED BY THE COURT*** |

BUCHALTER
A Professional Corporation
Irvine

BN 37863627v1

1

**PROPOSED** ORDER                                                   Case No. 4:19-cv-1424-YGR
BN 37866752v1

The Court, having considered the Parties' Stipulation and Request and for GOOD CAUSE shown, ORDERS that:

1. The Court's Order (Dkt 36) is hereby vacated.
2. The Parties and Architecture Resources Group shall meet and confer no later than on October 11, 2019.
3. The Court's Scheduling Order, Dkt. 20, is modified to extend the pretrial deadlines by one-month, while keeping the trial date the same as set forth below:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Case Management Conference | December 9, 2019 at 2:00 pm | January 13, 2020 at 2:00 pm |
| Non-Expert Discovery Cutoff | December 18, 2019 | January 20, 2020 |
| Disclosure of Expert Reports | Opening:  November 2, 2019<br>Rebuttal:  November 18, 2019 | Opening:  December 2, 2019<br>Rebuttal:  December 18, 2019 |
| Expert Discovery Cutoff | December 18, 2019 | January 20, 2020 |
| Dispositive Motions / *Daubert* Motions to be Filed | January 14, 2020 and set on 35 day notice | February 18, 2020 and set on 35 day notice |

Parties understand that by requesting this schedule modification they may not receive an order from Court regarding their dispositive motions before they need to begin preparing for trial.

**IT IS SO ORDERED.**

DATED: October 4, 2019    By: _____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge