# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE VINEYARD HOUSE, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **CONSTELLATION BRANDS U.S. OPERATIONS, INC.**, <br><br> Defendant. | Case No. 19-cv-01424-YGR <br><br> **ORDER SETTING BRIEFING SCHEDULE AND DISCOVERY DEADLINES** <br><br> **RE: DKT. NOS. 51, 53** |

The Court has reviewed the parties' filing regarding the briefing schedule for the motion for preliminary injunction and the remaining discovery in this matter. (Dkt. No. 51.) Accordingly, the Court hereby **ORDERS** per the parties' agreement as follows:

- Response to the motion for preliminary injunction shall be filed on or before **December 11, 2019**; reply shall be filed on or before **December 17, 2019**;
- Expert reports shall be due on or before **December 16, 2019**; rebuttal reports shall be due on or before **January 8, 2020**; and

Until otherwise ordered, fact and expert discovery cutoff shall remain on **January 20, 2020**. Parties are advised that given the current state of discovery disputes, the Court is considering ordering the dates, times, and locations of all depositions itself. Failure to comply with any court-ordered deposition will result in sanctions, including, if appropriate **the exclusion of testimony** at either the preliminary injunction stage or trial. The parties will be given the opportunity to provide the Court with the detailed calendars of all concerned, but it is likely that many will be

inconvenienced. Of course, the parties are encouraged to resolve the issues themselves. The Court's courtroom deputy will be in touch to schedule a conference call.

**IT IS SO ORDERED.**

Dated: December 2, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**