UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>Defendant. | Case No. 19-cv-01424-YGR<br><br>ORDER SETTING BRIEFING SCHEDULE AND DISCOVERY DEADLINES<br><br>RE: DKT. NO. 57 |

The Court has reviewed the parties' filing regarding the current discovery disputes in this matter. (Dkt. No. 57.) Accordingly, the Court hereby **ORDERS** the personal appearance of counsel on **Thursday, December 12, 2019 at 12:00 p.m. noon** at the United States Courthouse, Courtroom One, Oakland California. Only an attorney with full authority to resolve all pending disputes may appear. Telephonic appearances will not be allowed.

By no later than **noon on Wednesday, December 11, 2019**, defendant shall file:

- The 30(b)(6) notice (i) highlighted with the outstanding request and (ii) including an addendum reflecting each party's most current offer in terms of narrowing the request. NO argument shall be included.
- The map produced to the plaintiff regarding grape sources
- Exemplars of the sales spreadsheets produced

By no later than **noon on Wednesday, December 11, 2019**, plaintiff shall file:

- All versions of its response to defendant's interrogatory no. 21, and to the extent

provided to defendant by way of correspondence or otherwise, the legal basis for its damages.

**IT IS SO ORDERED.**

Dated: December 10, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**