Timothy J. Carlstedt (SBN 168855) (tcarlstedt@huntonak.com)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Tel.: (415) 975-3700
Fax: (415) 975-3701

Edward T. Colbert (ecolbert@huntonak.com)
William M. Merone (admitted *pro hac vice*)
Erik C. Kane (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201

*Counsel for Defendant,
Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, | Case No. 4:19-cv-1424-YGR |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| CONSTELLATION BRANDS U.S. OPERATIONS, INC., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that pursuant to Local Rule 3-12, Defendant filed an action in this District that is related to the above captioned case. The new action is entitled *Constellation Brands U.S. Operations, Inc. v. The Vineyard House, LLC*, Case No. 3:20-cv-00238 (N.D. Cal. filed Jan. 10, 2020).

The above-captioned case and *Constellation Brands U.S. Operations, Inc. v. The Vineyard House, LLC* appear to call for determination of the same or substantially related or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges.

| | |
|---|---|
| DATED: January 10, 2020 | HUNTON ANDREWS KURTH LLP |
| | By:  /s/  Timothy J. Carlstedt |
| | Timothy J. Carlstedt |
| | Ed Colbert |
| | William Merone |
| | Erik Kane |
| | |
| | *Attorneys for Defendant,* |
| | *Constellation Brands U.S. Operations, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned certifies that **NOTICE OF RELATED CASES** was served was served electronically upon the following parties by the CM/ECF system on this 10th day of January 2020.

Glenn Philip Zwang
Peter H. Bales
Farah P. Bhatti
Christina L. Trinh
BUCHALTER
18400 Von Karman Ave., Suite 800
Irvine, CA  92612-0514
Tel.: (949) 760-1121
Fax: (949) 720-0182
Email: gzwang@buchalter.com
pbales@buchalter.com
fbhatti@buchalter.com
ctrinh@buchalter.com

Dated: January 20, 2020    By:   /s/ Timothy J. Carlstedt
A partner at Hunton Andrews Kurth LLP