Timothy J. Carlstedt (SBN 168855)
tcarlstedt@huntonak.com
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Tel.: (415) 975-3700
Fax: (415) 975-3701

Edward T. Colbert (eolbert@huntonak.com)
Erik Kane (admitted *Pro Hac Vice*) (ekane@huntonAK.com)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201

*Counsel for Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company,<br>    *Plaintiff,*<br><br>v.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York corporation,<br>    *Defendant.* | Case No.: 4:19-cv-01424-YRG<br><br>**DEFENDANT CONSTELLATION BRANDS U.S. OPERATIONS, INC.'S NOTICE OF WAIVER OF JURY DEMAND** |

**PLEASE TAKE NOTICE** that Defendant Constellation Brands U.S. Operations, Inc. ("Constellation" or "Defendant") hereby waives any request for a jury demand in the above-captioned action.

DATED: January 13, 2019                              HUNTON ANDREWS KURTH LLP


                                                     By:  */s/ Timothy J. Carlstedt*
                                                          Timothy J. Carlstedt
                                                          Attorney for Defendant
                                                          CONSTELLATION BRANDS
                                                          U.S. OPERATIONS INC.