BUCHALTER
A Professional Corporation
GLENN P. ZWANG (SBN: 112295)
JEFFREY M. JUDD (SBN: 136358)
PETER BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227-0900
Fax: 415.227.0770
Email:   gzwang@buchalter.com
         jjudd@buchalter.com
         pbales@buchalter.com

BUCHALTER
A Professional Corporation
FARAH P. BHATTI (SBN: 218633)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email:   fbhatti@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>    Defendant. | Case No. 4:19-cv-1424-YGR<br><br>**PLAINTIFF THE VINEYARD HOUSE, LLC'S POSITION RE JURY TRIAL**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers |

BUCHALTER
A Professional Corporation
San Francisco

1    Case No.: 4:19-cv-01424-YGR

**THE VINEYARD HOUSE'S POSITION RE JURY TRIAL**

BN 39156377v1

The Vineyard House, LLC ("TVH") is plaintiff in Case No. 4:19-cv-01424 and defendant in related Case No. 3:20-cv-00238. TVH does not seek damages or other legal relief, and seeks only equitable relief, with respect to its complaint in Case No. 4:19-cv-01424. TVH understands that Constellation Brands U.S. Operations, Inc. ("CB"), defendant in Case No. 4:19-cv-01424 and plaintiff in Case No. 3:20-cv-00238, likewise seeks no damages or legal relief, and seeks only equitable relief, with respect to its complaint in Case No. 3:20-cv-00238. Therefore, as these cases currently stand, TVH believes that neither side is entitled to a jury trial on its complaint or in defending against the other side's complaint. Should CB seek legal relief or otherwise take action that entitles TVH to a jury trial, TVH demands a jury trial.

DATED: January 13, 2020

BUCHALTER
A Professional Corporation

By:   */s/ Glenn P. Zwang*
      GLENN P. ZWANG
      PETER BALES
      JEFFREY M. JUDD
      Attorneys for Plaintiff
      THE VINEYARD HOUSE

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

2                Case No.: 4:19-cv-01424-YGR

THE VINEYARD HOUSE'S POSITION RE JURY TRIAL

BN 39156377v1