# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** 2/6/2020 | **Time:** 9:30am-9:55am [total time for two cases] | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 19-cv-01424-YGR<br><br>Related case | **Case Name:** The Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc. | |

**Attorney for Plaintiff:** Glenn Zwang and Jeffrey Judd
**Attorney for Defendant:** Edward Colbert
 **Deputy Clerk:** Frances Stone                    **Court Reporter:** NOT REPORTED


### PROCEEDINGS
Telephone Conference re scheduling - HELD

Notes: Court will issue order regarding revised dates in CMC statement.