UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE VINEYARD HOUSE, LLC.**,<br><br>    Plaintiff,<br><br>    v.<br><br>**CONSTELLATION BRANDS U.S. OPERATIONS, INC.**,<br><br>    Defendant. | Case No. 4:19-cv-01424-YGR<br><br>**ORDER RE: PRETRIAL AND TRIAL SCHEDULING, AND CONSOLIDATING RELATED CASE AND ADMINISTRATIVELY CLOSING 4:20-CV-00238-YGR** |
| **CONSTELLATION BRANDS U.S. OPERATIONS, INC.**,<br><br>    Plaintiff,<br><br>    v.<br><br>**THE VINEYARD HOUSE, LLC**,<br><br>    Defendant. | Case No. 4:20-cv-00238-YGR |

The Court and the parties conferred about the scheduling of these cases on February 20, 2020. Per these discussions, the Court hereby **ORDERS** that *Constellation Brands U.S. Operations, Inc. v. The Vineyard House, LLC*, 4:20-cv-238-YGR (N.D. Cal.) ("*Constellation* action") shall be **CONSOLIDATED** with and into *The Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc.*, 4:19-cv-1424-YGR (N.D. Cal.) ("*TVH* action"). The Clerk of the Court is directed to administratively close the *Constellation* action (Case No. 4:20-cv-00238). All future filings shall be made in the *TVH* action (Case No. 4:19-cv-01424).

The Court further **ORDERS** as follows:

- The trial date set for April 7, 2020 is **VACATED**.
- This matter is **SET** for trial commencing April 20, 2020. Trial days that week include April 21, 2020 through April 24, 2020, before continuing the following week on April 27, 2020 through April 28, 2020.

- The parties **SHALL** file on or before **March 2, 2020** a **JOINT STATEMENT** regarding the claims and affirmative defenses to be proved at trial by the parties, including the elements thereof. The parties should explain and provide support for any disagreements.

- The parties are instructed to meet and confer regarding the scheduling of expert witnesses, including the exchanging and filing of the expert reports, and of *Daubert* motions. A compliance hearing **SHALL** be held on the Court's **9:01 a.m.** calendar on **Friday, March 13, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. At least five (5) business days prior to the date of the compliance hearing, the parties shall file a **JOINT STATEMENT** regarding the parties' agreement as to the scheduling of expert witnesses.

- The parties **SHALL** file on or before **April 10, 2020** the following: (1) stipulated facts; (2) witness lists; (3) exhibit lists; and (4) expert reports.

The parties are reminded to comply with the Court's applicable standing orders regarding civil cases and trials, as well as with the local rules for this district.

**IT IS SO ORDERED.**

Dated: February 25, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**