BUCHALTER
A Professional Corporation
GLENN P. ZWANG (SBN: 112295)
JEFFREY M. JUDD (SBN: 136358)
PETER BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Fax: 415.227.0770
Email:    gzwang@buchalter.com
          jjudd@buchalter.com
          pbales@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>　　　　Plaintiff and Consolidated Case Defendant,<br><br>　　vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>　　　　Defendant and Consolidated Case Plaintiff. | Case No. 4:19-cv-1424-YGR<br><br>**JOINT STATEMENT REGARDING PARTIES' AGREEMENT AS TO THE SCHEDULING OF EXPERT WITNESSES** |

As directed by the court in the Order Re: Pretrial and Trial Scheduling, and Consolidating Related Case and Administratively Closing 4:20-cv-00238-YGR, filed February 25, 2020, as Document 97, the parties in the above-captioned action, through their counsel, respectfully submit this Joint Statement Regarding the Parties' Agreement as to the Scheduling of Expert Witnesses, as follows:

Prior to learning that the court is now available to hold trial on April 29, and 30, the parties had discussed scheduling restrictions that pertain to their respective expert witnesses, and agreed to work with each other to accommodate each other's expert, fact, and non-party witnesses even if it requires taking the witnesses out of order. Given this flexibility, and with two additional trial days now available, the parties do not believe the scheduling restrictions will pose any significant scheduling difficulties. Specifically, the parties have agreed that: (a) Nova Cadamatre will be allowed to testify on or before April 24; (b) Mark De Vere will testify on April 24; (c) Professor David Reibstein will testify on April 28; (d) Dr. Susan Schwartz MacDonald will testify on either April 27 or April 28; and (e) Mr. John Jarosz will testify on or before April 24. The parties will work together to schedule the remaining witnesses, even if it requires taking witnesses out of traditional sequence as to Plaintiff/Defendant.

To ensure the trial is concluded, and with the understanding that the parties intend to close trial by April 28, we respectfully request the court hold April 29 and 30 "in reserve" in the event something unforeseen requires an additional day or two of trial.

DATED: March 6, 2020                BUCHALTER, A PROFESSIONAL CORPORATION

                                    By: /s/ Jeffrey M. Judd
                                        Jeffrey M. Judd
                                        *Attorneys for Plaintiff and Consolidated Case
                                        Defendant The Vineyard House*

DATED: March 6, 2020                HUNTON ANDREWS KURTH LLP

                                    By: /s/ Erik C. Kane
                                        Erik C. Kane
                                        *Attorneys for Defendant and Consolidated Case
                                        Plaintiff Constellation Brands U.S. Operations, Inc.*

# CERTIFICATE OF SERVICE

The undersigned certifies that the Joint Statement Regarding Parties' Agreement as to the Scheduling of Expert Witnesses was served electronically upon the following parties by the CM/ECF system on this 6th day of March, 2020.

Timothy J. Carlstedt
(tcarlstedt@huntonak.com)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Tel.: (415) 975-3700
Fax: (415) 975-3701

Edward T. Colbert
(ecolbert@huntonak.com)
Erik C. Kane
(ekane@huntonak.com)
William M. Merone
(wmerone@huntonak.com)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201

Counsel for Constellation Brands U.S. Operations, Inc.

DATED: March 6, 2020                BUCHALTER
                                    A Professional Corporation


                                    By: /s/ Karen Kosola