United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE VINEYARD HOUSE, LLC.**, <br><br> Plaintiff, <br><br> v. <br><br> **CONSTELLATION BRANDS U.S. OPERATIONS, INC.**, <br><br> Defendant. | Case No.  4:19-cv-01424-YGR <br><br> CONSOLIDATED CASE <br><br> **ORDER GRANTING IN PART AND DENYING IN PART STIPULATION RE: SCHEDULING, AND CONTINUING TRIAL TO MAY 4, 2020** <br><br> Re: Dkt. No. 101 |
| **CONSTELLATION BRANDS U.S. OPERATIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **THE VINEYARD HOUSE, LLC**, <br><br> Defendant. | |

The Court issued an order applicable to all civil cases regarding the recent coronavirus disease (COVID-19) outbreak.  (Dkt. No. 102.)  In that order, the Court continued all civil trials, and stated that the Court would contact parties regarding rescheduling, and that the order would be in effect until, at a minimum, May 1, 2020.  (*Id.*)

In light of the above order, the Court and the parties telephonically conferred about the scheduling of these cases on March 13, 2020.  Per these discussions, the Court hereby **ORDERS** as follows:

- The trial date set for April 20, 2020 is **CONTINUED** to May 4, 2020.  Trial days that week include May 4, 2020 through May 8, 2020, before continuing the following week on May 11, 2020.

-  The stipulation regarding scheduling at Docket Number 101 is **GRANTED IN PART** and **DENIED IN PART**: the parties **SHALL** file their witness lists with the Court on

**April 10, 2020** in accordance with the stipulation;  the parties may otherwise meet and confer and submit a new stipulation as to the other proposed dates in the stipulation in light of the continuance of the trial.

The parties are reminded to comply with the Court's applicable standing orders regarding civil cases and trials, as well as with the local rules for this district.

This Order terminates Docket Number 101.

**IT IS SO ORDERED.**

Dated: March 13, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

United States District Court
Northern District of California

2