UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE VINEYARD HOUSE, LLC.**, <br><br> Plaintiff, <br><br> v. <br><br> **CONSTELLATION BRANDS U.S. OPERATIONS, INC.**, <br><br> Defendant. | Case No. 4:19-cv-01424-YGR <br><br> CONSOLIDATED CASE <br><br> **ORDER STRIKING DISCOVERY LETTER REPLY BRIEFS** <br><br> Re: Dkt. Nos. 107, 108 |
| **CONSTELLATION BRANDS U.S. OPERATIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **THE VINEYARD HOUSE, LLC**, <br><br> Defendant. | |

The Court is in receipt of The Vineyard House's discovery letter reply briefs, (Dkt. Nos. 107, 108) which was filed in violation of this Court's Standing Order in Civil Cases. (*See* Standing Order in Civil Cases ¶ 8(b).) Accordingly, the discovery letter reply briefs are hereby **STRICKEN**. The Court will reserve ruling on whether sanctions are appropriate for The Vineyard House for failure to comply with the Court's Standing Order in Civil Cases.

The Court intends to set a telephonic conference on the parties' discovery letter brief (Dkt. No. 104) when the Court is able to do so.

**IT IS SO ORDERED.**

Dated: March 18, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**