TIMOTHY J. CARLSTEDT (STATE BAR NO. 168855)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701

EDWARD T. COLBERT (STATE BAR NO. DC-206425)
WILLIAM M. MERONE (State Bar No. DC-458104)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201

*Counsel for Plaintiff,*
*Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | CASE NO.: 4:19-cv-01424-YGR (Consolidated)<br><br>**STIPULATION REGARDING PRETRIAL DEADLINES** |

Pursuant to the March 24, 2020 teleconference with Your Honor and Fed. R. Civ. Pro. 16(b), Plaintiff and Counterclaim Defendant The Vineyard House, LLC (TVH) and Defendant and Counterclaim Plaintiff Constellation Brands U.S. Operations, Inc. ("Constellation"), hereby jointly submit the following stipulation concerning scheduling of pretrial deadlines in this matter.

The Parties have met and conferred and have agreed on the following deadlines, taking into account an August 31 trial date. Below is a proposed schedule of pretrial and trial dates that would

1
**STIPULATION REGARDING PRETRIAL DEADLINES**

permit orderly completion of depositions and pretrial filings, while taking into account the delays anticipated due to Covid-19:

| Event | Proposed Deadline |
|---|---|
| Serve Opening Expert Reports | July 17 |
| Serve Rebuttal Expert Reports | July 24 |
| Close of Depositions | August 7 |
| Exchange Exhibits Lists | August 10 |
| Exchange Objections to Exhibits and/or Witness Lists | August 14 |
| Demonstrative exhibits to be exchanged | 10 pm night before use at trial |
| Deposition Designations | August 10 |
| Objections to Designations/Counter Designations | August 14 |
| Objections to Counter Designations | August 17 |
| Lodge Trial Binders with Court | August 17 |
| File Proposed Findings of Fact & Conclusions of Law | August 24 |
| File Stipulated Facts | August 24 |
| File Witness Lists | July 24 |
| File Exhibit Lists | August 17 |
| File Expert Reports | August 17 |
| Joint Pretrial Statement | NONE |
| Motions *in limine* & Daubert Motions | August 14 |
| Oppositions to Motions *in limine* & Daubert Motions | August 21 |
| No replies to Motions *in limine* or Daubert Motions | |
| Trial Commences | August 31 |

For the Court's reference, the Parties provide the following explanations as to the Parties' reasoning for some of the dates:

The Parties wish to delay depositions until at least July to avoid unnecessary air travel during the Covid-19 crisis. Therefore, the Parties have proposed an August 7 deadline for completion of both fact and expert depositions.

As to the deadline for filing Witness Lists, the Court previously requested that deadline be set to April 10. That was taking into account a certain lead-time before trial to plan for the length of trial. It also accounted for expert reports being served prior to that time. The Parties cannot anticipate all necessary expert witnesses until completion of fact depositions and cannot anticipate rebuttal experts until receipt of opening expert disclosures. Therefore, the Parties have proposed July 24 as the deadline for filing witness lists (the same date the parties will exchange rebuttal expert disclosures). Should the Court wish the Parties to file witness lists on the original April 10 deadline, the Parties will be happy to comply, subject to supplementation later.

**STIPULATION REGARDING PRETRIAL DEADLINES**

Pursuant to the Court's February 25, 2020 Order (Dkt. No. 97), the Parties filed a joint statement of the claims and defenses to be raised at trial (Dkt. No. 98), and further each party will be submitting proposed findings of fact and conclusions of law as well as proposed stipulation of facts. These filings will generally cover the information that would be set forth in a Joint Pretrial Statement. In an effort to avoid duplicative pretrial activities and streamline the Parties' submissions to the Court, the Parties have proposed that no Joint Pretrial Statement is necessary unless the Court so requests.

The Parties have confirmed that all experts and party fact witnesses are available from August 31 – September 4, and September 8-9 for trial. Two of Defendant's experts are unavailable on September 8-9, but the Parties are willing to work together to present their testimony during the first week of trial. In addition, one of Plaintiff's anticipated third party witnesses has not confirmed availability, but the Parties will work together as to scheduling of that witness.

DATED: March 27, 2020

| *On Behalf of The Vineyard House, LLC* | *On Behalf of Constellation Brands U.S. Operations, Inc.* |
|---|---|
| BUCHALTER,<br>A Professional Corporation | HUNTON ANDREWS KURTH LLP |
| By: /s/Jeffrey M. Judd<br>JEFFREY M. JUDD | By: /s/ Timothy J. Carlstedt<br>TIMOTHY J. CARLSTEDT<br>HUNTON ANDREWS KURTH LLP |
| GLENN ZWANG<br>JEFFREY M. JUDD<br>PETER BALES<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105<br>Telephone: 415.227.0900<br>Facsimile: 415.227.0770 | 50 California Street, Suite 1700<br>San Francisco, California 94111<br>Telephone: 415 • 975 • 3700<br>Facsimile: 415 • 975 • 3701<br><br>EDWARD T. COLBERT<br>WILLIAM M. MERONE<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Tel.: (202) 955-1500<br>Fax: (202) 778-2201 |

**STIPULATION REGARDING PRETRIAL DEADLINES**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

**STIPULATION REGARDING PRETRIAL DEADLINES**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION REGARDING PRETRIAL DEADLINES** was filed and therefore served electronically via the CM/ECF system on March 27, 2020 to the below counsel of record:

Glenn Philip Zwang
Peter H. Bales F
Jeffrey Judd
BUCHALTER
55 Second Street, Suite 1700
San Francisco, CA 94105
Email: gzwang@buchalter.com
          pbales@buchalter.com
          jjudd@buchalter.com

Dated: March 27, 2020                    By:  /s/ Timothy J. Carlstedt
                                              Hunton Andrews Kurth LLP