Timothy J. Carlstedt (State Bar No. 168855)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Tel.: (415) 975 – 3700
Fax: (415) 975 – 3701

Edward T. Colbert (DC Bar No. 206425)
William M. Merone (DC Bar No. DC-458104)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778 – 2201

*Counsel for Defendant/ Counterclaim Plaintiff Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company, *Plaintiff / Counterclaim-Defendant*, v. CONSTELLATION BRANDS U.S. OPERATIONS, INC., a Delaware corporation, *Defendant / Counterclaim-Plaintiff.* | Case No. 4:19-cv-01424-YGR  **DECLARATION OF ARMIN GHIAM IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE OR LIMIT CERTAIN TESTIMONY BY PAUL W. REIDL** |

# DECLARATION OF ARMIN GHIAM

I, Armin Ghiam, declare:

1. I am an associate in the law firm of Hunton Andrews Kurth LLP ("Hunton AK"). Hunton AK is counsel of record to Constellation Brands U.S. Operations, Inc. in this proceeding. I make this Declaration in support of *Defendant's Motion To Exclude Or Limit Certain Testimony By Paul W. Reidl* under penalty of perjury that the foregoing is true and correct. The facts stated herein or attached hereto are based on my personal knowledge, or on information conveyed to me by others that I believe to be true. If called to testify regarding the same, I could do so competently.

2. Attached hereto as **EXHIBIT A** is a true and correct copy of Statement and Declaration of Paul W. Reidl, December 16, 2019 ("First Reidl Rep."). The report is highlighted to specifically point to the paragraphs (highlighted in yellow) and statements (highlighted in red) which Defendant seeks to exclude.

3. Attached hereto as **EXHIBIT B** is a true and correct copy of Statement and Rebuttal Declaration of Paul W. Reidl, January 8, 2020 ("Second Reidl Rep."). The report is highlighted to specifically point to the paragraphs (highlighted in yellow) and statements (highlighted in red) which Defendant seeks to exclude.

4. Attached hereto as **EXHIBIT C** is a true and correct copy of Exhibit 1048 to the Deposition Transcript of Paul W. Reidl.

5. Attached hereto as **EXHIBIT D** is a true and correct copy of an excerpt of the Deposition Transcript of Paul W. Reidl.

6. Attached hereto as **EXHIBIT E** is a true and correct copy of pages 23-24 of The Vineyards and Wine of H.W. Crabb, Oakville, Ca. and His To-Kalon Label by William F. Heintz. This exhibit was produced by Plaintiff with the Second Reidl Report.

7. Attached hereto as **EXHIBIT F** is a true and correct copy of an excerpt of Deposition Transcript of Jeremy Nickel conduced on December 17, 2019.

I declare under penalty of perjury under the laws of the United States, on information and belief, that the foregoing is true and correct.

Executed this 17th day of August 2020, at New York, NY.

_____
ARMIN GHIAM