# Exhibit C

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jan 13 04:15:08 EST 2020

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 21 out of 72**

TSDR ASSIGN Status TTAB Status ( *Use the "Back" button of the Internet Browser to return to TESS* )

# NEW AMSTERDAM

| | |
|---|---|
| **Word Mark** | **NEW AMSTERDAM** |
| **Goods and Services** | IC 033. US 047 049. G & S: GIN. FIRST USE: 20060715. FIRST USE IN COMMERCE: 20060715 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78729822 |
| **Filing Date** | October 10, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 4, 2006 |
| **Registration Number** | 3283754 |
| **Registration Date** | August 21, 2007 |
| **Owner** | (REGISTRANT) E. & J. GALLO WINERY CORPORATION CALIFORNIA 600 YOSEMITE BOULEVARD MODESTO CALIFORNIA 95354 |
| **Attorney of Record** | Kristi W. Whalen |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20161216. |
| **Renewal** | 1ST RENEWAL 20161216 |
| **Live/Dead Indicator** | LIVE |

PAUL REIDL
01/16/20
**EXHIBIT**
**1048**
Ashala Tylor
CSR, RPR, CRR, CLR

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |