# Exhibit E

*The William F. Heintz Collection*
*Client Commissioned Research Projects*

# The Vineyards and Wine of H. W. Crabb, Oakville, Ca. and His To-Kalon Label

By
William F. Heintz



Napa Valley Wine Library Archives
St. Helena Public Library
1492 Library Lane
Saint Helena, CA 94574

1980

**TABLE OF CONTENTS:**

Introduction . . . . . . . . . . . . . . . . . . . . . . . Page 1
Crabb's Arrival in the Napa Valley
    and the Beginning of Wine Making . . . Page 5
Conclusion . . . . . . . . . . . . . . . . . . . . . . . . Page 24

Official Map of the County of Napa, Approved by the Board of Supervisors, January 21, 1895.

Napa Valley
Tokalon/Crabb



this point is to be found in the 1937 DIRECTORY OF AMERICAN WINERIES, published by the Wine Review magazine in conjunction with the Wine Institute, San Francisco, Ca. (page 18):

> "To-Kalon Vineyard Company, B.W. 44
> Oakville, Calif.
> Owner--Mrs. M.A. Churchill
> Sales in bulk only.
> Capacity--400,000 gals.
> Products--Red dry, White dry.
> Brands--'To-Kalon.'"

The To-Kalon Vineyards were sold in late 1943 to Martin Stelling, Jr. In a story on the purchase of the neighboring McGill ranch, the Napa Daily Journal of March 31, 1944 observed:

> The McGill ranch adjoins on the south "To-Kalon," the vineyard property recently bought by Mr. Stelling from Mrs. Alice Churchill. . . .

CONCLUSION

The name of "To-Kalon" is largely forgotten now as a wine brand. Even more obscure is the once distinguished reputation of Henry W. Crabb. In the 19th century, Crabb ranked right behind Agoston Haraszthy, and possibly Charles Wetmore, for his contributions to viticulture and wine making in California. His wines under the To-Kalon name probably held the front rank nationally.

Historical obscurity comes about quickly when a winery and a wine brand are retired or simply go out of business. When a pioneer wine maker has no descendants to carry on his name or occasionally extoll his virtues, his contributions are quickly forgotten no matter how great their value.