# Exhibit F

```
                                                       Page 1

 1             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2             Case No.:  4:19-cv-1424-YGR
 3
 4
 5   THE VINEYARD HOUSE, LLC,
 6
 7             Plaintiff,
 8   vs.
 9
10   CONSTELLATION BRANDS U.S. OPERATIONS, INC.,
11
12             Defendants.
     _____/
13
14
15
               Veritext Legal Solutions
16             1400 Centrepark Boulevard, Suite 605
               West Palm Beach, FL 33401
17             Tuesday, December 17, 2019
               9:18 a.m. to 4:26 p.m.
18
19
         VIDEOTAPED DEPOSITION OF JEREMY JUSTIN NICKEL
20
21
22   Taken before MARIA E. REEDER, RPR, FPR
23   and Notary Public for the State of Florida at
24   Large, pursuant to Notice of Taking Deposition
25   filed in the above cause.
```

Page 20

1  I can't tell you the answer to that.  I'm sorry.
2       Q    Do you know if you were aware of To Kalon
3  when you were growing up in Napa Valley?
4       A    I was not.  I believe, you know, To Kalon
5  came to my attention in 2011, when I had a historical
6  research company do a title search on the farmhouse
7  that my father left me, along with nine acres that we
8  always called The Vineyard House.
9            I had them do research because I thought
10 that the farmhouse was part of Far Niente's history
11 and that the vineyard owner -- vineyard manager
12 owned -- lived in the farmhouse.  And I told the
13 historians my understanding of it, and they
14 conducted their research and submitted a report to
15 me telling me that it was not part of Far Niente's
16 history.  In fact, it was part of William Baldridge
17 and H.W. Crabb's history.
18      Q    And what was this research company that you
19 used?
20      A    The name of the company is ARG, which is --
21 what's the word I'm thinking of?  It stands for
22 Architectural Research Group.
23      Q    So you had -- so your father bequeathed you
24 nine acres upon his passing and you conducted a title
25 search and it was in that title search that you