1  Timothy J. Carlstedt (State Bar No. 168855)
   HUNTON ANDREWS KURTH LLP
2  50 California Street, Suite 1700
   San Francisco, California 94111
3  Tel.: (415) 975 – 3700
   Fax: (415) 975 – 3701
4
5  Edward T. Colbert (DC Bar No. 206425)
   William M. Merone (DC Bar No. DC-458104)
   HUNTON ANDREWS KURTH LLP
6  2200 Pennsylvania Avenue, N.W.
   Washington, D.C. 20037
7  Tel.: (202) 955-1500
   Fax: (202) 778 – 2201
8
   *Counsel for Defendant/ Counterclaim Plaintiff*
9  *Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company, | Case No. 4:19-cv-01424-YGR |
| *Plaintiff / Counterclaim-Defendant*, | |
| v. | **DEFENDANT'S NOTICE OF FILING EXPERT REPORTS** |
| CONSTELLATION BRANDS U.S. OPERATIONS, INC., a Delaware corporation, | |
| *Defendant / Counterclaim-Plaintiff*. | |

In accordance with the Court's April 1, 2020 Order Granting Stipulation Regarding Pretrial Deadlines, Defendant Constellation Brands U.S. Operations, Inc. files its Notice of Filing Expert Reports.  Defendant's Expert Reports are attached as follows:

- Exhibit 1 – Expert Witness Report of Andromache Karanika
- Exhibit 2 – Report of Professor David Reibstein
- Exhibit 3 – Expert Witness Report of Robert F. Cissel
- Exhibit 4 –  Expert Testimony of Susan Schwartz McDonald, Ph.D. on the Use of TO KALON as a Brand on Plaintiff's Proposed Bottles
- Exhibit 5 – Mark de Vere Supplemental Percipient Witness Statement
- Exhibit 6 – Rebuttal Expert Report of John C. Jarosz
- Exhibit 7 – Statement of Rebuttal Percipient Expert Mark de Vere
- Exhibit 8 – Expert Report of Nova Cadamatre (with Exhibits)
- Exhibit 9 – Expert Testimony of Susan Schwartz McDonald, Ph.D. Rebuttal Commentary on Plaintiff's Survey Conducted by Mathew Ezell
- Exhibit 10 – Rebuttal Expert Report of Nova Cadamatre (with Exhibits)
- Exhibit 11 – Expert Report of John C. Jarosz

|   |   |   |
|---|---|---|
| | | Respectfully Submitted, |
| Dated: August 17, 2020 | | HUNTON ANDREWS KURTH LLP |
| | By: | /s/ *Edward T. Colbert* |

Timothy J. Carlstedt (State Bar No. 168855)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Tel.: (415) 975 – 3700
Fax: (415) 975 – 3701

Edward T. Colbert (DC Bar No. 206425)
William M. Merone (DC Bar No. 458104)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778 – 2201

*Counsel for Defendant/ Counterclaim Plaintiff Constellation Brands U.S. Operations, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that **DEFENDANT'S NOTICE OF FILING EXPERT REPORTS**, along with supporting Exhibits A-F, were served electronically upon Plaintiff's counsel by the CM/ECF system on this 17th day of August 2020:

>Jeffrey M. Judd
>Peter Bales
>BUCHALTER
>55 Second Street
>Suite 1700
>San Francisco, California 94105-3493
>Tel: (415) 227-0900
>Fax: (415) 227-0770
>Email:	jjudd@buchalter.com
>	pbales@buchalter.com

Dated: August 17, 2020			By:	/s/ Erik C. Kane

					Hunton Andrews Kurth LLP