# Exhibit A

# Nova McCune Cadamatre MW

2562 Harvest Lane ▪ Napa, CA ▪ 94558
(864) 313-2839 ▪ Nova@novacadamatre.com

---

**EDUCATION**

**Cornell University**, College of Agriculture and Life Sciences, Ithaca, NY
Bachelor of Science, Viticulture and Enology, May 2006
GPA: 3.48; National Society of Collegiate Scholars, ASEV Scholarship Winner, Dean's List

**Morrisville State University**, College of Agriculture, Morrisville, NY
Associate of Applied Science, Horticulture, May 2003
GPA: 3.99; Valedictorian of the class of 2003, Phi Theta Kappa, President's List, Dean's List, National Dean's list

**CERTIFICATIONS**

**Master of Wine**
• Named a Master of wine in September 2017
• Research Paper "Exploring the Efficacy of Different Barrel Sanitation Techniques and the Relative Financial and Environmental Benefits of Each Treatment"

**Harvard Business Publishing Corporate Learning**
• Constellation Brands Emerging Executive Program, 2019

**University of California, Davis – Graduate School of Management**
• Wine Executive Program, 2016

**WEST Diploma of Wines and Spirits**
• Pass, November 2009

**WSET Advanced Certificate of Wines and Spirits**
• Pass with Merit, June 2007

**EXPERIENCE**

**Senior Director of Winemaking, North Coast**
*Robert Mondavi Winery, Constellation Brands, Oakville, CA*                   **July 2018 - Present**
▪ Senior Director of Winemaking for Robert Mondavi Winery, Oakville, CA
▪ Oversees winemaking teams for The Prisoner, Mt Veeder, Schrader, and ToKalon Vineyard Company in Napa, Simi winery and the Quarry winery in Sonoma, and Charles Smith Wines in Washington State.

**Owner/Winemaker**
*Tradewinds Wine Company, LLC dba Trestle Thirty One*                        **July 2015 - Present**
▪ Owner and Winemaker for luxury boutique winery in the heart of the Finger Lakes wine region.
▪ Owner, founder, winemaker, managing partner, marketing lead, packaging design, procurement, compliance, public relations, grower relations, accounts payable and receivable.

**Advisory Board Member**
*Cornell University, College of Agriculture and Life Sciences, Ithaca, NY*    **November 2018 - Present**
▪ Owner and Winemaker for luxury boutique winery in the heart of the Finger Lakes wine region.
▪ Owner, founder, winemaker, managing partner, marketing lead, packaging design, procurement, compliance, public relations, grower relations, accounts payable and receivable.

**Guest Lecturer and Instructor**
*Napa Valley Wine Academy, Napa, CA*                                          **May 2013 - Present**
▪ WSET Diploma Level – Unit 2
*Dragon Phoenix Wine School, Beijing, China*                                  **February 2016**
▪ WSET Diploma Level – Unit 1
*Hochschule Geisenheim University, Geisenheim, Germany*                       **April 2014**
▪ Napa Valley Winemaking Philosophies
*The Grape Experience, Boston, MA*                                            **March 2011 – March 2015**
▪ WSET Diploma level – Unit 2, 3, and 5

**Writer/Author**                  **March 2010 - Present**
- www.novacadamatre.com – Blog
- www.snooth.com – Guest columns
- www.wsetglobal.org – Guest columns
- *Viticulture: An introduction to commercial grape growing for wine production*, 2nd edition by Stephen Skelton – Major contributor and editor.

**Director of Winemaking**
*Canandaigua Winery, Constellation Brands, Canandaigua, NY*        **March 2015- June 2018**
- Oversee team of 4 winemakers for Canandaigua Winery, a multi-product, production winery crushing 27,000 tons annually and producing 9 million cases of alcohol products including standard table wine, Kosher wine, Fortified wines, Flavored wines, flavored wine products, and spirits.
- Developed new products including luxury tier Finger Lakes wine brand called 240 Days including Riesling, Dry Rose, and Cabernet Franc.
- Suggest and implement new initiatives to grow product mix, increase quality and streamline efficiencies.
- Explore innovative technologies and determine their applications to the winery.

