BUCHALTER
A Professional Corporation
JEFFREY M. JUDD (SBN: 136358)
PETER H. BALES (SBN: 251345)
DAVID A. GOLDSTEIN (SBN: 319394)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Facsimile: 415.227.0770
Email: jjudd@buchalter.com
pbales@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>Defendant. | Case No. 4:19-CV-1424-YGR<br><br>**DECLARATION OF PETER H. BALES IN SUPPORT OF THE VINEYARD HOUSE'S *DAUBERT* MOTION TO EXCLUDE PORTIONS OF THE REPORT AND TESTIMONY OF MARK DEVERE AND STRIKE PORTIONS OF THE SAME** |

### DECLARATION OF PETER H. BALES

I, Peter H. Bales, declare:

1. I am an attorney in the law firm Buchalter PC ("Buchalter"), admitted to practice before this Court, and a member in good standing of the State Bar of California. The facts stated below are based on my personal knowledge, or on information conveyed to me by others that I am informed are and believe to be true. If called to testify regarding the same, I could do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of Mark DeVere's Expert Witness Statement, dated January 8, 2020, with highlights for those portions at issue in the attached motion.

3. On February 6, 2020, I took the deposition of Mark DeVere. Attached hereto as **Exhibit B** are true and correct excerpts of the transcript from that deposition cited in the accompanying motion.

4. Attached hereto as **Exhibit C** is a true and correct copy of a December 16, 2019 letter from Mr. Colbert regarding Mr. de Vere.

5. Attached hereto as **Exhibit D** is a true and correct copy of Mark DeVere's Statement of Rebuttal Percipient Expert, dated January 8, 2020, with highlights for those portions at issue in the attached motion and without the accompany exhibits referenced in that report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was signed in San Francisco, California on this 17th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／　　　　*Peter H. Bales*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PETER H. BALES