# EXHIBIT C



HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVE N.W.
WASHINGTON, DC 20037

TEL +1 202.955.1500
FAX +1 202.778.2201

EDWARD T. COLBERT

DIRECT DIAL: +1 202.662.3010
EMAIL: EColbert@HuntonAK.com

December 16, 2019

Via Email: gzwang@buchalter.com; pbales@buchalter.com

Glenn P. Zwang
Peter Bales
Buchalter
55 Second Street, Suite 1700
San Francisco, CA 94105

Re: The Vineyard House v. Constellation Brands U.S. Operations, Inc.
Case No.: 4:19-cv-1424-YGR

Dear Glenn and Peter:

Consistent with Judge Roger's rules, in addition to the expert witness reports we have served or are serving on you today, we will present additional evidence through our percipient, lay expert witness Mr. Mark de Vere.

    Name: Mark de Vere

    Employed by: Constellation Brands:
        1997 to present: Robert Mondavi Winery/ Constellation Brands.
        His role has included ambassador work, training, education, and internal consulting in a role that supports sales, marketing, public relations and winemaking.

    Education: Undergraduate Degree: Oxford University (history)

    Certifications: Master of Wine

    Experience: Wineries, Vineyards, Wine distribution and Wine retail in the United States, the UK and the British Commonwealth.

Mr. de Vere is prepared to testify about the wine business, wine marketing, making of fine wines and the terroir or geographical origins of wines, including AVAs, particularly in contrast to branding of wines.

Yours truly,

*Edward T. Colbert*

Edward T. Colbert

116399.0250024 DC01 1216282v1

Plf EXHIBIT 94
WITNESS: de Vere
DATE: 2-6-20
Anrae Wimberley, CSR 7778