1  Timothy J. Carlstedt (State Bar No. 168855)
   HUNTON ANDREWS KURTH LLP
2  50 California Street, Suite 1700
   San Francisco, California 94111
3  Tel.: (415) 975 – 3700
   Fax: (415) 975 – 3701
4
5  Edward T. Colbert (DC Bar No. 206425)
   William M. Merone (DC Bar No. DC-458104)
   HUNTON ANDREWS KURTH LLP
6  2200 Pennsylvania Avenue, N.W.
   Washington, D.C. 20037
7  Tel.: (202) 955-1500
   Fax: (202) 778 – 2201
8
   *Counsel for Defendant/ Counterclaim Plaintiff*
9  *Constellation Brands U.S. Operations, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company, *Plaintiff / Counterclaim-Defendant*, v. CONSTELLATION BRANDS U.S. OPERATIONS, INC., a Delaware corporation, *Defendant / Counterclaim-Plaintiff.* | Case No. 4:19-cv-01424-YGR **DECLARATION OF ARMIN GHIAM IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE #1 REGARDING PRIOR ARBITRATION** |

## DECLARATION OF ARMIN GHIAM

I, Armin Ghiam, declare:

1. I am an associate in the law firm of Hunton Andrews Kurth LLP ("Hunton AK"). Hunton AK is counsel of record to Constellation Brands U.S. Operations, Inc. in this proceeding. I make this Declaration in support of *Defendant's Opposition to Plaintiff's Motion in Limine #1 Regarding Prior Arbitration* under penalty of perjury that the foregoing is true and correct. The facts stated herein or attached hereto are based on my personal knowledge, or on information conveyed to me by others that I believe to be true. If called to testify regarding the same, I could do so competently.

2. Attached hereto as **EXHIBIT A** is a true and correct copy of the Expert Report of Doug Frost.

3. Attached hereto as **EXHIBIT B** is a true and correct copy of *Nickel v. Far Niente Wine Estates, LLC*, Civ. No. A150513, 2017 WL 6629523 (Ct. App. Cal., First Dist., Dec. 29, 2017).

4. Attached hereto as **EXHIBIT C** is a true and correct copy of *Far Niente v. Jeremy J. Nickel and The Vineyard House*, JAMS Ref. No. 1100080365 (Jan. 13, 2015).

5. Attached hereto as **EXHIBIT D** is a true and correct copy of excerpts from the December 17, 2019 Deposition Transcript of Jeremy Nickel.

6. Attached hereto as **EXHIBIT E** is a true and correct copy of the Expert Testimony of Susan Schwartz McDonald, Ph.D. on the Use of To Kalon as a Brand on Plaintiff's Proposed Bottles.

I declare under penalty of perjury under the laws of the United States, on information and belief, that the foregoing is true and correct.

Executed this 19th day of August 2020, at New York, NY.

ARMIN GHIAM