# EXHIBIT A

BUCHALTER
A Professional Corporation
GLENN P. ZWANG (SBN: 112295)
JEFFREY M. JUDD (SBN: 136358)
PETER BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco CA 94105-3493
Telephone: 415.227-0900
Fax: 415.227.0770
Email:   gzwang@buchalter.com
         jjudd@buchalter.com
         pbales@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, | Case No. 4:19-cv-1424-YGR |
| Plaintiff, | **EXPERT REPORT OF DOUG FROST** |
| vs. | |
| CONSTELLATION BRANDS U.S. OPERATIONS, INC., | Judge:   Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**EXPERT REPORT OF DOUG FROST**

BN 38768924v5

**TABLE OF CONTENTS**

I.    EXECUTIVE SUMMARY OF PROFFERED OPINIONS ..........................4

    A.    Opinion #1 ...........................................................................................4

    B.    Opinion #2 ...........................................................................................4

    C.    Opinion #3 ...........................................................................................5

    D.    Opinion #4 ...........................................................................................5

    E.    Opinion #5 ...........................................................................................5

    F.    Opinion #6 ...........................................................................................5

    G.    Opinion #7 ...........................................................................................6

II.   STATEMENT OF ALL OPINIONS EXPRESSED AND THE BASIS
AND REASONS FOR THEM ...........................................................................6

    A.    Wine Professionals' Awareness of To Kalon Vineyard .......................6

    B.    .The Value of the To Kalon Designation to Wine and Grape Prices....9

    C.    Consumer Expectations for Wines Designated "To Kalon"...............12

    D.    Ability to Designate To Kalon Origin is Highly Limited...................12

    E.    To Kalon is Primarily a Designation of Place Rather Than Brand ....12

III.  EXHIBITS TO BE USED TO SUPPORT MY OPINIONS ........................13

    Figure 1. ......................................................................................13

    Figure 2. ......................................................................................14

    Figure 3. ......................................................................................15

    Figure 4. ......................................................................................16

    Figure 5 .......................................................................................17

    Figure 6 .......................................................................................18

    Figure 7 .......................................................................................19

    Figure 8 .......................................................................................20

    Figure 9 .......................................................................................21

    Figure 10 .....................................................................................22

IV.   QUALIFICATIONS AND PUBLICATIONS ...........................................23

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**EXPERT REPORT OF DOUG FROST**

BN 38768924v5

V.     CASES IN WHICH I HAVE TESTIFIED AS AN EXPERT AT TRIAL
       AND BY DEPOSITION ................................................................................ 24

VI.    STATEMENT OF COMPENSATION ....................................................... 25

The undersigned, Doug Frost, respectfully submits this expert report on behalf of plaintiff The Vineyard House, LLC ("TVH") in the above-captioned litigation.

1.      I was retained by Buchalter, APC, counsel for The Vineyard House in this action, to provide an opinion on (a) the current significance of the phrase, "To Kalon," in the wine industry and (b) how the wine community (*i.e.*, consumers of wine, grape growers, wine makers, winery owners and employees, wine merchants, wine writers, wine reporters, and others whose work is related to wine industry) perceives the name "To Kalon." I understand there is a dispute in this case as to the specific geographic boundaries of To Kalon: I have not been asked to render an opinion on the geographic boundaries of To Kalon and I have not formulated one.

2.      I have based my analysis and conclusions stated in this report on the information available to me as of the date this report was prepared. I have been informed that discovery in this lawsuit is not yet concluded, and that additional information, including deposition testimony from knowledgeable witnesses, is likely to be adduced and developed, which information may relate directly to the opinions and the basis for the opinions I express within this report. I therefore reserve the right to update my analysis and refine my opinions as such additional information becomes available.

## I.      EXECUTIVE SUMMARY OF PROFFERED OPINIONS

### A.      Opinion #1

3.      To Kalon is generally understood within the wine industry (*i.e.*, grape growers, wine makers, winery owners and employees, wine sellers, wine writers, and wine reporters, among others whose work is related to wine) as being a specific geographic location in the Oakville AVA, with a long history of grape cultivation and winemaking dating back to the beginnings of the wine industry in Napa Valley in the mid-1800s.

### B.      Opinion #2

4.      For over 30 years that I am aware of, To Kalon has been an area within Napa Valley that generates significant discussion in the wine industry and among consumers of high-end wines. While Napa Valley is widely understood to produce some of the best grapes and wines in California and the U.S., it is generally accepted that To Kalon produces some of the best grapes

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 38768924v5

**EXPERT REPORT OF DOUG FROST**

1  and wines within Napa Valley itself.

2  **C.   Opinion #3**

3  5.   The ability to produce wines designated as from To Kalon is valuable to a winery

4  or wine maker. The wine market has tens of thousands of labels, and it is hard to attract a

5  consumer's attention, particularly consumers of high-end wines (frequently referred to as "ultra-

6  premium" and "luxury-premium" wines), which range in price from $100 to well over $500 per

7  bottle. Consumers of such wines are generally sophisticated purchasers who place great emphasis

8  on the location, lineage, and history of the source of grapes used in wines offered as ultra-

9  premium and luxury-premium wines. Few names of California wines are immediately recognized

10  within this price-point segment: "To Kalon" is one.

