**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company,<br><br>       Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York corporation,<br><br>       Defendant and Counterclaim-Plaintiff. | CASE NO.: 4:19-cv-01424-YGR (Consolidated)<br><br>**STIPULATION REGARDING PRETRIAL DEADLINES** |

Pursuant to Fed. R. Civ. Pro. 16(b), Plaintiff and Counterclaim Defendant The Vineyard House, LLC and Defendant and Counterclaim Plaintiff Constellation Brands U.S. Operations, Inc., hereby request the Court further modify certain pretrial deadlines set forth in the Court's April 1, 2020 Order (Dkt. No. 114) and modified by the Court's August 11, 2020 Order (Dkt. No. 140). The Parties have met and conferred and have agreed on the following proposed modification to the existing pretrial deadlines:

| **Event** | **Proposed Deadline** |
|---|---|
| File Final Exhibit List | September 11, 2020 |
| Serve Plaintiff's Objections to Deposition Designations/Counter Designations | September 4, 2020 |
| Serve Defendant's Objections to Counter Designations | September 9, 2020 |
| File Findings of Fact and Conclusions of Law | September 21, 2020 |
| File Stipulated Facts | September 21, 2020 |
| Provide the Court with Exhibit Binders and Deposition Designation Binders | September 21, 2020 |

DATED: August 28, 2020

| *On Behalf of The Vineyard House, LLC* | *On Behalf of Constellation Brands U.S. Operations, Inc.* |
|---|---|
| BUCHALTER | HUNTON ANDREWS KURTH LLP |
| By: /s/ *Jeffrey Judd* | By: /s/ *Armin Ghiam* |
| PETER H. BALES<br>JEFFREY JUDD<br>BUCHALTER<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Tel: (415) 227-0900<br>Fax: (415) 227-0770 | TIMOTHY J. CARLSTEDT<br>HUNTON ANDREWS KURTH LLP<br>50 California Street, Suite 1700<br>San Francisco, California 94111<br>Tel.: (415) 975-3700<br>Fax: (415) 975-3701<br><br>EDWARD T. COLBERT<br>WILLIAM M. MERONE<br>ERIK C. KANE<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Tel.: (202) 955-1500<br>Fax: (202) 778-2201<br><br>ARMIN GHIAM<br>HUNTON ANDREWS KURTH LLP<br>200 Park Ave.<br>New York, NY 10166<br>Tel.: (212) 908-6207<br>Fax: (212) 309-1100 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

                                                Honorable Yvonne Gonzalez Rogers
                                                United States District Judge

**STIPULATION REGARDING PRETRIAL DEADLINES**

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION REGARDING PRETRIAL DEADLINES** was filed and therefore served electronically via the CM/ECF system on August 28, 2020 to the below counsel of record:

Peter H. Bales
Jeffrey Judd
BUCHALTER
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Email:  pbales@buchalter.com
             jjudd@buchalter.com

Dated: August 28, 2020                    By: /s/ Armin Ghiam
                                                          Hunton Andrews Kurth LLP