UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/31/2020 | **Time:** 9:00AM-10:13AM AND 10:19 AM-11:23AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-01424-YGR | **Case Name:** The Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc. | |

**Attorney for Plaintiff:** Jeffrey Judd and Peter Bales
**Attorney for Defendant:** Edward Colbert and Erik Kane

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

PRETRIAL CONFERENCE – HELD via Zoom
Bench Trial logistics discussed.

Motions in Limine- Held re Dkt nos. 144, 145, 146, 148, 159, 152, 153 and 154.

Counsel to submit editable versions of Dkt. Nos. 89 and 130 to the Court by email: YGRpo@cand.uscourts.gov

Discussion re the 10/5/2020 Bench Trial date and possible dates in November and December 2020: 11/30/2020 to 12/3/2020 and 12/7/2020 to 12/9/2020. Court will allow 6 days for Bench Trial.

Notes: Counsel will contact trial witnesses regarding November/December dates and will contact the Court. Court sets Status conference via Zoom at 3:00pm today 8/31/2020.

**Order to be prepared by: Court**