**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** 8/31/2020 | **Time: 2:58pm-** 3:05pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-01424-YGR | **Case Name:** The Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc. | |

**Attorney for Plaintiff:** Jeffrey Judd and Peter Bales
**Attorney for Defendant:** Edward Colbert and Erik Kane

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

### PROCEEDINGS

Status Conference – HELD via Zoom

**Discussion with counsel re witness scheduling.**
**Plaintiff counsel to contact the Court by 5:00pm on 9/1/2020 re client availability for Bench Trial dates.**