Timothy J. Carlstedt (State Bar No. 168855)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Tel.: (415) 975 – 3700
Fax: (415) 975 – 3701

Edward T. Colbert (DC Bar No. 206425)
William M. Merone (DC Bar No. DC-458104)
Erik C. Kane (DC Bar No. DC-495156)
Armin Ghiam (DC Bar No. DC-219290)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955 – 1500
Fax: (202) 778 – 2201

*Counsel for Defendant/Counterclaim Plaintiff
Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company, *Plaintiff / Counterclaim-Defendant*, v. CONSTELLATION BRANDS U.S. OPERATIONS, INC., a Delaware corporation, *Defendant / Counterclaim-Plaintiff.* | Case No. 4:19-cv-01424-YGR **DEFENDANT'S EXHIBIT LIST** |

Pursuant to the Pretrial Order No. 1, except for exhibits that Defendant uses solely for impeachment, Defendant lists the documents or exhibits it may offer if the need arises at the trial of this action in Exhibit A attached hereto, and on Plaintiff's exhibit list.

Defendant's failure to introduce any identified document or exhibit appearing on its exhibit list shall not be grounds for comment during trial. Any document or

portion thereof not specifically identified on an exhibit list or not offered into evidence may be used at trial for the purposes of cross-examination, impeachment or rehabilitation, if otherwise competent for such purposes. The inclusion of a document on Defendant's exhibit list does not mean that it waives any objection they may have to the admissibility of the document if Plaintiff seeks to offer that document into evidence. Defendant reserves the right to use additional exhibits solely for purposes of impeachment. Defendant further reserves the right to use any exhibit on Plaintiff's exhibit list.

Respectfully Submitted,

Dated: September 11, 2020   HUNTON ANDREWS KURTH LLP

By:   /s/ *Armin Ghiam*
Timothy J. Carlstedt (State Bar No. 168855)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Tel.: (415) 975 – 3700
Fax: (415) 975 – 3701

Edward T. Colbert (DC Bar No. 206425)
William M. Merone (DC Bar No. 458104)
Erik C. Kane (DC Bar No. DC-495156)
Armin Ghiam (DC Bar No. DC-219290)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778 – 2201

*Counsel for Defendant/ Counterclaim Plaintiff Constellation Brands U.S. Operations, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I caused the foregoing document and attached exhibit to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated:  September 11, 2020         By:   /s/ *Armin Ghiam*
                                         Hunton Andrews Kurth LLP