BUCHALTER
A Professional Corporation
JEFFREY M. JUDD (SBN: 136358)
PETER H. BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax:        (415) 227-0770
Email:      jjudd@buchalter.com
            pbales@buchalter.com

Attorneys for
THE VINEYARD HOUSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE,<br><br>       Plaintiff,<br><br>   vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>       Defendant. | CASE NO. 4:19-cv-1424-YGR<br>[CONSOLIDATED CASE]<br><br>**THE VINEYARD HOUSE'S TRIAL EXHIBIT LIST** |
| CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>       Plaintiff,<br><br>   vs.<br><br>THE VINEYARD HOUSE,<br><br>       Defendant. | |

1    Pursuant to Pretrial Order No. 1, the Court's Standing Orders, and the Federal Rules of Civil

2 Procedure, attached hereto as **Exhibit A** is Plaintiff/Counterclaim Defendant The Vineyard

3 House's ("TVH") exhibit list identifying each document or exhibit that TVH currently expects to

4 offer or may offer if the need arises at trial, other than those solely for impeachment or rebuttal.

5 TVH reserves the right to offer any exhibit identified on Constellation Brands U.S. Operations,

6 Inc.'s exhibit list.  TVH further reserves all rights provided in the Federal Rules of Civil Procedure

7 and Federal Rules of Evidence, including the right to seek a Court order allowing TVH to modify

8 or supplement its exhibit list.

9 DATED:  September 11, 2020                    BUCHALTER
                                                A Professional Corporation
10

11

12                                              By:   _/s/ Jeffrey M. Judd_____
                                                     JEFFREY M. JUDD
13                                                   PETER H. BALES
                                                     Attorneys for
14                                                   THE VINEYARD HOUSE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

**Exhibit A – TVH's Trial Exhibit List**

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 1 | Expert Report of Doug Frost, December 16, 2019 | | | | | |
| 2 | Expert Report of Paul W. Reidl, December 16, 2019 | | | | | |
| 3 | Expert Report of Michael J. Wagner, Volume 1, December 16, 2019 | | | | | |
| 4 | Expert Report of Michael J. Wagner, Volume 2, December 16, 2020 | | | | | |
| 5 | Expert Report of Michael J. Wagner, Volume 3, December 16, 2019 | | | | | |
| 6 | Expert Report of Michael J. Wagner, Volume 4, December 16, 2019 | | | | | |
| 7 | Expert Report of Scott A. Miltenberger dated December 16, 2019 | | | | | |
| 8 | Expert Rebuttal Report of Doug Frost, January 8, 2020 | | | | | |
| 9 | Expert Rebuttal Report of Paul Reidl, January 8, 2020 | | | | | |
| 10 | Expert Declaration of Jon Webb, July 10, 2020 | | | | | |
| 11 | Expert Report of Paul W. Reidl, July 17, 2020 | | | | | |
| 12 | Expert Report of Matthew G. Ezell, July 17, 2020 | | | | | |
| 13 | Ezell Expert Report Ex. A, Appendix E - Survey Data File (Native) | | | | | |
| 14 | Ezell Expert Report Ex. A, Appendix F - Omnibus Data (Native) | | | | | |
| 15 | Chapter 1200 of the 1986 Trademark Manual of Examining Procedure, previously marked as Cissel Depo. Ex. No. 29 | | | | | |

**EXHIBIT A - TVH'S TRIAL EXHIBIT LIST – SEPTEMBER 11, 2020**

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 16 | Trademark Application File Wrapper, previously marked as Cissel Depo. Ex. No. 30 | | | | | |
| 17 | USPTO Trademark Application for To-Kalon filed June 9, 1987, bates numbered CBUSO005686-5792, previously marked as DeVere Depo. Ex. No. 23 | | | | | |
| 18 | U.S. Department of Commerce, Patent and Trademark Office document, dated November 25, 1987, bearing bates numbers BV0412 to 413, and previously marked Beckstoffer Depo. Ex. No. 81. | | | | | |
| 19 | USPTO Trademark Application for To-Kalon Vineyard filed November 3, 1993, bates numbered CBUSO005813-5915, previously marked as DeVere Depo. Ex. No. 24 | | | | | |
| 20 | Letter from Mike Beyer to Andy Beckstoffer dated March 21, 1994 re: To-Kalon tradename, bearing bates numbers BV 0328-0342, previously marked as Beckstoffer Depo. Ex. No. 86. | | | | | |
| 21 | RMW Wine Maker's Notes, 1997 To Kalon Vineyard Cabernet Sauvignon, bearing bates numbers CBUSO002547, previously marked as Seethoff Depo. Ex. No. 38 | | | | | |
| 22 | Press Release - Robert Mondavi Family Celebrates Completion of Historic To Kalon Project, dated March 9, 2001, bearing bates numbers BV0129-131, and previously marked as Seethoff Depo. Ex. No. 39. | | | | | |
| 23 | Letter from Fred Schrader to Andy Beckstoffer dated August 9, 2002 regarding wine labels, bearing bates numbers BV | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | 0614-616, and previously marked as Beckstoffer Depo. Ex. No. 89. | | | | | |
| 24 | Letter from Mike Beyer to Andy Beckstoffer dated October 1, 2002 re vineyard designation, bearing bates numbers  BV 0344-348, previously marked Beckstoffer Depo. Ex. No. 85. | | | | | |
| 25 | Tim Mondavi Responds to Lawsuit, St. Helena Star, December 26, 2002, previously filed as Exhibit 49 to the Declaration of Farah Bhatti in Support of Motion for Preliminary Injunction | | | | | |
| 26 | Settlement Agreement between Robert Mondavi Winery, Beckstoffer Vineyards II, and Schrader Cellars, LLC, dated August 8, 2003, bates numbered BV0055-69, previously marked as Beckstoffer Depo. Ex. No. 80. | | | | | |
| 27 | Constellation Brands Press Release: Constellation and Mondavi Sign Definitive Merger Agreement, November 3, 2004, previously filed as Exhibit 54 to the Declaration of Farah Bhatti in Support of Motion for Preliminary Injunction | | | | | |
| 28 | Brands Using To Kalon per Justin Seidenfeld, August 2009, Native Excel File bearing bates number CBUSO018369; previously marked as DeVere Deposition Ex. 111. | | | | | |
| 29 | Letter from Andy Beckstoffer to Fred Schrader dated January 9, 2012, re: To Kalon Block E-1, bearing bates number BV0677, and previously marked as Beckstoffer Depo. Ex. 92 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 30 | Letter from Schrader to Andy Beckstoffer dated March 19, 2012 bearing bates numbers BV 0674-675, previously marked as Beckstoffer Depo. Ex. No. 91. | | | | | |
| 31 | December 17, 2013 Strategy Meeting Notes, bates numbered CBUSO00406-408, previously marked as Workman Depo. Ex. No. 55 | | | | | |
| 32 | The Reserve 2016, Robert Mondavi Winery bates labeled CBUSO06640-59, previously marked as Workman Depo. Ex. No. 49. | | | | | |
| 33 | Tasting Notes, 2016 I Block To Kalon Vineyard Fume Blanc, Robert Mondavi Winery, previously filed as Exhibit 50 to the Declaration of Farah Bhatti in Support of Motion for Preliminary Injunction | | | | | |
| 34 | E-mail string between Sam Glaetzer and Andy Beckstoffer, dated October 19, 2017, re: Beckstoffer/Constellation Grape Contract/ToKalon Wine Co - discussion and proposal recap, previously marked as Beckstoffer Depo. Ex. No. 82. | | | | | |
| 35 | Beckstoffer Vineyards 2017 To Kalon Sublicensees, bearing bates number CBUSO007197, previously marked as Seethoff Depo. Ex. No. 36 | | | | | |
| 36 | Document entitled "Robert Mondavi Winery Brand Value Monitoring" dated July 2018, bearing bates numbers CBUS001972-76, previously marked as DeVere Depo. Ex. No. 27. | | | | | |

