**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br>a California limited liability company,<br><br>　　　　　Plaintiff and Counterclaim-<br>　　　　　Defendant,<br><br>　　v.<br><br>CONSTELLATION BRANDS U.S.<br>OPERATIONS, INC.,<br>a New York corporation,<br><br>　　　　　Defendant and Counterclaim-<br>　　　　　Plaintiff. | CASE NO.: 4:19-cv-01424-YGR<br>(Consolidated)<br><br>**ORDER GRANTING STIPULATION REGARDING DEPOSITION TRANSCRIPTS** |

Pursuant to the Court's September 2, 2020 Order (Dkt. No. 176), Plaintiff and Counterclaim Defendant The Vineyard House, LLC and Defendant and Counterclaim Plaintiff Constellation Brands U.S. Operations, Inc., hereby STIPULATE that the deposition transcripts lodged with the Court on September 23, 2020 constitute the final electronic copy of the deposition transcript delivered by the court reporter and shall be sufficient for the Court to rely on in lieu of the signed original, and each constitutes a true, complete and accurate copy of the transcript of such deposition in this consolidated action.

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111

DATED: September 23, 2020

| On Behalf of The Vineyard House, LLC | On Behalf of Constellation Brands U.S. Operations, Inc. |
|---|---|
| BUCHALTER | HUNTON ANDREWS KURTH LLP |
| By: /s/ *Jeffrey Judd* <br> PETER H. BALES <br> JEFFREY JUDD <br> BUCHALTER <br> 55 Second Street, Suite 1700 <br> San Francisco, CA 94105-3493 <br> Tel: (415) 227-0900 <br> Fax: (415) 227-0770 | By: /s/ *Armin Ghiam* <br> TIMOTHY J. CARLSTEDT <br> HUNTON ANDREWS KURTH LLP <br> 50 California Street, Suite 1700 <br> San Francisco, California 94111 <br> Tel.: (415) 975-3700 <br> Fax: (415) 975-3701 <br><br> EDWARD T. COLBERT <br> WILLIAM M. MERONE <br> ERIK C. KANE <br> HUNTON ANDREWS KURTH LLP <br> 2200 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20037 <br> Tel.: (202) 955-1500 <br> Fax: (202) 778-2201 <br><br> ARMIN GHIAM <br> HUNTON ANDREWS KURTH LLP <br> 200 Park Ave. <br> New York, NY 10166 <br> Tel.: (212) 908-6207 <br> Fax: (212) 309-1100 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 25, 2020

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE