BUCHALTER
A Professional Corporation
JEFFREY M. JUDD (SBN: 136358)
PETER H. BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: jjudd@buchalter.com
  pbales@buchalter.com

Attorneys for Plaintiff and Consolidated Case Defendant
THE VINEYARD HOUSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND**

| | |
|---|---|
| THE VINEYARD HOUSE,<br><br>    Plaintiff and Consolidated Case Defendant,<br><br>vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>    Defendant and Consolidated Case Plaintiff. | CASE NO. 4:19-cv-1424-YGR<br><br>**JOINT PROPOSED AGENDA FOR NOVEMBER 12, 2020, PRETRIAL CONFERENCE** |

In response to the Court's request, the parties to the above-captioned action jointly propose the following agenda for the Pretrial Conference set by the Court for Thursday, December 12, 2020, as follows:

1. <u>Expert Witness Trial Watching</u>. The parties jointly request the Court's leave to allow their respective expert witnesses (including percipient experts) to watch trial testimony.

2. <u>Handling of Deposition Designations</u>. The parties ask the Court to clarify whether designated deposition testimony shall be read into the trial record, or whether the designations, counter-designations, and objections set forth on Dkt. No.189 shall be admitted into the trial record.

3. <u>Transcript of Deposition of Robert Mondavi</u>. The parties ask the Court to clarify whether the transcript of the deposition of Robert Mondavi, marked for identification as TX1062 (the "Mondavi Tr."), shall be admitted in its entirety, or whether the parties shall submit designations and counter-designations of excerpts.

4. <u>Rules, Instructions, and Admonitions for Zoom Trial Witnesses</u>. In response to the Court's request, the parties have jointly prepared a set of questions and admonitions to be read to each trial witness before examination begins for the Court's consideration and, subject to the Court's comments, adoption for use at trial, attached hereto as Exhibit A.

5. <u>Use of Confidential Documents During Trial</u>. The protective order provides that the use of confidential documents at trial "shall be governed by a separate agreement or order." Dkt. No. 42, at par. 3. The parties seek the Court's guidance as to how it would prefer the parties to handle confidential documents.

Respectfully submitted,

DATED:  November 11, 2020                     BUCHALTER
                                              A Professional Corporation


                                              By:     _____/s/ Jeffrey M. Judd_____
                                                             PETER BALES
                                                          JEFFREY M. JUDD
                                                            Attorneys for
                                                      THE VINEYARD HOUSE, LLC

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 11, 2020 | HUNTON ANDREWS KURTH LLP |
| 3 | | A Professional Corporation |
| 4 | | |
| 5 | | By:       */s/ Erik C. Kane*       |
| | | EDWARD T. COLBERT |
| 6 | | WILLIAM M. MERONE |
| | | ERIK C. KANE |
| 7 | | ARMIN GHIAM |
| | | Attorneys for |
| 8 | | CONSTELLATION BRANDS U.S. |
| | | OPERATIONS, INC. |

**EXHIBIT A**

**RULES, INSTRUCTIONS, AND ADMONITIONS FOR ZOOM TRIAL WITNESSES**

After a witness is sworn and prior to commencing examination, the Court shall read the following admonitions and questions to each witness appearing at trial in the above-captioned action:

1. Please keep in mind that this is a formal United States District Court proceeding, and act as if you were present in the courtroom.

2. Court Reporter present on Zoom is preparing a written record of everything that is said during the proceeding. Please wait until the person speaking has finished before responding to help our Court Reporter to create a clean and accurate record.

3. Please confirm that you have the requisite hardware, software, and internet resources for the Zoom platform and are sufficiently familiar with accessing and using the Zoom platform to provide testimony in this trial.

4. Unless the Court requests, please do not mute yourself during your testimony.

5. The Judge or Court Reporter may interrupt you from time to time. If that happens, please stop speaking to allow the Judge or Court Reporter to speak.

6. If we encounter any technical difficulties, please stop speaking until we can all connect again. If a technical difficulty causes you to miss a statement or question, please inform the Court immediately so the question or statement may be repeated.

7. Please confirm that you have not monitored the trial, or any portion of it, by any means, unless you are an expert witnesses for whom permission has been granted to do so.

8. Please confirm that you will remain in a single, stationary location while connected to the proceedings, except for any breaks the Court calls.

9. Until you are excused by the Court, the following rules apply during your testimony and during any breaks, except as specifically modified by the Court:

   a. No other person is physically present in the room/location where you are testifying.

b.  You are not to have any other Zoom platform or similar video or audio conferencing open during your testimony.

c.  You are not allowed to have open and are not allowed to use or access any means of communication with any persons, including, but not limited to any telephone, cell phone, text message, email, social media, or other chat/messaging platforms or applications while you are testifying.

d.  Except to the extent needed to access the Zoom platform and exhibits introduced during the trial, you are not allowed to have any internet browsers, applications, or other electronic devices or software open and accessible.

e.  You are not allowed to look at or have access to any hard copy or electronic documents, notes, or other materials while testifying other than those introduced at trial.

10. Do you understand these rules, instructions, and admonitions? Do you agree to comply with these rules, instructions, and admonitions? Do you have any questions before we proceed?

11. Please identify the address, city, and state, and the physical location (such as an office or kitchen) from where you are testifying.