UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 11/12/2020 | **Time:** 11:45am-12:47pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-01424-YGR | **Case Name:** The Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc. | |

**Attorney for Plaintiff:** Jeffrey Judd and Peter Bales
**Attorney for Defendant:** Erik Kane and Edward Colbert

**Deputy Clerk:** Frances Stone            **Court Reporter:** Pam Hebel

## PROCEEDINGS

PRETRIAL CONFERENCE- HELD via Zoom Webinar

Next date:  Monday, November 30, 2020 at 8:00AM for Bench Trial via Zoom platform.

Bench Trial will be held on Monday, Tuesday, Wednesday and Friday. Thursday December 3, 2020 is a dark day.