1  TIMOTHY J. CARLSTEDT (STATE BAR NO. 168855)
2  HUNTON ANDREWS KURTH LLP
   50 California Street, Suite 1700
3  San Francisco, California 94111
   Telephone: (415) 975-3700
4  Facsimile: (415) 975-3701
5
6  EDWARD T. COLBERT (STATE BAR NO. DC-206425)
   ERIK C. KANE (STATE BAR NO. DC-495156)
7  WILLIAM M. MERONE (State Bar No. DC-458104)
   ARMIN GHIAM (State Bar No. DC-219290)
8  HUNTON ANDREWS KURTH LLP
9  2200 Pennsylvania Avenue, N.W.
   Washington, D.C. 20037
10 Tel.: (202) 955-1500
11 Fax: (202) 778-2201

12 *Counsel for Defendant and Counterclaim-Plaintiff,*
13 *Constellation Brands U.S. Operations, Inc.*

14
15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17 THE VINEYARD HOUSE, LLC,
   a California limited liability company,
18
19          Plaintiff and Counterclaim-
            Defendant,
20
21     v.
22
   CONSTELLATION BRANDS U.S.
23 OPERATIONS, INC.,
   a New York corporation,
24
25          Defendant and
            Counterclaim-Plaintiff.
26

**CASE NOS.:  4:19-cv-01424-YGR
                4:20-cv-00238-YGR**

**DEFENDANT CONSTELLATION
BRANDS U.S. OPERATIONS, INC.'S
ADMINISTRATIVE MOTION TO
FILE UNDER SEAL**

*[Declaration of Armin Ghiam and
[Proposed] Order filed concurrently
herewith]*

27
28

*Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111*

**Hunton Andrews Kurth LLP**
**50 California Street, Suite 1700**
**San Francisco, CA 94111**

1  |  **TO PLAINTIFF AND ITS ATTORNEY OF RECORD:**

2  |  **PLEASE TAKE NOTICE** that Defendant Constellation Brands U.S.

3  |  Operations, Inc. ("Constellation" or "Defendant") will, and hereby does, move this

4  |  Court for emergency administrative relief under Local Rule 79-5.  Specifically,

5  |  Constellation seeks to file under seal the parties' Stipulation Regarding Presentation

6  |  of Trial Evidence, which contains financial information that should be protected from

7  |  public disclosure.  This motion is based upon this Notice of Motion and Motion, the

8  |  accompanying Memorandum of Points and Authorities, the Declaration of Armin

9  |  Ghiam filed concurrently herewith, and on such other evidence and argument that may

10  |  be presented to the Court.

11  |

12  |  DATED: November 20, 2020               HUNTON ANDREWS KURTH LLP

13  |

14  |

15  |                                              By:   */s/ Erik Kane*

16  |                                                    Erik Kane
     |                                                    Attorney for Defendant

17  |                                                    CONSTELLATION BRANDS
     |                                                    U.S. OPERATIONS INC.

18  |

19  |

20  |

21  |

22  |

23  |

24  |

25  |

26  |

27  |

28  |

1

ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

Pursuant to Civil Local Rules 79-5 and 7-11, Constellation respectfully requests leave to file under seal the parties' Stipulation Regarding Presentation of Trial Evidence, which contains financial information that should be shielded from public disclosure.

### II.   STATEMENT OF ISSUES TO BE DECIDED [L.R. 7-4(A)(3)]

1.   Whether Constellation can file the parties' Stipulation Regarding Presentation of Trial Evidence under seal, subject to limited redactions for financial information.

### III.   ARGUMENT

The federal common law right to inspect and copy public records and documents extends to materials submitted in connection with a resolution of a dispute on the merits, whether by trial or summary judgment. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978); *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  However, this right is not absolute, and can be overcome if compelling reasons supported by specific factual findings outweigh the general history of access and the public policies favoring disclosure.  *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir.2010) (quoting *Kamakana*, 447 F.3d at 1178-79); *see also San Jose Mercury News, Inc. v. U.S. Dist. Court*, 187 F.3d 1096, 1101 (9th Cir. 1999).

Constellation submits the parties' Stipulation Regarding Presentation of Trial Evidence.  The document includes highly confidential sales and revenue information pertaining to Constellation's profits on the sales of wine labeled as TO KALON or TO KALON VINEYARD.  Disclosure of this financial information to competitors would be severely detrimental to Constellation.  For example, this information would tend to reveal growth or contraction of Constellation's market share, which in turn could be used by Constellation's competitors to set their own competing business strategy.

ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Constellation has thus shown compelling reasons that outweigh the public's interest in disclosure. *See Bauer Bros. LLC v. Nike, Inc.*, No. 09CV500-WQH-BGS, 2012 WL 1899838, at *4 (S.D. Cal. May 24, 2012) (S.D. Cal. May 24, 2012) (order) (sealing confidential financial information, including "promotional costs," "advertising strategies," and "business data" under the "compelling reason" standard); *AFL Telecommunications LLC v. SurplusEQ.com Inc.*, 946 F. Supp. 2d 928, 947 (D. Ariz. 2013) (noting that harm to competitive standing because of disclosure of insider financial information provides compelling reason to seal such documents). Indeed, the redactions made to the public filings are very minimal and preserve the public's ability to access these documents.

## IV.   CONCLUSION

For the reasons above and in the Declaration of Armin Ghiam, Constellation requests that the Court grant leave to file under seal the parties' Stipulation Regarding Presentation of Trial Evidence.

DATED: November 20, 2020                    HUNTON ANDREWS KURTH LLP


                                            By:   */s/ Erik Kane*
                                                  Erik Kane
                                                  Attorney for Defendant
                                                  CONSTELLATION BRANDS
                                                  U.S. OPERATIONS INC.

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

116399.0000008 EMF_US 82790452v1
ADMINISTRATIVE MOTION TO FILE UNDER SEAL