Timothy J. Carlstedt (State Bar No. 168855)
Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701

Edward T. Colbert (State Bar No. DC-206425)
Erik C. Kane (State Bar No. DC-495156)
William M. Merone (State Bar No. DC-458104)
Armin Ghiam (State Bar No. DC-219290)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201

*Counsel for Defendant and Counterclaim-Plaintiff,
Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company,<br><br>　　　　Plaintiff and Counterclaim-Defendant,<br><br>　　v.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York corporation,<br><br>　　　　Defendant and Counterclaim-Plaintiff. | **CASE NOS.: 4:19-cv-01424-YGR<br>　　　　　　　4:20-cv-00238-YGR**<br><br>**DECLARATION OF ARMIN GHIAM IN SUPPORT OF DEFENDANT CONSTELLATION BRANDS U.S. OPERATIONS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Declaration of Armin Ghiam

# DECLARATION OF ARMIN GHIAM

I, Armin Ghiam, declare:

1. I am an attorney with the law firm of Hunton Andrews Kurth LLP, counsel of record for Plaintiff Constellation Brands U.S. Operations, Inc. ("Constellation" or "Plaintiff") in the above-captioned matter. I have personal knowledge of the matters set forth herein, and if called upon to do so, could and would testify competently thereto. I make this declaration in support of Defendant's Administrative Motion to File Under Seal.

2. Attached as Exhibit A is the parties' Stipulation Regarding Presentation of Trial Evidence.

3. The document includes highly confidential sales and revenue information pertaining to Constellation's profits on the sales of wine labeled as TO KALON or TO KALON VINEYARD. Disclosure of this financial information to competitors would be severely detrimental to Constellation. For example, this information would tend to reveal growth or contraction of Constellation's market share, which in turn could be used by Constellation's competitors to set their own competing business strategy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of November 2020, in New York, New York.

By: /s/ Armin Ghiam
Attorney for Plaintiff
*Constellation Brands U.S. Operations, Inc*.