BUCHALTER
A Professional Corporation
JEFFREY M. JUDD (SBN: 136358)
PETER H. BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Facsimile: 415.227.0770
Email:    jjudd@buchalter.com
          pbales@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>    Defendant. | Case No. 4:19-CV-1424-YGR<br><br>**PLAINTIFF THE VINEYARD HOUSE, LLC'S WITNESS LIST** |

Plaintiff The Vineyard House, LLC ("TVH") hereby identifies the following witnesses that it currently intends to call at trial on Monday, November 30, 2020, time permitting:

1. Expert Scott Miltenberger, Ph.D.
2. Expert Doug Frost.
3. Expert Matthew Ezell.

DATED: November 27, 2020

BUCHALTER
A Professional Corporation

By: */s/ Jeffrey M. Judd*
JEFFREY M. JUDD
PETER H. BALES
Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC