| | |
|---|---|
| 1 | TIMOTHY J. CARLSTEDT (STATE BAR NO. 168855) |
| 2 | HUNTON ANDREWS KURTH LLP |
| | 50 California Street, Suite 1700 |
| 3 | San Francisco, California 94111 |
| 4 | Telephone: (415) 975-3700 |
| | Facsimile: (415) 975-3701 |
| 5 | |
| 6 | EDWARD T. COLBERT (STATE BAR NO. DC-206425) |
| | ERIK C. KANE (STATE BAR NO. DC-495156) |
| 7 | WILLIAM M. MERONE (State Bar No. DC-458104) |
| 8 | ARMIN GHIAM (State Bar No. DC-219290) |
| | HUNTON ANDREWS KURTH LLP |
| 9 | 2200 Pennsylvania Avenue, N.W. |
| 10 | Washington, D.C. 20037 |
| | Tel.: (202) 955-1500 |
| 11 | Fax: (202) 778-2201 |

*Counsel for Defendant and Counterclaim-Plaintiff,
Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company, | CASE NOS.:  4:19-cv-01424-YGR<br>4:20-cv-00238-YGR |
| Plaintiff and Counterclaim-Defendant, | **DEFENDANT CONSTELLATION BRANDS U.S. OPERATIONS, INC.'S WITNESS LIST FOR DECEMBER 1, 2020** |
| v. | |
| CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York corporation, | |
| Defendant and Counterclaim-Plaintiff. | |

DEFENDANT CONSTELLATION BRANDS U.S. OPERATIONS, INC.'S WITNESS LIST

Defendant Constellation Brands U.S. Operations, Inc. ("Constellation" or "Defendant") hereby identifies the following witnesses that it currently intends to call at trial on Tuesday, December 1, 2020, time permitting, and witnesses not completed on December 1, 2020 will likely be completed on December 2, 2020:

1. Andy Beckstoffer
2. Jeremy Nickel

DATED: November 30, 2020                     HUNTON ANDREWS KURTH LLP

By: */s/ Erik Kane*
Ed Colbert
Erik Kane
William Merone
Armin Ghiam
Attorneys for Defendant
CONSTELLATION BRANDS
U.S. OPERATIONS INC.