TIMOTHY J. CARLSTEDT (STATE BAR NO. 168855)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701

EDWARD T. COLBERT (STATE BAR NO. DC-206425)
ERIK C. KANE (STATE BAR NO. DC-495156)
WILLIAM M. MERONE (State Bar No. DC-458104)
ARMIN GHIAM (State Bar No. DC-219290)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201

*Counsel for Defendant and Counterclaim-Plaintiff,*
*Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York corporation,<br><br>Defendant and Counterclaim-Plaintiff. | CASE NOS.: 4:19-cv-01424-YGR<br>~~4:20-cv-00238-YGR~~<br>CONSOLIDATED CASE<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT CONSTELLATION BRANDS U.S. OPERATIONS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

After reviewing and considering Defendant Constellation Brands U.S. Operations, Inc.'s ("Constellation" or "Defendant") Administrative Motion to File Under Seal, as well as any and all other records on file in this case, the Court hereby rules that Defendant may submit the requested document (Dkt. No. 202-4) under seal.

Good cause appearing, therefore **IT IS HEREBY ORDERED:**

1. Constellation's Administrative Motion to File Under Seal is **GRANTED**;

2. Constellation may file the parties' Stipulation Regarding Presentation of Trial Evidence under seal, subject to limited redactions for financial information.

**IT IS SO ORDERED.**

DATED: November 30, 2020

_____
Yvonne Gonzalez Rogers
United States District Judge

HUNTON ANDREWS KURTH LLP