UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

| **Date:** 11/30/2020 | **Time:** 8:29am-10:12am; 10:28am-11:55am; 12:10pm-1:45pm; 2:15pm-2:48pm. | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-01424-YGR | **Case Name:** The Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc. | |

**Attorney for Plaintiff:** Jeffrey Judd and Peter Bales
**Attorney for Defendant:** Erik Kane and Edwin Colbert and Armin Ghiam

**Deputy Clerk:** Frances Stone            **Court Reporter:** Pam Hebel

### PROCEEDINGS

BENCH TRIAL- HELD via Zoom platform.

Bench Trial Began: 11/30/2020

Further Bench Trial set **Tuesday, 12/1/2020 at 8:00am**

(Test of platform at 7:30am)

PROCEEDINGS:

Case Called. Discussion with Counsel.

Plaintiff Attorney Jeffrey Judd calls witness Dr. Scott Miltenberger for Direct.

Defendant Attorney William Merone Cross of witness Miltenberger. Plaintiff Attorney Judd Redirect. Court directs questions to Witness Miltenberger.

Plaintiff Attorney Peter Bales calls witness Doug Frost for Direct. RECESS.

Counsel to return at 2:15pm. Discussion with Counsel re Exhibits. RECESS FOR DAY.

**EXHIBITS ADMITTED IN EVIDENCE:** 7A, 184, 186, 191, 209, 211, 213, 215, 216, 220, 236, 243, 256, 258, 266, 279, 287, 294, 313, 1313, 1440, 1680.

"Figures" to Exhibit 7 admitted in Evidence: 1, 4, 6, 8, 15 and 18

As in Stipulation re Exhibit 183- admitted in evidence.