UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

| Date: 12/1//2020 | Time: 8:00am-9:57am; 10:12am-11:44am; 12:00pm-1:37pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 19-cv-01424-YGR | Case Name: The Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc. | |

**Attorney for Plaintiff:** Jeffrey Judd and Peter Bales
**Attorney for Defendant:** Erik Kane and Edwin Colbert, Jeremy Bockzo and Armin Ghiam

**Deputy Clerk:** Frances Stone          **Court Reporter:** Pam Hebel

### PROCEEDINGS

BENCH TRIAL- HELD via Zoom platform.

**Bench Trial Began:** 11/30/2020

**Further Bench Trial set Wednesday, 12/2/2020 at 8:00am**

**PROCEEDINGS :**

**Case Called. Discussion with Counsel. Recess.**

**Plaintiff Attorney Peter Bales resumes Direct of witness Doug Frost. Plaintiff attorney Jeffrey Judd calls witness William Andrew Beckstoffer for Direct. RECESS.**

**Plaintiff attorney Judd resumes Direct of witness Beckstoffer. Witness excused. Defendant attorney William Merone resumes Cross of witness Doug Frost. RECESS. Attorney Merone resumes cross of witness Frost. Plaintiff attorney Bales Redirect of witness Frost. Plaintiff attorney Bales calls witness Matthew Ezell for Direct.**

**RECESS for the day. Further Bench Trial set 12/2/2020 at 8:00AM.**

**EXHIBITS ADMITTED IN EVIDENCE:** 1A, 13, 14, 68, 1035, 69, 108 (under seal); 26(under seal); 112, 98, 35, 38, 12A, 12D, 12C,