TIMOTHY J. CARLSTEDT (STATE BAR NO. 168855)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701

EDWARD T. COLBERT (STATE BAR NO. DC-206425)
ERIK C. KANE (STATE BAR NO. DC-495156)
WILLIAM M. MERONE (State Bar No. DC-458104)
ARMIN GHIAM (State Bar No. DC-219290)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201

*Counsel for Defendant and Counterclaim-Plaintiff,*
*Constellation Brands U.S. Operations, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VINEYARD HOUSE, LLC, a California limited liability company, <br><br>         Plaintiff and Counterclaim-Defendant, <br><br>    v. <br><br> CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York corporation, <br><br>         Defendant and Counterclaim-Plaintiff. | CASE NOS.:  4:19-cv-01424-YGR <br>                         4:20-cv-00238-YGR <br><br> **DEFENDANT CONSTELLATION BRANDS U.S. OPERATIONS, INC.'S WITNESS LIST FOR DECEMBER 8, 2020** |

Defendant Constellation Brands U.S. Operations, Inc. ("Constellation" or "Defendant") hereby identifies the following witnesses that it currently intends to call at trial on Tuesday, December 8, 2020, time permitting, and witnesses not completed on December 8, 2020 will likely be completed on December 9, 2020:

1. Any witnesses left over from Monday witness identification
2. Robert Cissel
3. John Jarosz
4. David Reibstein
5. Susan McDonald
6. Nova Cadamatre [in rebuttal to Reidl if he testifies]
7. Elisabeth Baron

DATED: December 6, 2020                HUNTON ANDREWS KURTH LLP

By: */s/ Erik Kane*
Ed Colbert
Erik Kane
William Merone
Armin Ghiam
Attorneys for Defendant
CONSTELLATION BRANDS
U.S. OPERATIONS INC.

1
DEFENDANT CONSTELLATION BRANDS U.S. OPERATIONS, INC.'S WITNESS LIST