BUCHALTER
A Professional Corporation
JEFFREY M. JUDD (SBN: 136358)
PETER H. BALES (SBN: 251345)
DANIEL J. ZARCHY (SBN: 306883)
DAVID A. GOLDSTEIN (SBN: 319394)
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:   415.227.0900
Facsimile:   415.227.0770
Email:          jjudd@buchalter.com
                   pbales@buchalter.com
                   dzarchy@buchalter.com
                   dgoldstein@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>　　　　　Defendant. | Case No. 4:19-CV-1424-YGR<br><br>**PLAINTIFF THE VINEYARD HOUSE, LLC'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff The Vineyard House, LLC ("TVH") will, and hereby does move this Court for administrative relief under Local Rule 7-11 "Motion for Administrative Relief" and Local Rule 79-5 "Filing Documents Under Seal in Civil Cases." TVH seeks leave to file TVH's Post-Trial Brief ("TVH Brief") in a redacted form.

This administrative motion is brought on the basis that the TVH Brief references trial testimony that the Court heard confidentially and documents that the Court admitted under seal, all pursuant to Defendant Constellation Brands U.S. Operations, Inc.'s ("CBUSO") request.

This Motion is based upon this Notice of Motion and Administrative Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Jeffrey M. Judd, the records and documents on file in this action, and such other evidence and argument as may be presented to the Court.

DATED:  December 24, 2020                BUCHALTER, A Professional Corporation

                                                    By:  */s/ Jeffrey M. Judd*
                                                              JEFFREY M. JUDD
                                                              Attorneys for Plaintiff
                                                            THE VINEYARD HOUSE, LLC

**PLAINTIFF THE VINEYARD HOUSE, LLC'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

BN 42995246v1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

TVH brings this administrative motion seeking leave from the Court to file TVH's Post-Trial Brief ("TVH Brief") in a redacted form. Pursuant to Local Rule 79-5, TVH moves the Court for leave to file a partially redacted copy of the TVH Brief, as the TVH Brief includes and refers to information that CBUSO initially marked as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" and which came into evidence at trial through testimony that the Court heard in a confidential manner and trial exhibits that the Court admitted under seal. TVH's proposed redactions are reflected in yellow highlights in Exhibit A to the Declaration of Jeffrey M. Judd ("Judd Dec.").

Without CBUSO's permission or a court order, TVH is prohibited from filing in the public record any information designated by CBUSO. See Dkt. 42 (Stipulated Protective Order), section 12.3 ("Filing Protected Material"). If TVH's request to file under seal is denied by the Court then TVH may file the material in the public record unless otherwise instructed by the Court. *Id.*

## II. STATEMENT OF ISSUES TO BE DECIDED [L.R. 7-4(A)(3)]

1. Whether TVH can file the TVH Brief in partially redacted form.

## III. ARGUMENT

Federal courts have recognized a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City and Ctny. Of Honolulu*, 447 F.3d 1172, 1178 (*citing Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)). Notwithstanding, access to judicial records is not absolute. *Id.* A compelling basis to shield certain records from public disclosure will outweigh the public policies favoring disclosure. *See id.* at 1178-79 (citations omitted). The court must balance the competing interests of the public and the party seeking to keep certain judicial records sealed. *Id.* at 1179 (citations omitted). Where the submitting party seeks to file under seal a document designated confidential by another party (the "designating party"), the burden of articulating compelling reasons for sealing is placed on the

designating party." *Gonzales v. City of San Jose*, No. 13-CV-00695-BLF, 2015 WL 1137554, at *1 (N.D. Cal. Mar. 12, 2015).

In the TVH Brief, TVH cites to CBUSO documents that were admitted as trial exhibits under seal and trial testimony that the Court heard confidentially, pursuant to CBUSO's request. Therefore, it would be inappropriate for TVH to file these TVH Brief in an unredacted form.

**IV.   CONCLUSION**

Based on the foregoing, TVH respectfully requests that the Court grant this Motion for leave to file the TVH Brief in partially redacted form pursuant to Local Rule 79-5.

DATED:  December 24, 2020                BUCHALTER
                                         A Professional Corporation


                                         By:   */s/ Jeffrey M. Judd*
                                                JEFFREY M. JUDD
                                                PETER H. BALES
                                                DANIEL J. ZARCHY
                                                DAVID A. GOLDSTEIN
                                                Attorneys for Plaintiff
                                                THE VINEYARD HOUSE, LLC