BUCHALTER
A Professional Corporation
JEFFREY M. JUDD (SBN: 136358)
PETER H. BALES (SBN: 251345)
DANIEL J. ZARCHY (SBN: 306883)
DAVID A. GOLDSTEIN (SBN: 319394)
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:   415.227.0900
Facsimile:   415.227.0770
Email:        jjudd@buchalter.com
              pbales@buchalter.com
              dzarchy@buchalter.com
              dgoldstein@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>　　　　Defendant. | Case No. 4:19-CV-1424-YGR<br><br>**DECLARATION OF JEFFREY M. JUDD IN SUPPORT OF PLAINTIFF THE VINEYARD HOUSE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**DECLARATION OF JEFFREY M. JUDD IN SUPPORT OF PLAINTIFF THE VINEYARD HOUSE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

BN 42995604v1

# DECLARATION OF JEFFREY M. JUDD

I, Jeffrey M. Judd, declare:

1. I am an attorney in the law firm Buchalter PC ("Buchalter"), admitted to practice before this Court, and a member in good standing of the State Bar of California. Buchalter is counsel of record to Plaintiff The Vineyard House, LLC ("Plaintiff" or "TVH") in this proceeding. I make this Declaration in support of TVH's Administrative Motion to File Under Seal. The facts stated below are based on my personal knowledge, or on information conveyed to me by others that I am informed are and believe to be true. If called to testify regarding the same, I could do so competently.

2. Attached as **Exhibit A** is TVH's Post-Trial Brief ("TVH Brief"). In the TVH Brief, TVH cites to trial testimony that the Court heard confidentially and trial exhibits that the Court admitted under seal. TVH's proposed redactions are marked with yellow highlights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was signed in San Francisco, California on this 24th day of December, 2020.

                                                    */s/ Jeffrey M. Judd*
                                                    JEFFREY M. JUDD

**DECLARATION OF JEFFREY M. JUDD IN SUPPORT OF PLAINTIFF THE VINEYARD HOUSE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

BN 42995604v1