```
BUCHALTER
A Professional Corporation
JEFFREY M. JUDD (SBN: 136358)
PETER H. BALES (SBN: 251345)
DANIEL J. ZARCHY (SBN: 306883)
DAVID A. GOLDSTEIN (SBN: 319394)
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  415.227.0900
Facsimile:   415.227.0770
Email:     jjudd@buchalter.com
           pbales@buchalter.com
           dzarchy@buchalter.com
           dgoldstein@buchalter.com
```

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>    Defendant. | Case No. 4:19-CV-1424-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF THE VINEYARD HOUSE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1

**[PROPOSED] ORDER GRANTING PLAINTIFF THE VINEYARD HOUSE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

BN 42995651v1

The Court has reviewed Plaintiff The Vineyard House, LLC's ("TVH") Administrative Motion to File Under Seal pursuant to Local Rule 79-5 ("Administrative Motion"), and considered all papers and arguments submitted in connection with the Administrative Motion. With good cause appearing, the Court hereby finds and ORDERS as follows:

1. TVH's Administrative Motion is **GRANTED**;
2. TVH may file TVH's Post-Trial Brief in a partially redacted form.

**IT IS SO ORDERED.**

DATED: _____

Hon. Yvonne Gonzalez Rogers<br>United States District Court Judge