| | |
|---|---|
| 1 | BUCHALTER |
| 2 | A Professional Corporation<br>JEFFREY M. JUDD (SBN: 136358) |
| 3 | PETER H. BALES (SBN: 251345)<br>55 Second Street, Suite 1700 |
| 4 | San Francisco, CA  94105-3493<br>Telephone: (415) 227-0900 |
| 5 | Fax:          (415) 227-0770<br>Email: |
| 6 |      jjudd@buchalter.com<br>     pbales@buchalter.com |
| 7 | |
| 8 | Attorneys for Plaintiff and Consolidated Case Defendant<br>THE VINEYARD HOUSE, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

| | |
|---|---|
| THE VINEYARD HOUSE,<br><br>    Plaintiff and Consolidated Case Defendant,<br><br>vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>    Defendant and Consolidated Case Plaintiff. | CASE NO. 4:19-cv-1424-YGR<br><br>**CERTIFICATE OF SERVICE RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL (POST TRIAL BRIEF)** |

# CERTIFICATE OF SERVICE

The Undersigned certifies that

- **PLAINTIFF THE VINEYARD HOUSE, LLC'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES**

- **DECLARATION OF JEFFREY M. JUDD IN SUPPORT OF PLAINTIFF THE VINEYARD HOUSE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

- **REDACTED EXHIBIT A (POST TRIAL BRIEF) TO JEFFREY M. JUDD DECLARATION**

- **UNREDACTED EXHIBIT A (POST TRIAL BRIEF) TO JEFFREY M. JUDD DECLARATION**

- **[PROPOSED] ORDER GRANTING PLAINTIFF THE VINEYARD HOUSE LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

were electronically served upon the following parties by email on this 24th day of December, 2020:

Timothy J. Carlstedt (tcarlstedt@huntonak.com)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Tel.: (415) 975-3700
Fax: (415) 975-3701

Edward T. Colbert (ecolbert@huntonak.com)
Erik C. Kane (ekane@huntonak.com)
William M. Merone (wmerone@huntonak.com)
Armin Ghiam (aghiam@huntonak.com)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel.: (202) 955-1500
Fax: (202) 778-2201

Counsel for Constellation Brands U.S. Operations, Inc.

DATED:  December 24, 2020                BUCHALTER
                                         A Professional Corporation


                                         By:  */s/ Deborah L. Brown*