**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>    Defendant.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>    Consolidated Plaintiff,<br><br>v.<br><br>THE VINEYARD HOUSE, LLC,<br>    Consolidated Defendant. | Case No. 4:19-cv-01424-YGR<br>CONSOLIDATED CASE<br><br>**JUDGMENT UNDER RULE 58** |

**TO ALL PARTIES AND COUNSEL OF RECORD,** based on the findings of fact and conclusions of law filed concurrently herewith, and for good cause showing,

**JUDGMENT IS HEREBY ENTERED** in favor of Constellation Brands U.S. Operations, Inc and against The Vineyard House, LLC.

**FURTHER,** The Vineyard House, LLC and any and all of its agents, members, officers, directors, employees, and/or principals are **HEREBY PERMANENTLY ENJOINED** from using the words To Kalon or To Kalon Vineyard or any variation therof in any manner on any wine, wine-related product, reference to a wine product, or event or activity where such wine is present or referenced. The permanent injunction extends to any affiliate of the The Vineyard House and its principal Jeremy Nickel including without limitation the To Kalon Farm.

Notice or a copy of this injunction shall be provided to all employees.

**IT IS HEREBY ORDERED AND ADJUDGED.**

Dated: January 26, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**