BUCHALTER
A Professional Corporation
JEFFREY M. JUDD (SBN: 136358)
PETER H. BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: 415.227.0900
Facsimile: 415.227.0770
Email:   jjudd@buchalter.com
         pbales@buchalter.com

Attorneys for Plaintiff
THE VINEYARD HOUSE, LLC

**GRANTED**
Judge Yvonne Gonzalez Rogers
2/23/2021

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| THE VINEYARD HOUSE, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.,<br><br>　　　　Defendant.<br><br>―――――――――――――――<br>CONSTELLATION BRANDS U.S. OPERATIONS, INC.<br><br>　　　　Consolidated Plaintiff,<br><br>　vs.<br><br>THE VINEYARD HOUSE, LLC,<br><br>　　　　Consolidated Defendant. | Case No. 4:19-CV-1424-YGR<br><br>Consolidated Case<br><br>**ORDER GRANTING THE VINEYARD HOUSE, LLC'S REQUEST FOR OPPORTUNITY FOR ADVERSARY SUBMISSIONS ON MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO FRCP 54** |

On February 17, 2021, Constellation Brands U.S. Operations, Inc. ("Constellation") filed a Motion for Attorney's Fees (Dkt. No. 250). Pursuant to Federal Rule of Civil Procedure 54(d)(2)(C), The Vineyard House, LLC (TVH) requests an opportunity for adversary submissions. Constellation noticed the hearing on the Motion for March 30, 2021 at 2:00 p.m. TVH requests to have until March 3, 2021 to file and serve adversary submissions to the Motion, which is fourteen (14) days after the Motion was filed.

DATED: February 22, 2021        BUCHALTER
                                A Professional Corporation


                                By:  /s/ Jeffrey M. Judd
                                     JEFFREY M. JUDD
                                     Attorneys for
                                     THE VINEYARD HOUSE, LLC