**Winemaking Contestant**
*Ningxia Winemaker Challenge, Yinchuan, Ningxia, China*        **July 2015 - September 2017**
- One of 48 Winemakers from 18 different countries competing to make the best Cabernet Sauvignon from the same vineyard in Ningxia, China.
- Awarded Silver medal overall

**Winemaker**
*Robert Mondavi Winery, Constellation Brands, Oakville, CA*        **Jan 2013- March 2015**
- Jan 2013- July 2014, Red winemaker in charge of production for Pinot Noir, Cabernet Sauvignon, Merlot, Cabernet Franc, Malbec, and Petit Verdot from all over Napa Valley including the renowned To Kalon Vineyard in Oakville.
- July 2014 – March 2015, Winemaker in charge of Pinot Noir, 2013 Bordeaux Red programs, and assisted white winemaker with Sauvignon Blanc, Chardonnay and Muscat.
- Multiple 90+ scores including 95 for 2013 To Kalon Cabernet Sauvignon Reserve and 93 2013 Pinot Noir Reserve.
- Responsible for blending all 2011 and 2013 Bordeaux red wines, and 2012 Auction lots and Stags Leap District Cabernet working closely with the Director of Winemaking, by conducting multiple tastings and trials for each blend to ensure the highest quality was produced.
- Worked closely with cellar staff to coordinate movements, maintain wine health, and oversee physical blending.
- Assisted other departments with events at the winery including the Lab, Visitors Center, Education Staff, and Hospitality.
- Worked closely with Viticultural staff of internal vineyards including To Kalon and Wappo Hill to maintain the highest viticultural and winemaking quality.
- Traveled for 5 weeks annually assisting marketing and sales to promote and educate consumers and trade about Robert Mondavi Winery.

**Guest Lecturer**        **February 2011- Present**
*Geisenheim University, Geisenheim, Germany, April 2014*
- Guest Lecturer invited by Dr. Uli Fischer to speak on Napa Cabernet Sauvignon and Pinot Noir winemaking.

*New York Wine and Culinary Center, Canandaigua, NY, September 2016*
- Guest Lecture on Robert Mondavi Winery and Napa Valley.

*The Grape Experience, San Francisco, CA, February 2011 – March 2015*
- Guest Lecturer for WSET Diploma Level 4 with specialty knowledge in Units 2, 3, 5, and 6.

**Instructor**        **May 2013- Present**
*Napa Valley Wine Academy, Napa, CA*
- Part time instructor for WSET Level 2 and 3 as well as CSW certificate programs

**Luxury Winemaker**                                                                                                    **May 2011-Jan 2013**
*Asti Winery, Treasury Wine Estates, Cloverdale, CA*
- Coordinated with Director of Winemaking, Ed Killian, to determine blends, style, and quality as Associate Winemaker for Souverain including North Coast, Tasting Room and Reserve Tier Labels of Chardonnay, Cabernet Sauvignon, Sauvignon Blanc, and Merlot.
- Created wine style, directed picking decisions, and coordinated with central coast winemaking team as brand winemaker for Emma Pearl, a Central Coast brand.
- Winemaker responsible for Chateau St. Jean Sonoma County Chardonnay, Sonoma County Cabernet Sauvignon, and California Pinot Gris.
- Collaborated with Beringer Winemakers to produce the Beringer Knight's Valley Cabernet Sauvignon program at Asti Winery to establish quality and brand style objectives.
- Collaborated with fellow Winemakers for production at Asti Winery including varieties such as Sauvignon Blanc, Chardonnay, Cabernet Sauvignon, Merlot, Pinot Noir, Pinot Gris, Zinfandel, Viognier, Muscat, Petit Syrah and Petit Verdot.
- Specialized in maintaining healthy fermentations and clean barrel inventories for barrel fermented Chardonnay and Sauvignon Blanc as well as barrel aged reds, primarily Cabernet Sauvignon, Merlot, and Pinot Noir from premium American Viticultural Areas including Alexander Valley, Carneros, Russian River Valley, Dry Creek, Knights Valley, Oakville, and Napa Valley.
- Worked with Grower Relations and Vineyard Operations to evaluate vineyards to ensure quality, style and yields were being met.
- Worked closely with marketing and PR to support and/or represent multiple wine brands including Emma Pearl and Souverain in multiple venues including winemaker dinners, market visits, VIP tours, and national wine events.
- Coordinated tastings with fellow winemaking staff at Asti and at sister wineries.
- Organized and taught classes to cellar and vineyard crew to educate and help facilitate understanding of winemaking procedures and processes.