11  **D.   Opinion #4**

12  6.   For over 30 years that I am aware of, the "To Kalon" designation has been associated

13  with ultra-premium and luxury-premium wines. I am not aware of any economy-priced wines that

14  are designated as "To Kalon," nor am I aware of any wines designated as "To Kalon" being

15  offered for sale at significantly discounted prices. Consumers expect a higher quality wine from a

16  grower or wine maker that uses the To Kalon designation. As a result, wines designated as "To

17  Kalon" are frequently marketed at a higher price point than other similar wines that originate

18  from within the Napa Valley.

19  **E.   Opinion #5**

20  7.   Under applicable rules of the Alcohol and Tobacco Tax and Trade Bureau ("TTB"), a

21  winery claiming a specific vineyard designation of origin is required to use no less than 95% of

22  wine derived from grapes within that claimed originating area. Thus, the ability to claim To

23  Kalon as a designation of origin is an extremely scarce commodity. Only wineries that grow or

24  procure grapes from within the To Kalon area can claim a To Kalon origin.

25  **F.   Opinion #6**

26  8.   Currently, I am aware of at least 17 wineries or wine makers that market wines as

27  originating from To Kalon. All of them—including the Robert Mondavi Winery—use To Kalon

28  as a designation of origin rather than a winery brand name.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

5

BN 38768924v5

### G.      Opinion #7

9.       I am aware that, on or about May 29, 2019, Constellation announced a new brand, the "To Kalon Vineyard Co."  I am not aware of any other winery or wine maker that uses To Kalon as a winery brand name.

## II.      STATEMENT OF ALL OPINIONS EXPRESSED AND THE BASIS AND REASONS FOR THEM

### A.      Wine Professionals' Awareness of To Kalon Vineyard

10.      To Kalon is generally understood within the wine industry (*i.e.*, grape growers, wine makers, winery owners and employees, wine sellers, wine writers, and wine reporters, among others whose work is related to wine) as being a specific geographic location in the Oakville AVA, with a long history of grape cultivation and winemaking dating back to the beginnings of the wine industry in Napa Valley in the mid-1800s. The association between "To Kalon" and a specific area in the Napa Valley is so well-established within the wine trade that trade publications for wine industry insiders frequently make reference to To Kalon without further explanation. Examples of this include:

- Thach, Liz. *Call of the Vine: Exploring Ten Famous Vineyards of Napa and Sonoma*. (Miranda Press 2014):

  - *Quoting* Matt Ashby, Director of Vineyard Operations for Robert Mondavi Winery, at p. __: "the Monastary Block (within To-Kalon) . . . produces some of our most intense Cabernet Sauvignon. . . . [B]ecause To-Kalon is in such a perfect location, we found that most years we don't need to irrigate the vines till mid-July. . . . If I had to sum up To-Kalon in one word, it would have to be beautiful. It is so unique and amazing."

  - *Quoting* Winemaker Genevieve Janssens, at p. __: "To me, To-Kalon is the superstar of Napa Valley. It is a First Growth vineyard."

- Robert Mondavi with Paul Chutkow, *Harvest of Joy* (Harcourt Brace & Co. 1998), at

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 38768924v5

**EXPERT REPORT OF DOUG FROST**

p. 63: "Walking through To Kalon, admiring its contours and vines, smelling the richness of its soil, I knew this was a very special place. . . . As I walked, I felt a powerful, almost inexpressible connection to this land. And some root intuition inside me seemed to say, 'Yes, this is the place.'"

- Thomas Pinney, *A History of Wine in America* (Univ. of Cal. Press 1989), at p. ___: "H. W. Crabb, the owner of the celebrated To Kalon Vineyard in Napa County. . . ."

- Charles L. Sullivan, Napa Wine, A History (Wine Appreciation Guild, Ltd. 1994), at p. 43: H.W. Crabb's "Hermosa Vineyard grew slowly, reaching seventy acres in 1873. . . . These small beginnings give no indication of the vast stature of Crabb's establishment in the 1880s, which he then called To Kalon, Greek for "most beautiful."

- *Id*., at p. 155: "As we approach Oakville the widespread winery buildings of To Kalon come into view. Founder H.W. Crabb died in 1899, the estate passing into the hands of the E.S. Churchill family, where it remained until 1943. In the years before Prohibition, under managers Hans Hansen and Lafayette Stice, To Kalon maintained its reputation. . . . Today the To Kalon vineyards, owned by Robert Mondavi and others, produce grapes that have developed a solid reputation."

- *Id*., at p. 239: ". . . 1943 brought three historic transactions. In Oakville Martin Stelling, Jr. purchased a large part of the historic To Kalon vineyard and set about creating one of the largest premium varietal properties in the world. . . . No one in Napa Valley in these years understood better than [Stelling] the great change taking place there in terms of premium varietals [and] his six-hundred-acre vineyard went on to become a core plantation that helped supply that movement."