**TVH'S TRIAL EXHIBIT LIST – SEPTEMBER 11, 2020**

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 37 | E-mail from Graeme MacDonald to Sally Campion et al, dated August 20, 2018, re: To Kalon Sales, bearing bates numbers CBUSO000367, previously marked as Seethoff Depo. Ex. No. 37 | | | | | |
| 38 | Letter from Lonette Merriman to Andy Beckstoffer dated September 18, 2018 re Settlement and License agreements, bearing bates numbers BV0392-411, and previously marked as Beckstoffer Depo. Ex. No. 84. | | | | | |
| 39 | Constellation Brands To Kalon Vineyard Council Innovation, dated September 21, 2018, previously marked as DeVere Depo. Ex. No. 25 | | | | | |
| 40 | Letter from Kevin Block to Lonette Merriman dated September 27, 2018, bearing bates numbers CBUSO07143-7144, previously marked as DeVere Deposition Ex. 102. | | | | | |
| 41 | Letter from Lonette Merriman to Kevin Block dated October 4, 2018, bearing bates numbers CBUSO07139-7141; previously marked as DeVere Deposition Ex. 103. | | | | | |
| 42 | E-mail from Michelle Perry to Glenn Workman, et al, dated October 5, 2018, attaching Brand Value Monitoring report, bearing bates numbers CBUSO001971-2118, and previously marked as Workman Depo. Ex. No. 57 | | | | | |
| 43 | Letter from Kevin Block to Lonette Merriman dated October 10, 2018, bearing bates numbers CBUSO007194-7195; | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|---------------------------|--------------------|----------------------------------------|----------------------|-----------|---------------|
| | previously marked as DeVere Deposition Ex. 104. | | | | | |
| 44 | Letter from Kevin Block to Lonette Merriman dated October 16, 2018, bearing bates numbers CBUSO007150-7152; previously marked as DeVere Deposition Ex. 105. | | | | | |
| 45 | Letter from Andrew Beckstoffer to Schrader Cellars dated November 2, 2018, bearing bates numbers CBUSO7175-7177; previously marked as DeVere Deposition Ex. 106. | | | | | |
| 46 | Robert Mondavi Winery Competitor Wine Analysis: Schrader, dated November 11, 2018; bearing bates numbers CUBSO018391; previously marked as DeVere Deposition Ex. 108. | | | | | |
| 47 | E-mail string between Lonette Merriman and Kevin Block, dated November 27, 2018, bearing bates numbers CBUSO07145-7146; previously marked as DeVere Deposition Ex. 107. | | | | | |
| 48 | Letter from Andy Beckstoffer to Scott Warren dated January 28, 2019 re: license agreement, bates numbered BV541-543, and previously marked as Beckstoffer Depo. Ex. No. 88. | | | | | |
| 49 | Constellation Brands Press Release, Announcing the Launch of To Kalon Vineyard Company, May 29, 2019, previously filed as Exhibit 51 to the Declaration of Farah Bhatti in Support of Motion for Preliminary Injunction | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 50 | E-mail string from Aly Wente to Glenn Workman et al., dated June 11, 2019 bearing bates numbers CBUSO002256-73, and previously marked as Workman Depo. Ex. No. 58. | | | | | |
| 51 | E-mail from Mel Owen to Lonette Merriman dated July 19, 2019 re: To Kalon Vineyard Co. Highest Beauty New Marks, bates numbered BV0427-428, previously marked as Seethoff Depo. Ex. No. 41. | | | | | |
| 52 | Constellation's First Supplemental Response to TVH's Request for Production of Documents, Set One (Infringement Case); March 12, 2020; previously marked as Baron Deposition Ex. 116 | | | | | |
| 53 | Constellation's Third Supplemental Response to TVH's Interrogatories (Infringement Case), June 2, 2020; previously marked as Baron Deposition Ex. 115. | | | | | |
| 54 | Constellation Brands Fourth Supplemental Response to TVH's Interrogatories, Set One, December 13, 2019, Previously Marked as de Vere Deposition Ex. 17 | | | | | |
| 55 | Bottling Records by Block Detail, bates numbered CUSBO0007112, previously marked as DeVere Depo. Ex. No. 18 | | | | | |
| 56 | To Kalon map, bearing bates number CBUSO7111, previously marked as DeVere Depo. Ex. No. 19 | | | | | |
| 57 | Map, previously marked as DeVere Depo. Ex. No. 21 | | | | | |