**Luxury Assistant Winemaker**                                                                                          **July 2010-May 2011**
*Asti Winery, Foster's Wine Estates, Cloverdale, CA*
- Brand Winemaker for Emma Pearl, a Central Coast brand introduced in 2011 with Chardonnay and Merlot including fruit from American Viticultural Areas Santa Barbara and Paso Robles.
- Assisted Winemakers for Souverain, Chateau St. Jean, Beringer and Cellar No. 8 with production at Asti Winery.
- Specialized in maintaining healthy fermentations and clean barrel inventories for Barrel fermented Chardonnay and Sauvignon Blanc as well as Barrel aged reds, primarily Cabernet Sauvignon, Merlot, and Pinot Noir .
- Evaluated Vineyards with Viticulture reps to determine the quality and best end use for the fruit.
- Worked closely with marketing and PR to support and/or represent multiple wine brands including Emma Pearl and Souverain.

**Assistant Winemaker**                                                                                                 **July 2009- July 2010**
*Asti Winery, Foster's Wine Estates, Cloverdale, CA*
- Assisted Winemakers for Souverain and Cellar No. 8 with production and marketing of brands at the Asti Winery including varieties such as Sauvignon Blanc, Chardonnay, Cabernet Sauvignon, Merlot, Pinot Noir, Pinot Gris, Zinfandel, Viognier, Petit Syrah and Petit Verdot.
- Organized and tracked production of 30,000 tons worth of grape streams into the Asti winery and ensured that all were made to the winemaker's specification that each was assigned including both premium and luxury level wines.
- Tracked barrel inventories and worked closely with the Souverain and Chateau St. Jean winemakers to ensure barrel fermentations (both primary and ML) were successful and made in the brand style
- Worked closely with the Viticulture department to evaluate and grade vineyards for optimum use in wine streams.
- Evaluated both produced wines and competitive wines for sensory attributes.
- Evaluated fermentations along with fellow winemakers to determine necessary adjustments to base wines.
- Met with other winemakers and marketing to evaluate product strategies and worked closely with them to formulate new strategies in a dynamic market.
- Represented Souverain and Cellar No. 8 at marketing, distributor, and tasting room events.
- Met quarterly with both the premium and luxury winemakers from sister Foster's sites to exchange ideas and foster positive working relationships.

**Winemaker**                                                                 **April 2007- July 2009**
*Mission Bell Winery, Constellation Wines U.S., Madera, CA*
- Designed and created the first bottling of the Woodbridge Brut by Robert Mondavi, a Chardonnay based sparkling wine.
- Winemaker for Cook's California Champagne and other Charmat method sparkling wines.
- Trained fellow winemakers to run the Sparkling Wine Department.
- Tracked bulk wine inventory availability for Cook's to ensure proper vintage transition periods.
- Supplied finance with budget for the Sparkling Wine Department.
- Evaluated vineyards, working with Grape Management, for quality and best program use.
- Represented Cook's at Marketing functions and public tastings.

**Assistant Winemaker**                                                        **July 2006- April 2007**
*Mission Bell Winery, Constellation Wines U.S., Madera, CA*
- Supervised harvest operations for a 15 million case production winery.
- Evaluated individual grape loads for quality and rejected any that did not meet standards.
- Supervised between 20-50 workers at any given time in the Cellar department.
- Worked as a second Sparkling Winemaker in Cook's Champagne Cellars, Charmat Process
- Assisted Winemakers with day to day operations including writing blends and maintaining finished wines.

**Assistant to Vineyard Manager and Winemaker, Outside Sales Representative**   **May 2004- June 2006**
*Thirsty Owl Wine Company, Ovid, NY*
- Assisted Vineyard Manager with day to day operations such as replanting, trellis work, machinery operations, vine care, and harvesting for a 7,000 case boutique winery specializing in cool climate varietals such as Riesling, Chardonnay, Pinot Noir, and Cabernet Sauvignon.
- Assisted Winemaker with tasks such as tracking fermentation processes, racking, filtering, bottling, and sensory evaluation.
- Conducted on-site and off-site wine tastings at winery and surrounding locales including the Finger Lakes Wine Festival and local wine and liquor stores.

**Apprentice Winemaker**                                                       **Aug 2003- Dec 2003**
*Stargazer's Vineyard, Coatesville, PA*
- Assisted with harvest and winemaking duties such as racking, sensory evaluation, disgorging and dosage of traditional method sparkling wines.
- Conducted on-site wine tastings

**SKILLS & LANGUAGES**   Fluent in English, French, limited Spanish, and limited Mandarin. Computer programs include AS-400, WIM, Enterprise Reporting, Lotus Notes, Excel, PowerPoint, Outlook, Keyboard and Keypad proficient.

**WEBSITES**   www.linkedin.com/in/novacadamatre          www.novacadamatre.com