- Charles L. Sullivan, *A Companion to California Wine* (Univ. of California Press 1998), at p. 79: "The To Kalon vineyard is owned by several growers, among them

Robert Mondavi. Its grape crops have as great a reputation today as they did a century ago."

- *Id*., at p. 242-243: "Viticulture was not a serious matter in th[e Oakville] part of the valley until the 1870s when H.W. Crabb built up his great To Kalon estate. . . . Martin Stelling bought land and began replanting To Kalon in the late 1940s. . . . When Robert Mondavi established his winery there in 1966, the rush to excellence became a flood, mostly of Cabernet Sauvignon and Sauvignon blanc."

11.     For over 30 years that I am aware of, To Kalon has been an area within Napa Valley that generates significant discussion in the wine industry and among consumers of high-end wines. While Napa Valley is widely understood to produce some of the best grapes and wines in California and the U.S., it is generally accepted that To Kalon produces some of the best grapes and wines within Napa Valley itself. There is a substantial amount of reportage and commentary about To Kalon on websites and in publications directed to wine industry insiders and consumers.

12.     The initial point – that To Kalon generates significant discussion – is demonstrated by using "To Kalon" as an internet search term and comparing the number of hits with the number of hits obtained by using search terms of other well-known areas and vineyards within Napa Valley. For example, when I used "To Kalon" as a search term on Google, I obtained "about 8,060,000 results." *See* Figure 1 In contrast, however, when I searched for "Carneros AVA" – another area in the Napa Valley well known to wine industry insiders and consumers, I obtained only "about 393,00 results." *See* Figure 2. Similarly, when I Google-searched "Stags Leap AVA," I obtained "about 219,000 results." *See* Figure 3.

13.     The second point – that it is generally accepted that To Kalon produces some of the best grapes and wines within Napa Valley itself – is readily discerned by reading how To Kalon is described in authoritative wine publications. For example, in his 1992 *Making Sense of California Wine*, author Matt Kramer discussed the various factors that distinguished the wines produced by the Robert Mondavi Winery ("RMW"). When discussing the consistently fine quality of RMW wines, Kramer noted,

**EXPERT REPORT OF DOUG FROST**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 38768924v5

> what the winery tends not to point out (although it never denies it, either) is how much of Mondavi's best wine, namely, the Reserve Cabernet Sauvignon, is really less a product of masterly blending and more the great opportunity of owning the To-Kalon Vineyard. Without To-Kalon, you could blend until the cows come home and never achieve what To-Kalon itself delivers. . . . The significance of To-Kalon is found in the consistency of the Mondavi Reserve Cabernets. This is not to say that every vintage is of equal quality, but rather that taken over a span of years, the Reserve Cabernet consistently shows the same Oakville/Rutherfore characteristics of both flavor and structure.

M. Kramer, *Making Sense of California Wine*, at 131 In my experience, opinions about wine quality are subjective, and as a consequence there are relatively few generalizations that are accepted as true. That wines made from grapes grown at To Kalon are consistently among the finest produced in any given year is a statement that virtually everyone agrees with. *See*, *also*, paragraph 10, above.

**B.      The Value of the To Kalon Designation to Wine and Grape Prices**

14.      The ability to produce wines designated as from To Kalon is valuable to a winery or wine maker. The wine market has tens of thousands of labels, and it is hard to attract a consumer's attention, particularly consumers of high-end wines (frequently referred to as "ultra-premium" and "luxury-premium" wines), which range in price from $100 to well over $500 per bottle. Consumers of such wines are generally sophisticated purchasers who place great emphasis on the location, lineage, and history of the source of grapes used in wines offered as ultra-premium and luxury-premium wines. Few names of California wines are immediately recognized within this price-point segment: "To Kalon" is one.

15.      To illustrate the value that To Kalon-designated wines have, I have obtained retail prices for wines from "Winesearcher," a web site that I use in connection with my wine consulting projects to determine current and historical prices for wines. Winesearcher allows one to specify a wine or type of wine with different degrees of granularity for a specific date or time period. I have compared the prices of specific wines with the "To Kalon" vineyard designation and compared them to wines of the same varietals sold over the same period of time whose labels designate origin in the Oakville AVA,[1] as follows:

---

[1] The Alcohol and Tobacco Tax and Trade Bureau, U.S. Department of the Treasury, explains

9

BUCHALTER
A Professional Corporation
San Francisco

BN 38768924v5

- Figure 4 shows the worldwide average retail price of a 750ml bottle of Cabernet Sauvignon from the Oakville AVA between December 2014 and November 2019, and compares that price with the price of the B Cellars To Kalon Vineyard Cabernet Sauvignon sold during the same period of time. As Figure 4 shows, the average price of a bottle of Oakville AVA Cabernet Sauvignon hovered between slightly below $100 to approximately $125. During the same period, the price of a bottle of the B Cellars To Kalon Vineyard ranged between a low of approximately $175 to a high of approximately $240 per bottle.