**TVH'S TRIAL EXHIBIT LIST – SEPTEMBER 11, 2020**

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 58 | RMFF Map, bearing bates numbers CBUSO006985, previously marked as deVere Depo. Ex. No. 22 | | | | | |
| 59 | Map, bates numbered BV 0429, previously marked as Beckstoffer Depo. Ex. No. 83 | | | | | |
| 60 | Schrader Original Tokalon Vineyard Beckstoffer Cabernet Sauvignon 2000 Initial Offering, bearing bates labels BV0621-627, and previously marked as Beckstoffer Depo. Ex. No. 90 | | | | | |
| 61 | Wine Advocate Search Results for To Kalon, bearing bates numbers CBUSO017755-17762; previously marked as DeVere Deposition Ex. 110. | | | | | |
| 62 | CBI Scores, Native Excel File bearing bates number CUBSO018368; previously marked as DeVere Deposition Ex. 112. | | | | | |
| 63 | Multiple Year Vineyard Designate Grape Contract (Acreage Minimum) between Beckstoffer Vineyards and Schrader Cellars, dated March 10, 2014, bearing bates numbers BV0485-0494; previously marked as DeVere Deposition Ex. 113 | | | | | |
| 64 | To Kalon History, bearing bates numbers CBUSO015921-15926 previously marked as Cadamatre Deposition Ex. 141. | | | | | |
| 65 | Excerpt from RMW Brand Value Monitoring, bates numbered CBUSO002006, previously marked as Seethoff Depo. Ex. No. 40 | | | | | |
| 66 | Image of 2014 Paul Hobbs Cobernet Sauvignon, | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | Beckstoffer To Kalon Vineyard, previously marked as Reibstein Depo. Ex. No. 68 | | | | | |
| 67 | Image of 2012 Realm Cellars Beckstoffer To Kaon, previously marked as Reibstein Depo. Ex. No. 69 | | | | | |
| 68 | Image of 2016 Schrader Cabernet Sauvignon, previously marked as Reibstein Depo. Ex. No. 70 | | | | | |
| 69 | 2015 Cabernet Sauvignon Reserve - To Kalon Vineyard winemaker's notes, previously marked as Reibstein Depo. Ex. No. 71. | | | | | |
| 70 | To Kalon Vineyard Company, Highest Beauty, previously filed as Exhibit 52 to the Declaration of Farah Bhatti in Support of Motion for Preliminary Injunction | | | | | |
| 71 | Image of To Kalon Vineyard Company Highest Beauty, previously filed as Exhibit 56 to the Declaration of Farah Bhatti in Support of Motion for Preliminary Injunction | | | | | |
| 72 | Introducing To Kalon, To Kalon Vineyard webpage printout, previously filed as Exhibit L to the First Amended Complaint | | | | | |
| 73 | Robert Mondavi Winery: Our Vineyards, Website Printout, Previously filed as Exhibit M to the First Amended Complaint | | | | | |
| 74 | Map, previously marked as Nickel Depo. Ex. No. 1016 | | | | | |
| 75 | Map of the Napa Valley in 1950, excerpt from Bottled Poetry by James L Lapsley, previously marked as Nickel Depo. Ex. No. 1029 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|--------------------------|--------------------|----------------------------------------|----------------------|-----------|---------------|
| 76 | COGS Spreadsheet for 2016 To Kalon Vineyard Company Highest Beauty Cabernet Sauvignon Tio, bearing bates number CBUSO07109, previously marked as Bhatt Depo. Ex. No. 10 | | | | | |
| 77 | Spreadsheet print out, bates numbered CBUSO007107, previously marked as Bhatt Depo. Ex. No. 11 | | | | | |
| 78 | Spreadsheet print out, bates numbered CBUSO007110, previously marked as Bhatt Depo. Ex. No. 12 | | | | | |
| 79 | Spreadsheet print out entitled "RMW Financials" previously marked as Bhatt Depo. Ex. No. 3 | | | | | |
| 80 | Spreadsheet print out, bates numbered CBUSO006185, previously marked as Bhatt Depo. Ex. No. 4 | | | | | |
| 81 | Robert Mondavi Winery Cost Breakdown for FY2020 and FY2021, bates numbered CBUSU007046, previously marked as Bhatt Depo. Ex. No. 5 | | | | | |
| 82 | Spreadsheet print out, bates numbered CBUSO007105, previously marked as Bhatt Depo. Ex. No. 7 | | | | | |
| 83 | Spreadsheet print out, bates numbered CBUSO007106, previously marked as Bhatt Depo. Ex. No. 8 | | | | | |
| 84 | Spreadsheet print out, bates numbered CBUSO007108, previously marked as Bhatt Depo. Ex. No. 9 | | | | | |
| 85 | TVH 2015 Block 8 Cabernet, Image (Front Label), bearing bates number TVH_00000003 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|---------------------------|--------------------|----------------------------------------|----------------------|-----------|---------------|
| 86 | TVH 2015 Block 8 Cabernet, Image Back Label), bearing bates number TVH_00000004 | | | | | |
| 87 | TVH 2015 Cabernet Sauvignon, Image (Front Label), bearing bates number CBUSO017395 | | | | | |
| 88 | TVH 2015 Cabernet Sauvignon, Image (Back Label), bearing bates number TVH_00007898 | | | | | |
| 89 | TVH 2015 Cabernet Sauvignon, Image (Back Label), bearing bates number TVH_00007900 | | | | | |
| 90 | TVH 2015 Cabernet Sauvignon, Image (Back Label), bearing bates number TVH_00007901 | | | | | |
| 91 | Spreadsheet, TVH.2014-2019v.1.xls, produced in native at TVH_00007902 | | | | | |
| 92 | Spreadsheet, TVH.Sales.Detail.v.2.xls, produced in native at TVH_00007903 | | | | | |
| 93 | Spreadsheet, Truvi.2015-2018.xls, produced in native at TVH_00007904 | | | | | |
| 94 | Spreadsheet, TVH.ecellar.2014-2015.xls, produced in native at TVH_00007905 | | | | | |
| 95 | Spreadsheet, Wholesale -2014-2018.xls, produced in native at TVH_00007908 | | | | | |
| 96 | Spreadsheet, 2020 Direct Sales, TVH.DTC.1.1.2019-5.31.2020.xls, produced in native at TVH_00007909 | | | | | |
| 97 | Spreadsheet, Whole Distributor, TVH.WH-Dist.1.1.2019-5.31.2019.xlsx, produced in native at TVH_00007910 | | | | | |
| 98 | Beckstoffer Vineyards, Hertitage Vineyards, Wines, print out, previously identified as | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|--------------------------|--------------------|----------------------------------------|----------------------|-----------|---------------|
| | Cadamatre Rebuttal Report Ex. E. | | | | | |
| 99 | Robert Mondavi Winery Correspondence (3/3/1995 through 10/20/1995) regarding Jacobs 1995 Interviews of Mondavi Family for Robert Mondavi Winery Oral History Project, bearing bates numbers TVH_00007934-7955 | | | | | |
| 100 | Copy of Original Transcript of Installment 4 of Jacobs' 1995 Interview Session with Robert Mondavi, with Jacobs' handwritten edits (Bearing Bates Nos. KJW058 to KJW075, incl.), bearing bates numbers TVH_00007956-7973 | | | | | |
| 101 | Audio Recording of Installment 4 of Jacobs 1995 Interview session with Robert Mondavi (KJW189), produced in native and bearing bates number TVH_00007974 | | | | | |
| 102 | Transcript of Audio Recording (KJW 189) of Installment 4 of Jacobs 1995 Interview of Robert Mondavi (CSR Transcribed March 6, 2020), bearing bates numbers TVH_00007975-8008 | | | | | |
| 103 | Transcript of Compilation of Jacobs' 1995 Interview of R.G. Mondavi, with Jacobs' handwritten edits, bearing bates numbers TVH_00008009-8044 | | | | | |
| 104 | Certificate of Attorney Authenticating Tape 4-B Transcript and Audio Tape 4-B, filed February 28, 2020, bearing bates numbers TVH_00008047-8048 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 105 | Declaration of Kathryn J. Winter Authenticating Tape 4-B Transcript and Audio Tape 4-B, filed February 28, 2020, bearing bates numbers TVH_00008049-8051 | | | | | |
| 106 | Stipulation Regarding Subpoena Served on Kathryn J.Winter, filed February 28, 2020, bearing bates numbers TVH_00008052-8055 | | | | | |
| 107 | Certificate of Service for Stipulation Regarding Subpoena Served on Kathryn J. Winter, Declaration of Kathryn J. Winter, Certificate of Attorney Authenticating Tape 4-B Transcript and Audio Tape 4-B, filed Feburary 28, 2020, bearing bates numbers, bearing bates numbers TVH_00008045-8046 | | | | | |
| 108 | License Agreement, dated August 8, 2003 between Robert Mondavi Winery and Beckstoffer Vineyards II bearing bates numbers CBUSO006179 to CBUSO006184; Reidl Declaration Ex. A | | | | | |
| 109 | One-Year Grape Purchase Agreement between Beckstoffer Vineyard and Schrader Cellars, bearing bates numbers BV0375-0381. Reidl Declaration Ex. E. | | | | | |
| 110 | October 14, 2010 Letter from Andrew Beckstoffer to Fred Schrader enclosing One-Year Grape Purchase Agreement, bearing bates number BV0374. Reidl Declaration Ex. E. | | | | | |
| 111 | Multiple Year Vineyard Designate Grape Contract (Acreage Mininum) between Beckstoffer Vineyards and | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
|  | Schrader Cellars, March 10, 2014, bearing bates numbers BV0485-0494, Reidl Declaration Ex. E. |  |  |  |  |  |
| 112 | Multiple Year Vineyard Designate Grape Contract (Acreage Minimum) dated November 26, 2008, bearing bates numbers BV0498-0507; Reidl Declaration Ex. E. |  |  |  |  |  |
| 113 | Multiple Year Vineyard Designate Grape Contract, Amendment #1, bearing bates numbers BV0511-0512; Reidl Declaration Ex. E |  |  |  |  |  |
| 114 | Multiple Year Vineyard Designate Grape Contract dated March 26, 2003, bearing bates numbers BV0513-0518; Reidl Declaration Ex. E |  |  |  |  |  |
| 115 | One-Year Grape Purchase Agreement between Beckstoffer Vineyard II and Schrader Cellars dated April 8, 2009, bearing bates numbers BV0526-0532; Reidl Decl. Ex. E. |  |  |  |  |  |
| 116 | One Year Grape Purchase Agreement between Beckstoffer Vineyard II and Schrader Cellars, dated January 21, 2008, bearing bates numbers BV0533-0539. Reidl Declaration Ex. E. |  |  |  |  |  |
| 117 | 2014 Vision Critical_CBI RMW_Report.pptx, bearing bates number CBUSO015950-15991 |  |  |  |  |  |
| 118 | 2020 RMW Insights Guide FINAL 01 31 2020.pptx, bearing bates numbers CBUSO015992-16059 |  |  |  |  |  |
| 119 | 2016 Brand Equity Tracking_Luxury Simi RMW Meiomi.pptx, bearing bates numbers CBUSO016061-16147 |  |  |  |  |  |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 120 | 2008 RM Print Ad_Report.ppt, bearing bates numbers CBUSO016148-16239 | | | | | |
| 121 | 2008 Centerra RMPS & RMW Packaging Report.doc, bearing bates numbers CBUSO016240-16247 | | | | | |
| 122 | 2017 LUXURY BRANDS Tracking Report FINAL.pptx, bearing bates numbers CBUSO016248-16284 | | | | | |
| 123 | 2020 Consumer Power Play Final Report _2_26_20 REV4.pptx, bearing bates numbers CBUSO016285-16498 | | | | | |
| 124 | 2010 IIM RMW Woodbridge Print Qual Report.doc, bearing bates numbers CBUSO016499-16508 | | | | | |
| 125 | 2009_RMW & RMPS Packaging Qual.pdf, bearing bates numbers CBUSO016509-16531 | | | | | |
| 126 | 2010 PRS RMW Packaging Report.ppt, bearing bates numbers CBUSO016532-16594 | | | | | |
| 127 | 2016 Luxury Institute Research-CBI Premium Wines and Genome-Comparative Deck.pdf, bearing bates numbers CBUSO016595-16678 | | | | | |
| 128 | 2018 Luxury Wine Brand Tracking.pptx, bearing bates numbers CBUSO016679-16699 | | | | | |
| 129 | 2019 Luxury Wine Brand 2018 Brand Tracking Report FINAL.pptx, bearing bates numbers CBUSO16713-16735 | | | | | |
| 130 | 2016 Constellation Wine - LUXURY BRANDS Full Report - .pptx, bearing bates numbers CBUSO016756-16789 | | | | | |
| 131 | 2018 Luxury Wine Brand Tracking Mar 2018.pptx, | | | | | |