- Figure 5 shows the worldwide average retail price of a 750ml bottle of Cabernet Sauvignon from the St. Helena AVA between December 2014 and November 2019, and compares that price with the price of the Chateau Boswell Beckstoffer Vineyard Beckstoffer To Kalon Dr. Crane Cabernet Sauvignon sold during the same period of time. As Figure 5 shows, the average price of a bottle of St. Helena AVA Cabernet Sauvignon origin ranged between a low of slightly over $100 to a high of approximately $160. During the same period, the price of a bottle of the Chateau Boswell Beckstoffer Vineyard Beckstoffer To Kalon Dr. Crane Cabernet Sauvignon ranged between a low of approximately $100 to a high of over $300 per bottle.

- Figure 6 shows the worldwide average retail price of a 750ml bottle of Cabernet Sauvignon from the Oakville AVA between December 2014 and November 2019, and compares that price with the price of the Amici Cellars Beckstoffer To Kalon Vineyard Cabernet Sauvignon sold during the same period of time. As Figure 6 shows, the average price of a bottle of Oakville AVA Cabernet Sauvignon hovered between a low of slightly below $100 to approximately $125. Since it was first offered for sale in 2018, the price of a bottle of the Amici Cellars Beckstoffer To Kalon Vineyard Cabernet Sauvignon has hovered around $350 per bottle.

- Figure 7 shows the worldwide average retail price of a 750ml bottle of Cabernet Sauvignon from the Napa Valley AVA between December 2014 and November 2019, and compares that price with the price of the Karl Lawrence Cellars Beckstoffer To Kalon Vineyard Cabernet Sauvignon sold during the same period of time. As Figure 7 shows, the average price of a bottle of Napa Valley AVA Cabernet Sauvignon hovered between a low of approximately $65 to approximately $90. During the same period, the price of a bottle of the Karl Lawrence Cellars Beckstoffer To Kalon Vineyard Cabernet Sauvignon ranged between a low of approximately $125 to a high of approximately $175 per bottle.

- Figure 8 shows the worldwide average retail price of a 750ml bottle of Cabernet Sauvignon from the Oakville AVA between December 2014 and November 2019, and compares that price with the price of the MX Wines Beckstoffer To Kalon Vineyard Cabernet Sauvignon sold during the same period of time. As Figure 8 shows, the average price of a bottle of Oakville AVA Cabernet Sauvignon hovered between slightly below $100 to approximately $125. During the same period, the price of a bottle of the MX Wines Beckstoffer To Kalon Vineyard ranged between a low of approximately $100 to a high of approximately $225 per bottle.

- Figure 9 shows the worldwide average retail price of a 750ml bottle of Rare Red Blend from the Oakville AVA between December 2014 and November 2019, and compares that price with the price of the Robert Mondavi Winery "Premiere Napa Velley" Monastery

AVA as follows: "An American Viticultural Area, or AVA, is a specific type of appellation of origin used on wine labels. An AVA is a delimited grape-growing region with specific geographic or climatic features that distinguish it from the surrounding regions and affect how grapes are grown. Using an AVA designation on a wine label allows vintners to describe more accurately the origin of their wines to consumers and helps consumers identify wines they may purchase."

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**EXPERT REPORT OF DOUG FROST**

Block To Kalon Vineyard Red Wine sold since its release in 2017. As Figure 9 shows, the average price of a bottle of Oakville AVA Rare Red Blend ranged between approximately $20 to a high of approximately $225. During the same period, the price of a bottle of the Robert Mondavi Winery "Premiere Napa Velley" Monastery Block To Kalon Vineyard Red Wine ranged between a low of approximately $220 to a high of approximately $425 per bottle.

- Figure 10 shows the worldwide average retail price of a 750ml bottle of Cabernet Sauvignon from the Napa Valley AVA between December 2014 and November 2019, and compares that price with the price of the TOR Wines Beckstoffer To Kalon Clone 6 Cabernet Sauvignon sold during the same period of time. As Figure 10 shows, the average price of a bottle of Napa Valley AVA Cabernet Sauvignon hovered between a low of approximately $65 to approximately $90. During the same period of time, the price of a bottle of the TOR Wines Beckstoffer To Kalon Clone 6 Cabernet Sauvignon has ranged between a low of approximately $150 to a high of approximately $180 per bottle.

As the above examples illustrate, wines with the To Kalon designation are priced at a substantial premium as compared to the prices charged for similar wines without the To Kalon designation.