**TVH'S TRIAL EXHIBIT LIST – SEPTEMBER 11, 2020**

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | bearing bates numbers CBUSO016971-16991 | | | | | |
| 132 | 2019 RMW Kelton_Robert Mondavi_Brand Perceptions and Opportunities.pdf, bearing bates numbers CBUSO016992-17074 | | | | | |
| 133 | Photo of Three TVH Wine Bottles: 2015 Block 5, 2015 Block 8, 2015 Cabernet Sauvignon, bearing bates number TVH_00007922 | | | | | |
| 134 | Photo of TVH 2015 Block 5 (back), bearing bates number TVH_00007923 | | | | | |
| 135 | Photo of TVH 2015 Block 5 (close up), bearing bates number TVH_00007924 | | | | | |
| 136 | Photo of TVH 2015 Block 5 (front), bearing bates number TVH_00007925 | | | | | |
| 137 | Photo of TVH 2015 Block 5 (Front), bearing bates number TVH_00007926 | | | | | |
| 138 | Photo of TVH 2018 Block 8 (back), bearing bates number TVH_00007927 | | | | | |
| 139 | Photo of TVH 2015 Block 8 (back), bearing bates number TVH_00007928 | | | | | |
| 140 | Photo of TVH 2015 Block 8 (front), bearing bates number TVH_00007929 | | | | | |
| 141 | Photo of TVH 2015 Block 8 (front), bearing bates number TVH_00007930 | | | | | |
| 142 | Photo of TVH 2015 Cabernet Sauvignon (back), bearing bates number TVH_00007931 | | | | | |
| 143 | Photo of TVH 2015 Cabernet Sauvignon (back), bearing bates number TVH_00007932 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 144 | Photo of TVH 2015 Cabernet Sauvignon (front), bearing bates number TVH_00007933 | | | | | |
| 145 | USPTO, Trademark Registration: Atlas Peak, bearing bates numbers TVH_00008180-8181 | | | | | |
| 146 | USPTO, Trademark Registration: Domaine Carneros, bearing bates numbers TVH_00008182-8183 | | | | | |
| 147 | USPTO, Trademark Registration: Rutherford Reserve, bearing bates numbers TVH_00008184-8185 | | | | | |
| 148 | USPTO, Trademark Registration: Stags' Leap, bearing bates numbers TVH_00008186-8187 | | | | | |
| 149 | USPTO, Trademark Registration: Wild Horse, bearing bates numbers TVH_00008188-8189 | | | | | |
| 150 | 27 CFR 9.117, Stags Leap AVA, bearing bates numbers TVH_00008126-8127 | | | | | |
| 151 | 27 CFR 9.123, Mt. Veeder AVA, bearing bates numbers TVH_00008128-8130 | | | | | |
| 152 | 27 CFR 9.124, Wild Horse Valley AVA, bearing bates numbers TVH_00008131-8133 | | | | | |
| 153 | 27 CFR 9.133, Rutherford AVA, bearing bates numbers TVH_00008134-8136 | | | | | |
| 154 | 27 CFR 9.134, Oakville AVA, bearing bates numbers TVH_00008137-8139 | | | | | |
| 155 | 27 CFR 9.140, Atlas Peak AVA, bearing bates numbers TVH_00008140-8142 | | | | | |
| 156 | 27 CFR 9.143, Spring Mountain District AVA, bearing bates numbers TVH_00008143-8144 | | | | | |
| 157 | 27 CFR 9.149, St. Helena AVA, bearing bates numbers TVH_00008145-8147 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|--------------------------|--------------------|----------------------------------------|---------------------|-----------|---------------|
| 158 | 27 CFR 9.154, Chiles Valley AVA, bearing bates numbers TVH_00008148-8150 | | | | | |
| 159 | 27 CFR 9.160, Yountville AVA, bearing bates numbers TVH_00008151-8153 | | | | | |
| 160 | 27 CFR 9.161, Oak Knoll District of Napa Valley AVA, bearing bates numbers TVH_00008154-8156 | | | | | |
| 161 | 27 CFR 9.166, Diamond Mountain District, AVA, bearing bates numbers TVH_00008157-8159 | | | | | |
| 162 | 27 CFR 9.209, Calistoga AVA, bearing bates numbers TVH_00008160-8162 | | | | | |
| 163 | 27 CFR 9.223, Coombsville AVA, bearing bates numbers TVH_00008163-8165 | | | | | |
| 164 | 27 CFR 9.23, Napa Valley AVA, bearing bates numbers TVH_00008166-8167 | | | | | |
| 165 | 27 CFR 9.32, Los Carneros AVA, bearing bates numbers TVH_00008168-8170 | | | | | |
| 166 | 27 CFR 9.94, Howell Mountain AVA, bearing bates numbers TVH_00008171-8172 | | | | | |
| 167 | COLA - B Cellars Petite Sirah 2018, bearing bates numbers TVH_00008173-8175 | | | | | |
| 168 | COLA - Paul Hobbs Cabernet Sauvignon Beckstoffer - To Kalon 2000, bearing bates number TVH_00008176 | | | | | |
| 169 | COLA - Schrader LPV 2011 Beckstoffer Las Piedras Vineyard, bearing bates numbers TVH_00008177-8179 | | | | | |
| 170 | COLA - Alpha Omega Cabernet Sauvignon, 2011, bearing bates numbers TVH_00008092-8094 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 171 | COLA - Atlas Peak Cabernet Sauvignon 2009, bearing bates numbers TVH_00008095-8097 | | | | | |
| 172 | COLA - Carter Cellars Beckstoffer To Kalon Vineyard, 2009, bearing bates numbers TVH_00008098-8100 | | | | | |
| 173 | COLA - Grand Napa Vineyards Cabernet Sauvignon, 2015, bearing bates numbers TVH_00008101-8103 | | | | | |
| 174 | COLA - Paul Hobbs Cabernet Sauvignon Beckstoffer To Kalon Vineyard, 2008, bearing bates numbers TVH_00008104-8106 | | | | | |
| 175 | COLA - Porter Family Vineyards, Cabernet Sauvignon Atlas Peak Vineyard 2007, bearing bates numbers TVH_00008107-8109 | | | | | |
| 176 | COLA - Purlieu Beckstoffer To Kalon Vineyard Napa Valley Cabernet Sauvignon 2011, bearing bates numbers TVH_00008110-8112 | | | | | |
| 177 | COLA - Robert Mondavi Winery The Reserve Cabernet Sauvignon To Kalon Vineyard 2014, bearing bates numbers TVH_00008113-8115 | | | | | |
| 178 | COLA - Schrader RBS 2009 Beckstoffer To Kalon Vineyard, bearing bates numbers TVH_00008116-8118 | | | | | |
| 179 | COLA - Schrader 2009 Beckstoffer To Kalon Vineyard, bearing bates numbers TVH_00008119-8121 | | | | | |
| 180 | COLA - Bergstrom Wines 2012 Shea Vineyard, bearing bates numbers TVH_00008122-8124 | | | | | |
| 181 | COLA - Wild Horse 2006 Cabernet Sauvignon, bearing bates number TVH_00008125 | | | | | |