16.     I am informed that grapes designated "To Kalon" command a huge price premium over other similar fruit. Andy Beckstoffer is known for growing premier Napa Valley grapes. It is reported that in 2014, Beckstoffer refused to renew the longstanding contracts to supply To Kalon-designated grapes to his customers, which include some of the Napa Valley wineries best known for producing superlative wines, such as Schrader, Paul Hobbs, Tor, Kenward Family Wines, Realm Cellars, Provenance, Alpha Omega, and Morlet Family Vineyards. Beckstoffer reportedly raised his prices in 2014 as follows: either $18,000 per ton or 175 times the bottle price per ton, whichever was higher, with a minimum of $45,000 per acre to protect against aggressive yield reduction.[2] Thus, a producer that sells a bottle of Beckstoffer To Kalon Cabernet Sauvignon that sells for $150 would pay $25,250 per ton of grapes, while bottles of Beckstoffer To Kalon Cabernet that sell for $300 would pay more than $50,000 per ton. *See* A. Yarrow, "At what price, To Kalon?" (April 17, 2015) (found at https://www.jancisrobinson.com/articles/at-what-price-to-kalon). It is my understanding that Beckstoffer To Kalon grapes command some of the highest – if not the highest – prices for grapes grown in Napa Valley.[3]

---

[2] In order to increase the intensity of flavor and concentration of elements that affect wine quality, many growers "drop fruit," that is, immature fruit is cut away from the vines and discarded. The belief is that the more concentrated fruit will produce wines with greater complexity.

[3] I am advised that the deposition of Andy Beckstoffer will be taken some time after this report was prepared, and I intend to supplement and perhaps revise, the above discussion based on Beckstoffer's testimony about grape prices.

### C.     Consumer Expectations for Wines Designated "To Kalon"

17.     For over 30 years that I am aware of, the "To Kalon" designation has been associated with ultra-premium and luxury-premium wines. I am not aware of any economy-priced wines that are designated as "To Kalon," nor am I aware of any wines designated as "To Kalon" being offered for sale at significantly discounted prices. Consumers expect a higher quality wine from a grower or wine maker that uses the To Kalon designation. As a result, wines designated as "To Kalon" are frequently marketed at a higher price point than other similar wines that originate from within the Napa Valley. *See* Paragraph 15, and associated Figures 4 through 11, inclusive.

### D.     Ability to Designate To Kalon Origin is Highly Limited

18.     Under applicable rules from the Alcohol and Tobacco Tax and Trade Bureau ("TTB"), a winery claiming a specific designation of origin is required to use no less than 95% of wine derived from grapes within that claimed originating area. Thus, the ability to claim a designation of origin of To Kalon is a highly limited commodity. Only wineries that grow or procure grapes from within To Kalon can claim a To Kalon origin. At present, the acreage of vineyards able to use the designate grapes as To Kalon, is reported to be less than 1,000 acres.[4] By comparison, the total vineyard acreage in Napa Valley is reported to be approximately 45,000 planted acres.[5] Thus, a small percentage of the grapes grown in Napa Valley in any given year can be designated as "To Kalon."

### E.     To Kalon is Primarily a Designation of Place Rather Than Brand

19.     Currently, I am aware of at least 17 wineries or wine makers that market wines as originating from To Kalon. All of them—including the Robert Mondavi Winery—use To Kalon as a designation of origin rather than a winery brand name.

20.     I am aware that, on or about May 29, 2019, Constellation announced a new brand, the "To Kalon Vineyard Co."  I am not aware of any other winery or wine maker that uses To Kalon as a winery brand name.

---

[4] Source

[5] Wine Institute

Buchalter
A Professional Corporation
San Francisco

12

**EXPERT REPORT OF DOUG FROST**

## III.    EXHIBITS TO BE USED TO SUPPORT MY OPINIONS

**Figure 1.**



Google    to kalon

Q All    Shopping    Maps    Images    News    More    Settings    Tools

About 8,060,000 results (0.38 seconds)

**The True Story of To-Kalon Vineyard - Matt Stamp - Articles ...**
https://www.guildsomm.com › features › articles › stamp › posts › the-true... ▾
Sep 7, 2015 - The true story of **To-Kalon** Vineyard reminds us that there usually isn't one. There are gutsy first steps brushed over and forgotten, legacies and ...

**To Kalon Vineyard history - Beckstoffer Vineyards**
www.beckstoffervineyards.com › heritage › to-kalon › history ▾
Perhaps the most famous of the Beckstoffer vineyards, Beckstoffer **To Kalon** was purchased from Beaulieu Vineyard in 1993. Napa pioneer Hamilton Crabb first ...

**To Kalon Exclusives from Robert Mondavi Winery | Robert ...**
https://www.robertmondaviwinery.com › to-kalon-exclusives ▾
Our 2 **To Kalon** Exclusive wines, the **To Kalon** Vineyard Cabernet Sauvignon & the I Block **To Kalon** Vineyard Fumé Blanc, showcase the grand terroir of this ...

**10 top To Kalon Cabernet Sauvignon - Decanter**
https://www.decanter.com › wine-reviews-tastings › 10-top-to-kalon-caber... ▾
Feb 1, 2016 - **To Kalon** vineyard has gained legendary status for its Cabernet Sauvignon in Napa Valley. William Kelley picks his top 10 **To Kalon** Cabernet ...

**At what price, To Kalon? | JancisRobinson.com**
https://www.jancisrobinson.com › articles › at-what-price-to-kalon ▾
Apr 16, 2015 - The **To Kalon** vineyard was planted by Henry W Crabb in the late 1860s, and named for the Greek **to kalon** 'the beautiful'. Once spanning more ...