**TVH'S TRIAL EXHIBIT LIST – SEPTEMBER 11, 2020**

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|--------------------------|--------------------|----------------------------------------|----------------------|-----------|---------------|
| 182 | Eugene L. Sullivan to Hamilton W. Crabb, Deeds, January 28, 1868, bearing bates numbers TVH00005073-5074 | | | | | |
| 183 | Field Notes Subdivision Survey, 1868, bearing bates numbers TVH00005270-5278; Miltenberger Decl. Exh. IIIII | | | | | |
| 184 | Letter from "Fides" Early Pioneers, San Francisco Examiner, February 4, 1869, bearing bates numbers TVH00005279-5284; Miltenberger Decl. Exh. I | | | | | |
| 185 | Map of Township 7 Degrees North, June 10, 1869, bearing bates number TVH00005285; Miltenberger Decl. Exh. I | | | | | |
| 186 | Napa County Map, August 12,1876, Geo. G. Lyman and SR Throckmorton, Jr., bearing bates numbers TVH00005082-5083; Miltenberger Decl. Exh. EEEEE | | | | | |
| 187 | Illustrations of Napa County p. 8, published 1878, bearing bates numbers TVH00005091-5093;  Miltenberger Decl. Exh. VVV | | | | | |
| 188 | Illustrations of Napa County, p. 18, published 1878, bearing bates numbers TVH00005094-5096; Miltenberger Decl. Exh. VVV | | | | | |
| 189 | Illustrations of Napa County, page 6, published 1878, bearing bates numbers TVH00005289-5290; Miltenberger Decl. Exh. VVV | | | | | |
| 190 | Eliza G. Yount to HW Crabb, Deed, HW Crabb, October 20, 1879, bearing bates number TVH00005102 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 191 | 1881 Map of Central Portion of Napa Valley, bearing bates numbers TVH00005118-5119; Miltenberger Decl. Exh. PPPP | | | | | |
| 192 | Illustrated History of Napa and Lake Counties, dated November 1881, previously marked as Miltenberger Depo Ex. No. 1037 | | | | | |
| 193 | The Vintage of '81,  St. Helena Star, November 4, 1881, bearing bates numbers TVH00005315-5320; Miltenberger Decl. Exh. PP | | | | | |
| 194 | Among the Wine Makers, St. Helena Star, November 11, 1882, bearing bates numbers TVH00005126-5133 ; Miltenberger Decl. Exh. QQ | | | | | |
| 195 | Chiles Valley, Descriptive Letter from Prof. Husmann, Napa Register, April 17, 1885, bearing bates numbers TVH00005331-5337; Miltenberger Decl. Exh. II | | | | | |
| 196 | To Kalon Vineyard Ad, San Francisco Merchant, December 18, 1885, bearing bates number TVH00005137; Miltenberger Decl. Exh. A | | | | | |
| 197 | To Kalon Vineyard Ad, Pacific Rural Press, December 19, 1885, bearing bates number TVH00005138; Miltenberger Decl. Exh. JJ | | | | | |
| 198 | Viticultural, St. Helena Star, August 6, 1886, bearing bates numbers TVH00005139-5141; Miltenberger Decl. Exh. RR | | | | | |
| 199 | Book and Job Printer, F. Pohndorff, The Sunday Herald, September 19, 1886, bearing bates number TVH_0000 8056 | | | | | |
| 200 | Deed, Goodman to Crabb, January 8, 1889, bearing bates number TVH00005340 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 201 | California Wine Making, Harper's Weekly, March 9, 1889, bearing bates numbers TVH00005341-5347; Miltenberger Decl. Exh. NNNN | | | | | |
| 202 | Novel Proposition of Crabb, The California Wine King; The Critic, Washington, District of Columbia, July 10, 1890, bearing bates numbers JRP0000828-0000830; Miltenberger Decl. Exh. J | | | | | |
| 203 | To Kalon Wines, Pacific Wine and Spirit Review, p.6, July 15, 1890, bearing bates numbers JRP0001-005; Miltenberger Decl. Exh. E | | | | | |
| 204 | Grape and Wine Chat, FK Pohndorff, The Sunday Herald, December 14, 1890, bearing bates number TVH_00008057 | | | | | |
| 205 | To-Kalon Registered Trademark, The Sunday Herald, February 22, 1891, bearing bates number TVH_00008058 | | | | | |
| 206 | Trade Notes, Pacific Wine & Spirit Review, March 15, 1891, bearing bates numbers TVH00005365-5366; Miltenberger Decl. Exh. B | | | | | |
| 207 | Prominent Wine Men, Pacific Wine & Spirit Review, May 4, 1891, bearing bates numbers JRP0006-0007; Miltenberger Decl. Exh. F | | | | | |
| 208 | "To Kalon," Breeder and Sportsman, p. 539, May 7, 1892, bearing bates number JRP00008; Miltenberger Decl. Exh. G | | | | | |
| 209 | Wine Growers' Union, St. Helena Star, August 12, 1892, bearing bates numbers | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | TVH00005373-5374; Miltenberger Decl. Exh. SS | | | | | |
| 210 | HW Crabb, of To Kalon Stock Farm, Napa Daily Journal, January 5, 1893, bearing bates number TVH00005181 | | | | | |
| 211 | To Kalon, The Beautiful Century Home of Mr. HW Crabb, Napa Daily Journal, August 24, 1893, bearing bates number TVH00005384; Miltenberger Decl. Exh. TT | | | | | |
| 212 | Vineyards in Napa County, published 1893, bearing bates numbers TVH00005377-5380; Miltenberger Decl. Exh. FF | | | | | |
| 213 | Report of the Board of State Viticultural Commissioners for 1893-94, bearing bates numbers TVH00005385-5389; Miltenberger Decl. Exh. GG | | | | | |
| 214 | Among the Farmers, Napa Register, July 12, 1895, bearing bates number TVH00005395; Miltenberger Decl. Exh. KK | | | | | |
| 215 | HW Crabb on Resistants, December 9, 1895, bearing bates numbers TVH00005397-5398; Miltenberger Decl. Exh. C | | | | | |
| 216 | OH Buckman 1895 Napa County Map, bearing bates numbers TVH00005182-5183; Miltenberger Decl. Exh. FFFFF | | | | | |
| 217 | Mr. Crabb's Vineyard, October 9, 1896, bearing bates numbers TVH00005399-5400; Miltenberger Decl. Exh. LL | | | | | |
| 218 | HW Crabb Obituary, March 4, 1899, Master of To Kalon Ranch Passes Away, The San Francisco Call, bearing bates numbers | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | JRP0009-0012; Miltenberger Decl. Exh. L | | | | | |
| 219 | HW Crabb Obituary, The Record-Union, March 4, 1899, bearing bates number JRP00013-00015; Miltenberger Decl. Exh. K | | | | | |
| 220 | HW Crabb Estate Inventory and Appraisement, April 29, 1899, bearing bates numbers TVH00005193-5213; Miltenberger Decl. Exh. D | | | | | |
| 221 | Executors' Sale, San Francisco Chronicle, May 24, 1899, bearing bates numbers TVH00005426-5428 | | | | | |
| 222 | Deeds, Goodman to Churchill, June 16, 1899, bearing bates numbers TVH00005549-5550 | | | | | |
| 223 | Important Sales, St. Helena Star, June 9, 1899, bearing bates numbers JRP0000903-0000904; Miltenberger Decl. Exh. M | | | | | |
| 224 | Deed, February 2, 1902, bearing bates numbers TVH00005560-5562 | | | | | |
| 225 | ES Churchill Obituary, Los Angeles Herald, March 29, 1903, bearing bates numbers JRP00016-00018; Miltenberger Decl. Exh. MM | | | | | |
| 226 | ES Churchill Obituary, March 31, 1903, Pacific WIne & Spirit Review, bearing bates numbers TVH00005570-5572; Miltenberger Decl. Exh. H | | | | | |