**Turf Wars and Top Wines: Your Guide to To-Kalon, Napa's ...**
https://vinepair.com › articles › to-kalon-napa-vineyard-mondavi ▾
Dec 21, 2018 - Everything and everyone worth knowing at **To-Kalon** vineyard, Napa Valley's iconic "First Growth" grape-growing real estate.

1  **Figure 2.**

2

3  **Google**    carneros ava                                             🔍

4  🔍 All   🗺 Maps   🖼 Images   🛒 Shopping   📰 News   ⋮ More     Settings   Tools

5  About 393,000 results (0.47 seconds)

6  Los Carneros AVA - Wikipedia
7  https://en.wikipedia.org › wiki › Los_Carneros_AVA ▾
   Los **Carneros AVA** is an American Viticultural Area which includes parts of both Sonoma and
8  Napa counties in California, U.S.A.. It is located north of San Pablo ...
9  History · Geography and climate · Viticulture · Grape varieties and wine

10 Appellation - Location - Carneros Wine Alliance
   https://www.carneros.com › appelation › location ▾
11 **Carneros** became an official **AVA** in 1983, its unique characteristics based on climate and on its
   geographic features – the Pacific Ocean, the Coast Mountain ...
12

13 Los Carneros AVA (Wine Region) - Everyvine
   www.everyvine.com › wine-regions › region › Los_Carneros ▾
14 Wine region page for Los **Carneros AVA**. View maps of Los Carneros wine region, lists of local
   vineyards and wineries, plus climate statistics and more.
15 **Total Area**: 37,213 acres   **Official Name**: Los Carneros AVA

16

17 Carneros Wine Region - Wine Searcher
   https://www.wine-searcher.com › ... › Napa Valley › Carneros ▾
18 Jan 15, 2018 - The official **Carneros AVA** (created in 1983) covers an area of 90 square ...
   Many producers label their wines as "Carneros Napa Valley" or ...
19

20 Carneros AVA: Spotlight on a Versatile Wine Region ...
   www.fredswan.wine › All ▾
21 Oct 4, 2018 - **Carneros** is the coolest of all AVAs nested within the Napa Valley **AVA**. In my
   opinion, it is also the most versatile of them. It produces crisp ...
22 **Annual Rainfall**: 18-30 inches

23

24

25

26

27

28

**Figure 3.**



Google    stags leap ava                                            🔍

🔍 All    🛍 Shopping    🗺 Maps    🖼 Images    📰 News    ⋮ More          Settings    Tools

About 219,000 results (0.39 seconds)

### AVA - Stags' Leap
www.stagsleap.com › winemaking › ava ▾
**Stags Leap** District became an officially designated **AVA** (American Viticultural Area) in 1989.
To use the appellation on a label, wineries must use 85 percent ...

### Stags Leap District Winegrowers Association | Napa's ...
https://www.stagsleapdistrict.com ▾
**Stags Leap** District Winegrowers Association is the Wine Appellation for the **Stags Leap**
District.
Iconic Appellation · Our Members · SLD Experience · About SLDW

### Stags Leap District AVA - Wikipedia
https://en.wikipedia.org › wiki › Stags_Leap_District_AVA ▾
The **Stags Leap** District **AVA** is an American Viticultural Area located within the Napa Valley
**AVA** 6 miles (9.7 km) north of the city of Napa, California. The Stags ...
Other regions in Napa Valley AVA: Atlas Peak ...     Year established: 1989
No. of wineries: 20                                   Part of: Napa Valley AVA

### Stags Leap District Wine Region - Wine-Searcher
https://www.wine-searcher.com › ... › Napa Valley › Stags Leap District ▾
Jul 14, 2017 - Stags Leap District, in California's Napa Valley wine region, is home to ... When
the application was made for an official **Stags Leap AVA** title ...

### The Wineries and Legend of Stags' Leap AVA | LoveToKnow
https://wine.lovetoknow.com › Wine › Wineries Around the World ▾
Located on the old Silverado Trail, a former horse trail that ran through the Napa Valley, the
**Stags' Leap** American viticultural area (**AVA**) is world famous for ...

**EXPERT REPORT OF DOUG FROST**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 38768924v5

**Figure 4.**



**EXPERT REPORT OF DOUG FROST**

**Figure 5**



1

**Figure 6**

2



## Price History

Worldwide average retail price per 750ml, ex tax USD $

All Countries | Dec 2014 - Nov 2019

**Price**

$300

$200

$100

$0

| 2015 | 2016 | 2017 | 2018 | 2019 |
| 01 Jan | 01 Jan | 01 Jan | 01 Jan | 01 Jan |

—●— **Hide Benchmark**

● Amici Cellars Beckstoffer To Kalon      ● **Cabernet Sauvignon** from
Vineyard Cabernet Sauvignon               **Oakville**
OAKVILLE, USA                             Benchmark
Current Wine

**Figure 7**



**Figure 8**



**EXPERT REPORT OF DOUG FROST**

BN 38768924v5

**Figure 9**



**EXPERT REPORT OF DOUG FROST**

**Figure 10**



**EXPERT REPORT OF DOUG FROST**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 38768924v5

## IV.   QUALIFICATIONS AND PUBLICATIONS

21.     Exhibit A, attached hereto and by this reference incorporated herein, contains my resume (current as of December 16, 2019).