| 227 | Deed, Churchill to To Kalon Vineyard Company, July 30, 1903, bearing bates numbers TVH00005578-5581 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 228 | Excerpt from the Evening Star, dated November 25, 1907, previously marked as Miltenberger Depo. Ex. No. 1037 | | | | | |
| 229 | Interesting Visit to ToKalon Where All is Activity, Wine and Vine Notes, St. Helena Star, October 1, 1909, bearing bates number JRP00019; Miltenberger Decl. Exh. UU | | | | | |
| 230 | Improvements at To Kalon Vineyard, Wine and Vine Notes, St. Helena Star, November 25, 1910, bearing bates number JRP00020; Miltenberger Decl. Exh. VV | | | | | |
| 231 | Institute Has Closed, Napa Weekly Journal, October 18, 1912, bearing bates numbers TVH00005596-5598; Miltenberger Decl. Exh. N | | | | | |
| 232 | Excerpt: To Kalon Spring Water, The Weekly Calistogan, August 9, 1912 (Full Page), bearing bates numbers TVH_00008066-8071 | | | | | |
| 233 | Excerpt: To Kalon Spring Water, The Weekly Calistogan, August 9, 1912, bearing bates number TVH_00008065- | | | | | |
| 234 | Excerpt: To Kalon Spring Water, The Weekly Calistogan, October 25, 1912 (Full Page), bearing bates number TVH_00008063-8064 | | | | | |
| 235 | Excerpt: To Kalon Spring Water, The Weekly Calistogan, October 25, 1912, bearing bates number TVH_00008062 | | | | | |
| 236 | 1912 History of Solano and Napa Counties, bearing bates numbers TVH00005445-5460; Miltenberger Decl. Exh. HH | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 237 | Wine and Vine Notes, St. Helena Star, May 30, 1913, bearing bates number TVH00005600; Miltenberger Decl. Exh. WW | | | | | |
| 238 | List of Awards, Santa Rosa Press Democrat, August 21, 1913, bearing bates number TVH00005601; Miltenberger Decl. Exh. NN | | | | | |
| 239 | Napa Wines at Exposition, Napa Journal, June 24, 1915, bearing bates numbers TVH00005606-5607; Miltenberger Decl. Exh. O | | | | | |
| 240 | Successful Affair Held at To-Kalon, St. Helena Star, August 27, 1915 (First Page), bearing bates numbers TVH_00008077 | | | | | |
| 241 | Successful Affair Held at To-Kalon, St. Helena Star, August 27, 1915 (Second Page), bearing bates numbers TVH_00008078 | | | | | |
| 242 | Death of W.T. Johnson, Napa Daily Journal, October 23, 1915, bearing bates number TVH_00008076 | | | | | |
| 243 | 1915 Napa County Map, bearing bates numbers TVH00005602-5605; Miltenberger Decl. Exh. WWW | | | | | |
| 244 | Miss Churchill's Wedding, Oakland Tribune, April 10, 1916, bearing bates number TVH_00008080 | | | | | |
| 245 | Miss Churchill's Wedding, Oakland Tribune, May 3, 1916, bearing bates number TVH_00008081 | | | | | |
| 246 | To Kalon Vineyards In Family Dispute, Riverside Daily Press, August 24, 1916, bearing bates number JRP00021; Miltenberger Decl. Exh. OO | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 247 | "Suit is Filed by Mother Against Son for Fraud" San Francisco Chronicle, August 24, 1916, bearing bates numbers JRP00022-25; Miltenberger Decl. Exh. IIII | | | | | |
| 248 | Hans Hansen Hurt (on To Kalon lane), St. Helena Star, December 29, 1916, bearing bates number TVH_00008079 | | | | | |
| 249 | Excerpt: "To Kalon Ranch", San Francisco Examiner, May 15, 1917, bearing bates numbers TVH_00008082 | | | | | |
| 250 | "Churchill Case is Settled" Napa Daily Journal, June 16, 1917, bearing bates numbers JRP00026-00027; Miltenberger Decl. Exh. P | | | | | |
| 251 | Real Estate Deals, To Kalon Ranch, Napa Journal, December 28, 1918, bearing bates number TVH_00008083 | | | | | |
| 252 | Oakville Happenings, To Kalon Ranch, St. Helena Star, February 21, 1930, bearing bates numbers TVH_00008084 | | | | | |
| 253 | Churchills Dispose of Valuable Property, December 30, 1933, bearing bates numbers JRP000028-00029; Miltenberger Decl. Exh. Q | | | | | |
| 254 | Victim of Fearful Accident, St. Helena Star, March 30, 1934, bearing bates number TVH_00008085 | | | | | |
| 255 | St. Helena Items Briefly Related, Weekly Calistogan, January 12, 1934, bearing bates numbers TVH00005684-5688 | | | | | |
| 256 | Void Sale of Fine Acreage for $200,000, Napa Journal, February 14, 1934, bearing bates numbers JRP000030- | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | 000031; Miltenberger Decl. Exh. R | | | | | |
| 257 | Letter from To Kalon Vineyard to Bureau of Industrial Alcohol, March 9, 1934, bearing bates numbers TVH00005691-5695 | | | | | |
| 258 | Decree Quieting Title, March 26, 1934, bearing bates numbers TVH00004477-4479 | | | | | |
| 259 | Bureau of Internal Revenue to ToKalon Vineyards, April 16, 1935, bearing bates numbers TVH00005703-5708 | | | | | |
| 260 | Refosco (Crabb's Black Burgandy), Wines and Vines, April 1937, bearing bates numbers TVH00005214-5217 | | | | | |
| 261 | Excerpt: Twenty-Five Years Ago Today, To Kalon Spring Water, Napa Valley Register, August 9, 1937, bearing bates number TVH_00008072 | | | | | |
| 262 | 1938 Soil Survey of the Napa Area, bearing bates number TVH00005461; Miltenberger Decl. Exh. KKKKK | | | | | |
| 263 | Marriage Licenses, Ewing-Hess, To Kalon Ranch, Napa Journal, May 14, 1943, bearing bates number TVH_00008086 | | | | | |
| 264 | Deed, Churchill to Stelling Jr. July 19, 1943, bearing bates numbers TVH00005784-5787 | | | | | |
| 265 | 1,700 Acre McGill Ranch in Napa County is Sold, Sacramento Bee, March 27, 1944 | | | | | |
| 266 | Martin Stelling Buys Large McGill Ranch, St. Helena Star, March 31, 1944, bearing bates numbers JRP000035-0036; Miltenberger Decl. Exh. S | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 267 | Vines in the Sun, Idwal Jones, 1949, bearing bates numbers JRP000037-000301; Miltenberger Decl. Exh. OOOO | | | | | |
| 268 | Swiss Colony, San Francisco Chronicle, February 8, 1951, bearing bates numbers JRP0000302-0000304; Miltenberger Decl. Exh. JJJJ | | | | | |
| 269 | Buy To-Kalon, St. Helena Star, February 8, 1951, bearing bates number TVH_00008087 | | | | | |
| 270 | George Rogers Dies in Upvalley, Napa Valley Register, October 16, 1952, bearing bates number TVH_00008088 | | | | | |
| 271 | News of 25 Years Ago, Napa Valley Register, May 23, 1953, bearing bates number TVH_00008090 | | | | | |
| 272 | Two Sections Near Oakville Change Hands, Napa Valley Register, September 29, 1953, bearing bates numbers TVH_00008091 | | | | | |
| 273 | Schoch Buys Big Vineyard Acreage, St. Helena Star, October 1, 1953, bearing bates number TVH_00008089 | | | | | |
| 274 | St. Helena Star, February 24, 1955, bearing bates number TVH0004629 | | | | | |
| 275 | Farm News, Agriculture Extension Service; St. Helena Star, February 24, 1955; JRP0000305-000306; Miltenberger Decl. Exh. XX | | | | | |
| 276 | Battle Rages Over Napa Valley Quarry Truck Road, San Francisco Examiner, November 2, 1959, bearing bates number TVH_00008074 | | | | | |