22.     I am one of only four persons in the world to hold the designation of both Master Sommelier and Master of Wine. A Master Sommelier must demonstrate the ability to blind taste and serve wine, as well as serve spirits, beer, and cigars in a hospitality setting at highest level.  A Master Sommelier is required to know and understand the significance of anything and everything on any wine label in the world.  I served on the Board of Directors of the Court of Master Sommeliers for 13 years, from 2004 through 2017, and as Vice President of that Board for five of those years.

23.     The Master of Wine program is focused less on the ability to identify and serve wine and more upon academic understanding of the entire winemaking industry.  The program includes wine tasting, but also academic examinations on the theory of winemaking including viticulture, vinification, quality control, and the business of wine including the market significance of various regions and sub-regions.  There are only 53 Masters of Wine in the United States.  I served as the President of the Institute of Masters of Wine of North America for seven years, from 2011 through 2018.

24.     I have also authored numerous books and articles on wine.  In 1996, "Uncorking Wine" was released.  I wrote Uncorking Wine as short primer for people just getting started in wine drinking to quickly understand the styles of certain wines they were likely to encounter.

25.     In 2001, I released "On Wine."  Designed for a wine drinker looking to move beyond a basic understanding of wine, the book guides readers in how to predict flavors in wines and includes education on the history of wine, winemaking, understanding varietals (with an in-depth discussion of the most important ones, such as Sauvignon Blanc, Chardonnay, Merlot, Pinot Noir, Riesling, Cabernet Sauvignon, and Syrah, and others), climate, barrels, fortification, a survey of the world's wine-producing regions and their wines, understanding labels, and pairing wines with food.  "On Wine" contains a forward by Robert Mondavi in which he states: "While there is an unstoppable trend today towards global entities at the producer, importer, distributor,

and retail levels, there will always be an important role for the winemaker whose focus is on quality and a passion for excellence.  As a Master of Wine and Master Sommelier, Doug Frost shares in this vision. His knowledge and experience are a great asset to the world of wine; I'm sure you'll enjoy and learn a great deal from his terrific book."

26.     In 2005, I released "Far from Ordinary: The Spanish Wine Guide." Commissioned by the Spanish trade commission, Far From Ordinary examines the regions, sub-regions, and varietals of Spanish wine.  The book was published through its third edition and remains available through online editions.  I am also a contributing author to numerous publications, most notably the Oxford Companion to Wine, and the World Atlas of Wine to which I have contributed sections regarding various regions including the United States.

27.     For the past 25 years, my primary work has been as a wine consultant for commercial purchasers including numerous restaurants and even large industries like cruise ships and airlines.  For example, since 2005, I have served as a consultant for United Airlines, selecting hundreds of thousands of cases of wine to be served on flights, based on flight geography and cabin class.  I have also collaborated with Princess Cruises to update and expand their offerings to make approximately 140 globally sourced wines available in dining room.  I have curated the wine lists for nearly 200 restaurants throughout the world.  I also serve as a judge at wine competitions and a guest speaker on wine events throughout the world.

V.     **CASES IN WHICH I HAVE TESTIFIED AS AN EXPERT AT TRIAL AND BY DEPOSITION**

28.     I have testified as an expert at trial or by deposition in the following lawsuits: J.J.'s Bar and Grill, Inc. dba JJ's Restaurant, et al. v. Southern Union Company dba Missouri Gas & Energy, et al. (Jackson County, Missouri Circuit Court Case No. 1316-CV11288).

//

//

//

//

//

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**EXPERT REPORT OF DOUG FROST**

BN 38768924v5

**VI.     STATEMENT OF COMPENSATION**

29.     My compensation for this matter is $500 per hour for time spent in research, analysis, and preparation of this expert report.

DATED: December 16, 2018                    Prepared by:

_____

DOUG FROST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**EXPERT REPORT OF DOUG FROST**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 38768924v5

# Doug Frost MS, MW

## Personal Information

Address:        4510 W. 82nd terr, 66208 Prairie Village, USA
Phone number:   816.916.1095
Email address:  DougMSMW@gmail.com
Web:            DougFrost.com



## Profile

Wine consultant and writer, one of only four people in the world to hold the prestigious titles of both Master Sommelier and Master of Wine. According to *USA Today*, "Frost likely knows as much as anyone in the world about how to make, market, serve and identify wines."