**TVH'S TRIAL EXHIBIT LIST – SEPTEMBER 11, 2020**

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|--------------------------|---------------------|----------------------------------------|----------------------|-----------|---------------|
| 277 | County To Remodel Entrance to ToKalon Church, Napa Valley Register, May 25, 1961, bearing bates number TVH_00008075 | | | | | |
| 278 | Krug Buys Vineyard -$1.3M, Santa Rosa Press Democrat, January 1, 1962, bearing bates number TVH00004631 | | | | | |
| 279 | Krug Buys Old Rival, San Francisco Chronicle, January 19, 1962, bearing bates number JRP0000307; Miltenberger Decl. Exh. KKKK | | | | | |
| 280 | Krug Buys Old Rival, San Francisco Chronicle, January 19, 1962, bearing bates numbers JRP0000308-309; Miltenberger Decl. Exh. T | | | | | |
| 281 | The New Vineyard, Bottles and Bins, Volume XIV, April 1962, bearing bates numbers TVH00004633-4634 | | | | | |
| 282 | Excerpt: Twenty-Five Years Ago Today, To Kalon Spring Water, Napa Valley Register, August 4, 1962, bearing bates number TVH_00008073 | | | | | |
| 283 | Our County Offers Variety of Beauty, Lura L. Frati, The Petaluma Argus Courier, November 20, 1962, bearing bates number JRP0000310-000311; Miltenberger Decl. Exh. U | | | | | |
| 284 | Wines in the Traditional Manner, Pacific Coast Review, December 1963, bearing bates numbers TVH00004635-4638 | | | | | |
| 285 | Ambassadors of Wine, Bottles and Bins, October 1964, bearing bates numbers TVH00004639-4640 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 286 | St. Helena...A HIstory, St. Helena Star, November 25, 1965, bearing bates number JRP0000313; Miltenberger Decl. Exh. ZZ | | | | | |
| 287 | Wine Institute Letter to Mondavi (Gould), September 28, 1966, bearing bates numbers JRP0000314-0316; Miltenberger Decl. Exh. AAA | | | | | |
| 288 | Things are Moving at Charles Krug, Wines & Vines, Volume 47, Number 10, October 1966, bearing bates numbers JRP0000317-000320; Miltenberger Decl. Exh. QQQQ | | | | | |
| 289 | Trial Begins in Stelling Estate, The Napa Register, December 7, 1966, bearing bates number JRP0000321-0000324; Miltenberger Decl. Exh. BBB | | | | | |
| 290 | Map of Napa Valley in 1950, Bottled Poetry, Lapsely, 1966, bearing bates numbers TVH00005902-5904; Miltenberger Decl. Exh. FFFF | | | | | |
| 291 | News of 25 Years Ago (To Kalon Fire), Napa Register, May 24, 1967, bearing bates number JRP0000312; Miltenberger Decl. Exh. YY | | | | | |
| 292 | Charles Krug Winery, Alex Lichine's Encyclopedia of Wines & Spirits, 1967, bearing bates numbers JRP0000325-0000331; Miltenberger Decl. Exh. RRRR | | | | | |
| 293 | Charles Krug Winery, Alexis Lichine's Encyclopedia of Wines & Spirits, 1968, bearing bates numbers TVH00004656-4658 | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|--------------------------|--------------------|----------------------------------------|----------------------|-----------|---------------|
| 294 | Mondavi Purchases 250 Choice Acres, Napa Valley Register, January 11, 1969, bearing bates number JRP0000332-0000333; Miltenberger Decl. Exh. CCC | | | | | |
| 295 | Mondavi Winery Purchases Land, Los Angeles Times, January 14, 1969, bearing bates numbers JRP0000334-0000335; Miltenberger Decl. Exh. V | | | | | |
| 296 | Mondavi Winery, San Francisco Chronicle, January 14, 1969, bearing bates numbers JRP0000336-000338; Miltenberger Decl. Exh. LLLL | | | | | |
| 297 | Big Vineyard Buy in Napa, February 1969, bearing bates numbers JRP0000339-342; Miltenberger Decl. Exh. III | | | | | |
| 298 | Partial List of Pre-Prohibition Napa Valley Wine Growers, November 23, 1969, bearing bates number TVH00004659 | | | | | |
| 299 | Excerpt from the Notes on the History of Napa Co. Vit. And Wine Making, November 23, 1969, bearing bates numbers JRP0000343-346; Miltenberger Decl. Exh. HHH | | | | | |
| 300 | Letter from the Wine Institute to Gould (Mondavi), August 24, 1970, bearing bates number JRP0000347-000350; Miltenberger Decl. Exh. JJJ | | | | | |
| 301 | Items pertaining to HW Crabb, received on loan from Gould (Mondavi), September 24, 1970, bearing bates numbers TVH00004500-4502 | | | | | |
| 302 | Items pertaining to HW Crabb, received on loan from Gould (Mondavi), September 24, 1970, | | | | | |