## Current Work Experience

**StrongWater**
**Prairie Village, KS**
**USA**

**Owner**                                                     1995 – present
- United Airlines Wine Consultant 2004 - present
- Wine Director for The Restaurant at 1900, a new fine dining restaurant in Kansas City
- Contributor to the *Oxford Companion to Spirits and Cocktails* (due to be released in 2020), the *Oxford Companion of Wine, Opus Vino, The World Atlas of Wine* by Hugh Johnson and *The Wine Report*, an annual report edited by Tom Stevenson
- Have written about wine and spirits for many publications including the *San Francisco Chronicle*, the *Underground Wine Journal, Drinks International, Practical Winery & Vineyard, Wines & Vines, Wines & Spirits, Cheers Magazine, SanteMagazine, Hemispheres Magazine, Missouri Life, Fine Cooking, Epicurious.com, Le Pan,* and the *Kansas City Star.*
- Continue to teach and examine within the Master Sommelier and Master of Wine programs
- Founder and director of the Jefferson Cup Invitational Wine Competition, a twenty-year-old national competition
- Head Judge and founder of the Mid-American Wine Competition, a 13-year-old wine competition
- Founder and director of the Washington Cup, a nine-year-old competition for American craft spirits.
- Featured judge on Public Television's The Winemakers, PBS's first nationally broadcast reality show.

**Beverage Alcohol**
**Resource**
**New York, NY**
**USA**

**Partner**                                                   2006 – present
- Spirits and cocktail educational organization
- In 2007, Cheers Magazine selected BAR and its founders as innovators of the year

## Past Work Experience

**The Wine Society**
**Kansas City, MO**
**USA**

**President**                                                 06/1998 – 10/1999
President of an Internet wine retailer offering a selection worth more than one million dollars in old and rare wines over the internet.

**Culinary Concepts**
**Kansas City, MO**
**USA**

**Cellar Master**                                             12/1995 – 02/1997
Beverage Director for retail and multiple restaurants, Hallmark-owned, company in Kansas City with responsibilities for all wine and beverage purchasing, sales and promotions for restaurants and retail. Restaurants included The American Restaurant, a DiRona and Wine

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**EXPERT REPORT OF DOUG FROST**

BN 38768924v5

## Past Work Experience

| | | |
|---|---|---|
| | Spectator award winner. | |
| **Griesedieck Imports**<br>**Kansas City, MO**<br>**USA** | **Sales Manager**<br>Sales Manager in western Missouri and buyer for the company statewide. | 05/1991 – 12/1995 |
| **Wines & Spirit**<br>**Specialties**<br>**Kansas City, MO**<br>**USA** | **General Sales Manager**<br>Sales Manager and buyer for four sales offices within the entire state of Missouri. The book, developed over many years, was one of the greatest in the country. The company ended its history in Summer 1992. | 10/1986 – 05/1991 |

## Education

| | | |
|---|---|---|
| **Court of Master**<br>**Sommeliers** | **Master Sommelier** | 1991 |
| **Institute of Masters**<br>**of Wine** | **Master of Wine**<br>Eighth Master of Wine in the United States | 1993 |
| **Kansas State**<br>**University**<br>**Manhattan, KS**<br>**USA** | **Bachelor of Arts**<br>Summa Cum Laude | 1973 – 1977 |

## Publications

| | | |
|---|---|---|
| **The Writers**<br>**Company** | **Uncorking Wine** | 1996 |
| **Rizzoli International** | **On Wine** | 2001 |
| **On-Premise**<br>**Communications**<br>**Inc.** | **Far From Ordinary: The Spanish Wine Guide**<br>Third Edition, 2011 | 2005 |

## Awards

| | | |
|---|---|---|
| **The National**<br>**Academy of**<br>**Television Arts and**<br>**Sciences** | **Mid-America Chapter Regional Emmy®**<br>Creator and host of the KCPT-TV hosted short series called FermentNation; the show has garnered two Mid-America Chapter Regional Emmy® Awards, in 2015 and 2017. Previously, *Check Please, Kansas City!*, was also nominated for a Mid-America Chapter Regional Emmy® Award. | |
| **Cheers Magazine** | **Beverage Innovator of the Year** | 2009 |

## Current Civic Contributions

| | | |
|---|---|---|
| **The Jefferson Cup**<br>**Wine Invitational**<br>**Kansas City, MO**<br>**USA** | **Founder/ Director**<br>A thirteen-year-old, internationally prominent wine competition with many of the industry's most important judges, alongside up and coming local wine judges in training, over half of whom are women. The proceeds benefit AngelFlight Central, a local charity for which the competition is the single largest source of funding, with nearly three-quarters of a million dollars earned to date. | 1999 – present |

**EXPERT REPORT OF DOUG FROST**

BUCHALTER<br>A PROFESSIONAL CORPORATION<br>SAN FRANCISCO

BN 38768924v5

## Current Civic Contributions

| | | |
|---|---|---|
| OwenCox Dance Company<br>Kansas City, MO<br>USA | **Board Vice-Chairman**<br>Create benefits and sponsorships for one of Kansas City's most innovative arts groups. The auctions, sponsor benefits and events created for OwenCox provide their largest single source of annual funding. | 2007 – present |
| Friends of Chamber Music<br>Kansas City, MO<br>USA | **Annual Auctioneer**<br>Co-founder of the Annual Friends of Chamber Music Wine Auction – the auction is the largest single source of annual funding for this internationally famed chamber music pioneer. | 2003 – present |

**EXPERT REPORT OF DOUG FROST**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 38768924v5