**TVH'S TRIAL EXHIBIT LIST – SEPTEMBER 11, 2020**

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| | bearing bates number TVH00004664 | | | | | |
| 303 | Items pertaining to HW Crabb, received on loan from Gould (Mondavi), September 24, 1970, bearing bates number JRP000351-000354; Miltenberger Decl. Exh. KKK | | | | | |
| 304 | Vines in the Sun, Idwal Jones, 1972 | | | | | |
| 305 | Hamilton Walker Crabb, Wine Library, September 10, 1973, bearing bates numbers JRP0000505-000509; Miltenberger Decl. Exh. LLL | | | | | |
| 306 | Napa, the Winiest County, The Wines of America by Leon D. Adams, published 1973, bearing bates numbers TVH00004665-4685 | | | | | |
| 307 | Wine Making in the Napa Valley, Louis M. Martini, published 1973, bearing bates numbers TVH00004688-4796 | | | | | |
| 308 | Napa, the Winiest County, The Wines of America by Leon D. Adams, published 1973, bearing bates numbers JRP0000355-000380; Miltenberger Decl. Exh. GGGGG | | | | | |
| 309 | Wine Making in the Napa Valley, Louis M. Martini, published 1973, bearing bates numbers JRP0000381-489, Miltenberger Decl. Exh. DDDDD | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|--------------------------|--------------------|----------------------------------------|----------------------|-----------|---------------|
| 310 | The heroic builders of yore, California Wine, 1973, bearing bates numbers JRP0000490-000494; Miltenberger Decl. Exh. SSSS | | | | | |
| 311 | Wines & Vines, Frona Eunice Wait, 1973, bearing bates numbers JRP0000495-0000504; Miltenberger Decl. Exh. TTTT | | | | | |
| 312 | California WIneries, Napa Valley, Michael Topolos, 1975, bearing bates numbers JRP000510-514; Miltenberger Decl. Exh. UUUU | | | | | |
| 313 | The California Wine Book, pp. 62, 174, Bob Thompson, 1976, bearing bates numbers JRP0000515-0000522; Miltenberger Decl. Exh. VVVV | | | | | |
| 314 | Fictitious Business Name Statement - To Kalon, Napa Valley Register, November 4, 1977, bearing bates numbers JRP0000532-000534; Miltenberger Decl. Exh. DDD | | | | | |
| 315 | Fictitious Business Name Statement - To Kalon, Napa Valley Register, November 18, 1977, bearing bates number JRP0000539-000541; Miltenberger Decl. Exh. FFF | | | | | |
| 316 | Fictitious Business Name Statement - To Kalon, Napa Valley Register, November 25, 1977, bearing bates number JRP0000542-0000544; Miltenberger Decl. Exh. GGG | | | | | |
| 317 | Department of Treasury letter to Sharon Lieff re To Kalon, November 10, 1977, bearing bates number JRP000535; Miltenberger Decl. Exh. MMM | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 318 | Fictitious Business Name Statement - To Kalon, Napa Valley Register, November 11, 1977, bearing bates numbers JRP0000536-0000538; Miltenberger Decl. Exh. EEE | | | | | |
| 319 | The heroic builders of yore, California Wine, Thompson, 1977, bearing bates numbers JRP0000523-0000531; Miltenberger Decl. Exh. WWWW | | | | | |
| 320 | Letter to Tim Mondavi from William F. Heintz, March 8, 1979, bearing bates numbers JRP0000545-0000549; Miltenberger Decl. Exh. NNN | | | | | |
| 321 | Letter to Tim Mondavi from William F. Heintz, September 18, 1979, bearing bates number JRP0000550-0000552; Miltenberger Decl. Exh. OOO | | | | | |
| 322 | Opus One schedule for Mouton People, November 7, 1979, bearing bates numbers JRP0000553-0000556; Miltenberger Decl. Exh. YYY | | | | | |
| 323 | 1979 Robert Mondavi Vineyards Map, Soil Types, bearing bates numbers JRP0000557-0000566; Miltenberger Decl. Exh. XXX | | | | | |
| 324 | Letter to Tim Mondavi from William Heintz, March 7, 1980, bearing bates numbers JRP0000567-0000569; Miltenberger Decl. Exh. PPP | | | | | |
| 325 | The Myths of Estate Bottling, The Morning News, April 6, 1980, bearing bates numbers JRP0000575-0000578; Miltenberger Decl. Exh. W | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 326 | Robert Mondavi's Harvest Seminars, Wines & Vines, April 1980, bearing bates numbers JRP0000570-0000574; Miltenberger Decl. Exh. XXXX | | | | | |
| 327 | The Growers Get Their Day In Sun, The Morning News, May 25, 1980, bearing bates numbers JRP0000579-0000580; Miltenberger Decl. Exh. X | | | | | |
| 328 | Vintage, pp. 21, 24, 78, Anita Clay Kornfield, 1980, bearing bates numbers TVH00004878-4883 | | | | | |
| 329 | The Vineyards and Wine of HW Crabb and His To-Kalon Label, William F. Heintz, 1980, bearing bates numbers JRP00000832-0000876; Miltenberger Decl. Exh. QQQ | | | | | |
| 330 | Ouch Factor in Vintages, The Marion Star, January 12, 1981, bearing bates number JRP0000594-0000595; Miltenberger Decl. Exh. Y | | | | | |
| 331 | Ouch Factor in Vintages, The Marion Star, January 12, 1981, bearing bates number JRP0000596-0000601; Miltenberger Decl. Exh. ZZZ | | | | | |
| 332 | Memorandum  to Mondavi from Bob Logan re 50 Acre Parcel in Oakville, May 12, 1981, bearing bates numbers TVH00004925-4928 | | | | | |
| 333 | Letter to Mondavi from Charlie Williams re: 50 acre parcel joint venture, May 19, 1981, bearing bates number JRP0000602-0000605; Miltenberger Decl. Exh. AAAA | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 334 | Alexis Lichene's New Encylclopedia of Wines & Spirits, pp.494-497, 1981, bearing bates numbers TVH00004921-4924 | | | | | |
| 335 | This Blessed Land, Gene Dekovic, published 1981, bearing bates numbers JRP0000581-0000585; Miltenberger Decl. Exh. YYYY | | | | | |
| 336 | The Genie in the Bottle, Unraveling the Myths about Wine, Roger Morris, published 1981, bearing bates numbers JRP00000586-0000593; Miltenberger Decl. Exh. ZZZZ | | | | | |
| 337 | HW Crabb, 1828-1899, compiled by Gunther R. Detert, History of Napa Valley, published 1981, bearing bates numbers JRP0000793-0000819; Miltenberger Decl. Exh. RRR | | | | | |
| 338 | Robert Mondavi at the Napa Valley Wine Symposium, February 1983, bearing bates numbers JRP0000606-0000632; Miltenberger Decl. Exh. SSS | | | | | |
| 339 | Winemaking in California, Ruth Teiser, published 1983, bearing bates numbers JRP0000633-0000642; Miltenberger Decl. Exh. AAAAA | | | | | |
| 340 | A Marriage Made in Napa, Moira Johnston, April 22, 1984, bearing bates numbers JRP0000652-0000659; Miltenberger Decl. Exh. MMMM | | | | | |
| 341 | Robert Mondavi of the Napa Valley, Cyril Ray, 1984, bearing bates numbers JRP0000643-0000651; Miltenberger Decl. Exh. BBBBB | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|---------------------------|--------------------|----------------------------------------|----------------------|-----------|---------------|
| 342 | Wine enthroned on Rutherford Bench, Chicago Tribune, January 25, 1985, bearing bates number JRP0000660-0000661; Miltenberger Decl. Exh. Z | | | | | |
| 343 | Growers look at grapes from ground up, Pittsburgh Post-Gazette, April 10, 1985, bearing bates number JRP0000662-0000663; Miltenberger Decl. Exh AA | | | | | |
| 344 | Restaurant staffs taste samples of popular wines, The Indianapolis News, June 4, 1986, bearing bates number JRP0000664-0000665; Miltenberger Decl. Exh. BB | | | | | |
| 345 | Grape Expectations, Daily Record, January 18, 1987, bearing bates numbers JRP0000666-0000670; Miltenberger Decl. Exh. CC | | | | | |
| 346 | Robert Mondavi is international with Cabernet futures program, Wines & Vines,  April 1987, bearing bates numbers TVH0005032-5036 | | | | | |
| 347 | Cabernet Sauvignon futures offered by Mondavi look like solid investment, Atlanta Journal-Constitution, April 8, 1987, bearing bates numbers TVH00005037-5039 | | | | | |
| 348 | Mountain or Hillside Grapes Versus Valley Floor Grapes in the Napa Valley, bearing bates numbers JRP0000877-0000902; Miltenberger Decl. Exh. TTT | | | | | |
| 349 | Memorandum from Stuart Harrison to Cliff Adams re Copy for (Opus One) Promotional Brochure, April 23, 1987, bearing bates numbers | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|--------|--------------------------|--------------------|----------------------------------------|----------------------|-----------|---------------|
| | JRP0000675-0000686; Miltenberger Decl. Exh. BBBB | | | | | |
| 350 | Robert Mondavi is international with Cabernet futures program, Wines & Vines, April 1987, bearing bates numbers JRP0000671-0000674; Miltenberger Decl. Exh. DD | | | | | |
| 351 | Mondavi produced premium vintages, The Salt Lake Tribune, October 7, 1987, bearing bates number JRP0000687-0000688; Miltenberger Decl. Exh. EE | | | | | |
| 352 | Robert Mondavi speech, May 28, 1988, bearing bates numbers JRP0000695-0000724; Miltenberger Decl. Exh. UUU | | | | | |
| 353 | Fruit of the Vine by Betty Dobson, published 1988, bearing bates numbers JRP0000689-0000694; Miltenberger Decl. Exh. CCCCC | | | | | |
| 354 | Opus One Promotional Brochure; bearing bates numbers JRP0000820-0000827; Miltenberger Decl. Exh. CCCC | | | | | |
| 355 | Robert G. Mondavi, Oral History, UC Davis, Special Collections, 1995; bearing bates numbers JRP0000725-0000760; Miltenberger Decl. Exh. EEEE | | | | | |
| 356 | Harvest of Joy, pp. 57-59, Robert Mondavi, 1998, bearing bates numbers TVH00005905-5909; Miltenberger Decl. Exh. GGGG | | | | | |
| 357 | Robert G. Mondavi, Notes by Nina Wemyss, 2000; bearing bates numbers JRP0000769-0000782; Miltenberger Decl. Exh. DDDD | | | | | |

| TX No. | Trial Exhibit Description | Sponsoring Witness | Identification Only, Not for Admission | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|---|
| 358 | The Olive in California, pages 87-88, Who Was Frederico Pohndorff?, Judith Taylor, 2000, bearing bates numbers TVH_00008059-8061 | | | | | |
| 359 | Excerpt of historic postcards from Sonoma County Wineries, by Gail Unzelman and the Wine Library Associates of Sonoma County, published in 2006 bearing bates number TVH00004588 | | | | | |
| 360 | Napa Wine, A History from Mission Days to Present, Charles L. Sullivan, published 2008, bearing bates numbers TVH00005249-5258; Miltenberger Decl. Exh. HHHH | | | | | |
| 361 | Napa Wine, A History from Mission Days to Present, Charles L. Sullivan, 2008, bearing bates numbers TVH00005492-5507; Miltenberger Decl. Exh. HHHH | | | | | |

TVH'S TRIAL EXHIBIT LIST – SEPTEMBER 11, 2020

1

## <u>CERTIFICATE OF SERVICE</u>

2
        The undersigned certifies that Plaintiff and Consolidated Case Defendant The Vineyard

3
House, LLC's served the following document titled

4
**THE VINEYARD HOUSE'S TRIAL EXHIBIT LIST**

5

6
electronically upon the following parties by email from gtooley@buchalter.com on this 11th day of

7
September, 2020.

8
Timothy J. Carlstedt
(tcarlstedt@huntonak.com)

9
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700

10
San Francisco, CA 94111
Tel.: (415) 975-3700

11
Fax: (415) 975-3701

12
Edward T. Colbert

13
(ecolbert@huntonak.com)
Erik C. Kane

14
(ekane@huntonak.com)
William M. Merone

15
(wmerone@huntonak.com)
Armin Ghiam

16
(aghiam@huntonak.com)

17
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.

18
Washington, D.C. 20037
Tel.: (202) 955-1500

19
Fax: (202) 778-2201

20
Counsel for Constellation Brands U.S. Operations, Inc.

21

22
DATED: September 11, 2020                     BUCHALTER
                                              A Professional Corporation

23

24
                                      By:   */s/ Elizabeth Hernandez*

25

26

27

28
BN 41737311v1                          3